U.S. POSTAGE
$5.11
FCMF 0000
Orig: 72601
Dest: 94102
07/06/22
2000053031
R2305K1321051

6W

02

CPU



RECEIVED

JUL 11 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

U.S. District Court, N.D. CA
450 Golden Gate Ave.
San Fransisco, CA 94102

David Stebbins
123 W Ridge Ave.
APT D
Harrison, AR 72601

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 2720 0000 2260 0434

94102E 30235919

