## DMCA Takedown against infringing channcel - CMDR ImperialSalt

From: Acerthorn (acerthorn@yahoo.com)

To: copyright@youtube.com

Date: Tuesday, July 5, 2022 at 08:14 PM CDT

Dear Youtube Copyright,

This channel has infringed on my copyright: https://www.youtube.com/channel/UCu7Y9TgjXDd1bFuf7Yfk_dw

The copyrighted work in question is called "Elden Ring Sucks: The Livestream Debate," which can be found here: https://www.youtube.com/watch?v=u4lf3e5zYxs

He accomplished this infringement by downloading the video off of Youtube so he could repost it to another site. Therefore, his access to Youtube needs to be taken away.

I have a good faith belief that the download is not authorized by the copyright or intellectual property owner, its agent, or the law.

I certify, under penalty of perjury, that the above information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Please remove the offending account ASAP.

David Stebbins (e-signature)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com