David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                           Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"       DEFENDANTS

### DECLARATION FOR SUBPOENA

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following declaration, pursuant to 17 USC § 512(h)(2)(C), a sworn declaration in support of my request for issuance of subpoena in the above-styled action.

1. I hereby certify, under penalty of perjury, that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer.
2. I further certify, under penalty of perjury, that such information will only be used for the purpose of protecting rights under this title.

So sworn on this, the 13th day of July, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com