# EXHIBIT H



Find messages, documents, photos or people

We need to talk | RE: 3:22-cv-04082-AG

Back | Archive | Move | Delete | Spam | •••

RE: 3:22-cv-04082-AGT (Stebbins v. Doe) Request for Subpoena                    Acerthorn/Clerk's O...

**CAND 2Docketing** <2docketing@cand.uscourts.gov>                              Wed, Jul 13 at 3:51 PM
To: Acerthorn

Hello Mr. Stebbins,

I see there is a IFP in this case and you will need to wait for the IFP to be ruled on before anything can be issued.

Thank you,

Angela

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, July 13, 2022 1:08 PM
**To:** CAND 2Docketing <2Docketing@cand.uscourts.gov>
**Subject:** 3:22-cv-04082-AGT (Stebbins v. Doe) Request for Subpoena

CAUTION: EXTERNAL