David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                  PLAINTIFF

VS.                                    Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"        DEFENDANTS

### RENEWED NOTICE OF COPYRIGHT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Renewed Notice of Copyright.

1. When this case first got filed, I had applied for registration of the underlying copyright, but that application had not yet been granted. Since I was eligible for an exemption under 17 USC § 411(c), this was not a bar to me bringing the claim. Even if it were, the worst thing this Court would do is dismiss the case *without* prejudice, so I had very little to lose for filing the case anyway.

2. However, the registration has since been granted, so I am now fully eligible to proceed on this claim. The registration number for this copyright is PA0002364261. Even if this Court were to dismiss this case without prejudice for failing to comply with the case of Fourth Estate v. Wall Street, I could refile it right now and I would be fully in compliance with that case law.

3. To prove this, I am hereby attaching a renewed AO 121 form.

Wherefore, premises considered, I respectfully request that the application for leave to proceed in forma pauperis be granted, and that the motion for issuance of subpoena duces tecum also be granted.

So requested on this, the 24th day of August, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com
