

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

September 19, 2022

David A. Stebbins
123 W. Ridge Ave.
Harrison, AR 72601

Re:    David A. Stebbins v. CMDR ImperialSalt
Case Number: 22-cv-04082-AGT

Dear Mr. Stebbins:

This matter has been randomly assigned to United States Magistrate Judge Alex G. Tse for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or declination and file it with the Court by **October 3, 2022.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

>                     Mark B. Busby
>                     Clerk of Court, United States District Court
>
>                     By   _____
>                     Stephen Ybarra, Deputy Clerk *to the*
>                     Honorable ALEX G. TSE

*REV. 9-19*

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiffs,<br><br>v.<br><br>CMDR IMPERIALSALT, et al.,<br><br>    Defendants. | Case No. 22-cv-04082-AGT<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )   **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

    ( )   **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                    NAME: _____

                                                    COUNSEL FOR (OR "PRO SE"):

                                                    _____

                                                   _____

                                                   Signature

*REV. 9-19*