UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>             Plaintiff,<br><br>      v.<br><br>JOHN DOE d/b/a CMDR IMPERIALSALT, et al.,<br><br>             Defendants. | Case No. 22-cv-04082-AGT<br><br>**ORDER GRANTING IFP APPLICATION AND DIRECTING ISSUANCE OF SUBPOENA**<br><br>Re: Dkt. Nos. 2, 5 |

David Stebbins has applied to proceed in forma pauperis. Dkt. 2. Having reviewed his application, the Court finds that Stebbins "cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). For this reason, his application is granted. The Court would benefit from adversarial briefing on Stebbins's claims and so will not dismiss his complaint under the IFP statute's screening provision, 28 U.S.C. § 1915(e)(2)(B). This is without prejudice to any arguments that the Doe defendants—whose true names and addresses are currently unknown to Stebbins—may raise after being served, assuming that service can be accomplished in the first instance.

Because Stebbins is proceeding IFP, he is responsible for providing the Court with "the information necessary to identify the defendant[s]" so that service can be accomplished. *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472, 483–84 (1995). To that end, Stebbins has submitted a proposed subpoena to Youtube, LLC, which seeks information identifying the alleged infringer Doe defendants pursuant to 17 U.S.C. § 512(h). *See* Dkt. 5. The Clerk's Office is directed to issue the proposed subpoena filed at Dkt. 5-2, and the U.S. Marshal or the Clerk's Office shall serve the subpoena on Youtube.

Stebbins must provide the Court with the true names and current addresses of the Doe defendants, or a written update detailing his efforts to obtain that information, by December 19, 2022. If he fails to do so, the undersigned will recommend that a district judge dismiss this case without prejudice.

**IT IS SO ORDERED.**

Dated: November 11, 2022

ALEX G. TSE
United States Magistrate Judge