David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                      Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"     DEFENDANTS

### RESPONSE TO [16] ORDER TO PROVIDE VALID ADDRESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following response to Dkt. 16, the Court's order directing me to provide a valid address upon which Youtube, LLC may be served with the subpoena.

1.     First, they may be served at the following registered agent:

> Corporation Service Company
> 2710 Gateway Oaks Drive
> Suite 150N
> Sacramento, CA 95833

2.     Alternatively, I have received notice from attorney Jason Mollick – regular counsel for Alphabet, Inc. and all of their subsidiaries (including Youtube, LLC) – that he is authorized to accept service of this subpoena on behalf of Youtube via email. See **Exhibit A**. If you prefer to go this route, you may send it to the email address of jmollick@wsgr.com.

So notified on this, the 16th day of November, 2022.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com