| | |
|---|---|
| From: | Mollick, Jason (jmollick@wsgr.com) |
| To: | acerthorn@yahoo.com |
| Date: | Tuesday, November 15, 2022 at 01:39 PM CST |

Mr. Stebbins,

I am authorized to accept electronic service of the subpoena as a courtesy here, however please note that any future third party-related subpoenas must be domesticated to California and formally served on YouTube.

Jason Mollick

---



**Jason Mollick | Associate | Wilson Sonsini Goodrich & Rosati**
1301 Avenue of the Americas, 40th Floor | New York, NY 10019 | 212.497.7772 | jmollick@wsgr.com



**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, November 15, 2022 8:19 AM
**To:** Mollick, Jason <jmollick@wsgr.com>
**Subject:** Can you accept this subpoena electronically?

EXT - acerthorn@yahoo.com

---

Dear Mr. Mollick,

Attached, you will find an order entered last night, directing the Clerk to issue a subpoena to Youtube, directing Youtube to provide the identifying information of a John Doe defendant. He has also ordered the Marshall to serve Youtube with this subpoena.

When the subpoena is issued, in order to speed things up, would you be willing to accept the subpoena electronically on behalf of Youtube?

Sincerely,

David Stebbins

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.