David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-212-49477
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBNS                                          PLAINTIFF

VS.                          3:22-cv-04082-AGT

JOHN DOE                                               DEFENDANT

### NOTICE OF PROGRESS OF SERVICE OF SUBPOENA

Comes now, Pro Se Plaintiff David Stebbins, who hereby submits the following update, as requested by the Court, as to the progress I have made in identifying the defendant.

1. On November 14, 2022, the Court granted my Petition for Issuance of Subpoena. However, it also ordered me to keep the Court posted on my efforts to obtain the defendant's name and address through this subpoena, and to provide the first update no later than December 19, 2022. See Dkt. 15. That is what I am doing now.

Today (December 1, 2022), I called the Marshal's Office for the Northern District of California to inquire about the status of the subpoena. I spoke with a woman, but never got her name. She advised me that they (the Marshal's Office) only received the subpoena in the mail this morning, which is why it hasn't been served yet. She also advised me that, now that they've received the subpoena, it will take between 2-6 weeks for them to finally serve it on Youtube.

She told me that it will almost certainly take at least 2 weeks to serve it.

I will call them again on December 15, 2022 (2 weeks from now, which she said was the minimum length of time it would take for anything to happen), and I will report my findings to the Court in an updated notice.

So notified on this, the 1st day of December, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-212-49477
acerthorn@yahoo.com
