David Stebbins (pro se Plaintiff)
123 W. Ridge Ave., APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                  PLAINTIFF

VS.                                          Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"        DEFENDANTS

**NOTICE OF EFFORTS TO SECURE DEFENDANT'S IDENTIFYING INFORMATION**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice pursuant to the Court's order on November 14, 2022.

1. On Nov. 14, this Court issued an order directing the issuance of a subpoena to Youtube, LLC. As part of that order, the Court stated …

    "Stebbins must provide the Court with the true names and current addresses of the Doe defendants, or a written update detailing his efforts to obtain that information, by December 19, 2022."

2. This notice is being filed in compliance with that portion of the order.

3. On December 14, 2022, I received an email from Google's legal department, acknowledging receipt of the subpoena and asking me if I would consent to having the subpoena be responded to exclusively by email. I promptly responded and gave said consent. See **Exhibit A**. I am now waiting patiently for them to provide the subpoenaed information. So notified on this, the 15th day of December, 2022.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com