From: Acerthorn (acerthorn@yahoo.com)

To: google-legal-support@google.com

Date: Wednesday, December 14, 2022 at 01:31 PM CST

Email only is fine. Thank you, and please respond promptly.

> On Wednesday, December 14, 2022 at 01:02:55 PM CST, <google-legal-support@google.com> wrote:
>
> Hello,
>
> Due to COVID-19, most Google personnel are working from home with limited office resources. In light of these limitations, Google intends to initially respond to legal process via email and will follow up with a physical mailing on a delayed basis. However, if you are willing to consent to service of Google's response(s) via email only (i.e. you do not require a subsequent physical mailing), please respond to this email and let us know. Google appreciates your understanding as we seek interim solutions under these unique circumstances.
>
> Regards,
> Google LLC