David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                              PLAINTIFF

VS.                                    Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"       DEFENDANTS

## THIRD NOTICE OF EFFORTS TO OBTAIN
## DEFENDANT'S IDENTIFYING INFORMATION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Third Notice of Efforts to Obtain Defendant's Identifying Information, in response to Dkt. 16.

1. On Nov. 14, this Court issued an order directing the issuance of a subpoena to Youtube, LLC. As part of that order, the Court stated …

    "Stebbins must provide the Court with the true names and current addresses of the Doe defendants, or a written update detailing his efforts to obtain that information, by December 19, 2022."

2. This notice is being filed in compliance with that portion of the order.

3. On December 19, 2022, I received email correspondance from Google's Legal Division, requesting an extension of time – until January 6, 2022 – to comply with the subpoena. I agreed to this extension, but I also warned them that I had sent written correspondence to them last summer, notifying them that this information was relevant to this litigation and that I intended to subpoena it. Therefore, they had a duty to preserve the evidence, and that if they did not produce the evidence by the agreed upon deadline, I intended to move the Court to sanction them for spoliation.

4. This email correspondence is being attached hereto as **Exhibit A**.
    So notified on this, the 19th day of December, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com
