David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                  PLAINTIFF

VS.                                          Case 3:22-cv-04082-AGT

JARROD JONES, dba "CMDR IMPERIALSALT" & "ZELLZANDER"  DEFENDANTS

**NOTICE OF UPDATE TO DEFENDANT'S IDENTITY**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice that I have learned the identity and most likely address of the defendant.

1.      This Court ordered me to notify the Court of information sufficient to identify the defendant and serve him with process. See Dkt. 15. On January 3, 2023, Google LLC finally responded subsantively to the subpeona issued to them. See **Exhibit A**. With the information provided, and after conducting my own investigation into the matter, I believe I have identified the defendant's name and narrowed down his location to a handful of possibilities.

**The Defendant's name is Jarrod Jones.**

2.      First, let's get the easy one out of the way. The evidence overwhelmingly suggests that the defendant's real name is Jarrod Jones. Although both the names "Jarrod Jones" and "James Huf" appeared in the list of recent transactions that Google provided, Jarrod Jones was the only one whose name appears in the "billing information" section. This implies that James Huf might have used Jarrod Jones' credit card to make a few purchases, with or without Jarrod's authorization.

3.      In addition to this, Google also provided the phone number of 425-623-4079 in association with his account. Using the services of www.spokeo.com (Spokeo) and www.beenverified.com (Been Verified), I was able to obtain profiles of the owner of this number

to corroborate Google's subpoena response. Sure enough, both services verified that this phone number was owned by Jarrod M. Jones. See **Exhibit B** and **Exhibit C**, with the relevant portions highlighted in yellow.

4. Google's subpoena response provided four different addresses that he was allegedly billed from. They are …

| | |
|---|---|
| 4350 168th St. NW<br>Lynnwood, WA 98087 | 23557 Trinity St.<br>Veneta, OR 97487 |
| 3606 Stark St.<br>Eugene, OR 97404 | 5906 143rd St. SE<br>Everett, WA 98208 |

5. Sure enough, those four addresses are all listed by Spokeo and Been Verified, although the two disagree on what his *current* address is (more on that in the next section).

6. Both Spokeo and Been Verified report that his primary email address is [highlordpreliatus@gmail.com](mailto:highlordpreliatus@gmail.com) (see **Exhibit D** and **Exhibit E**), which is highly similar to Google's preferred email address of [preliatus@gmail.com](mailto:preliatus@gmail.com) (sans the "high lord" part).

7. Furthermore, Been Verified points out that one of the aliases Jarrod Jones uses is "Mikeal Hawkins." See **Exhibit E**. Soon after I filed this lawsuit last summer, the defendant contacted me over email, pretending to extend a good faith effort to work this out without litigation. See **Exhibit F**. As you can see, "Mikeal Hawkins" is the name associated with that email address, corroborating Been Verified's claim that Jarrod Jones regularly uses that as an alias.

8. So all things considered, I believe it is safe to say that Jarrod Jones is our man. Even if he attempts to deny that he is the one who posted my video on KiwiFarms, the combination of Google's, Spokeo's, and Been Verified's reports on him – as well as Exhibit F, which was provided by the defendant himself – are so overwhelmingly against him in this case that it would probably constitute proof beyond a reasonable doubt, let alone preponderance of the evidence.

9. So this leads us to the one remaining question of this ordeal:

**Jarrod Jones' current address**

10. This one is a bit more of a toss-up than identifying the defendant's name. Spokeo and Been Verified are divided as to whether his current address is 5906 143rd St. SE, Everett WA

98208 (or just his "Everett address," for short) or 3606 Stark St., Eugene, OR 97404 (or his "Eugene address," for short). Furthermore, there are two other known addresses – one in Washington state and one in Oregon – which are also viable potential options that we should not rule out. In fact, Spokeo is not even consistent with itself in this regard; **Exhibit C** gives his Eugene address as his current address, but **Exhibit D** lists his Everette address as his current one, despite both being from Spokeo.

11.     However, all four addresses are located within the same two judicial districts. His Everette and Lynwood addresses are both located in the Western District of Washington, and his two Oregon addresses are both located in the District of Oregon at-large. Since I am proceeding in forma pauperis, I am eligible to have serivce of process conducted by the U.S. Marshal (see **Fed.R.Civ.P. 4(c)(3)**), which has the same district borders as their respective courts. In this case, the ideal solution to this dilemma would be to submit copies of the summons and complaint to both Marshal's offices and have each of them attempt service of process on the four possible addresses. Surely one of them will land.

12.     However, if the Court does not wish to do that, and insists that we only try one marshal district at a time, then I would prefer that we try the Western District of Washington first, for the following reasons:

13.     First, Google's subpoena response also included a list of IP addresses that Jones has used to log into his google account, with the most recent being November 16, 2022. See **Exhibit G**. It's highly likely he has had more logins since then, but apparently Google believes they were only required to provide IP addresses up to the date when the subpoena issued. In any event, these logins are so recent that it is almost certain that this is where he resides currently.

14.     That being said, he uses three different IP addresses over the past few months: the IP address 50.125.252.117, the IP address 50.54.128.103, and the IP address 172.58.43.177. All three of these IP addresses are located in either Seattle or the Seattle metropolitan area, just like Everette or Lynwood. See **Exhibit H**, **Exhibit I,** and **Exhibit J**. On July 14, 2022, he also used the IP address 193.176.84.29, which is located in Romania. See **Exhibit K**. However, it is important to keep in mind that the Romanian IP address belongs to a VPN (see **Exhibit L**[1]),

---

1  Exhibits L-O are all pulled from the website of www.vpnapi.io/vpn-detection.

while the three Washingtonian IP addresses do not (see **Exhibits M-O**), so Jones' use of the Washingtonian IP addresse are necessarily indicative of his actual geographic location.

15. These exhibits demonstrate an overwhelming likelihood that Jarrod's current address is inside the Western District of Washington. That is the *first* reason why, if I have to try one at a time, I would prefer to try Washington first.

16. The second reason is because, according to Been Verified, the actual *owners* of the Everett address are listed as Marty and Rebecca Jones. See **Exhibit P** and **Exhibit Q**. When I search her profile, she is actually listed as Rebecca Lockridge, with "Rebecca Jones" as one of her aliases.  See **Exhibit R**. This suggests that Lockridge is either her maiden name, or her new last name after divorcing Marty and marrying another man. She is also listed as being 58 years old. Marty, meanwhile, is 57 years old, and is also listed as having Jarrod M. Jones one of his relatives. See **Exhibit S**.

17. Their ages, status as relatives, and current known address all indicate that Marty and Rebecca are, in fact, Jarrod's parents.

18. This is the second reason why, if the Court will not issue dual summons to both Washington and Oregon to maximize the likelihood of service being successful on the first attempt, I would prefer to try Washington first: Because even if the Marshal attempts service at the Everette address only to find that Jarrod does not live there[2], his parents should be able to tell the Marshal *exactly* where he is, without the need for any additional guesswork on our end. If Jarrod currently resides inside the Western District of Washington (which is incredibly likely, given his recent IP address usage), the Marshal can simply proceed with service at Jarrod's new address without any further instructions from the Court. But even if Jarrod's new address is outside that district, if the Marshal returns the summons and tells us what Jarrod's actual current address is, according to his parents, at least then, we'll know for sure where he is and only need to attempt service of process one more time. We won't be reduced to simply taking one shot in the dark after another.

19. However, the best way to ensure that process is successfully served on the defendant

---

2   If he does live there but just isn't home at the moment, his parents can still accept process on his behalf. See **Fed.R.Civ.P. 4(e)(2)(B)**.

would be to send out concurrent summons and complaints at once to the two marshal districts. Doing so would guarantee that one would fail, but the odds of both of them failing are astronomical.

**Conclusion**

20.     In conclusion, I have done precisely what the Court has ordered me to do. I have provided information sufficient to ensure that the defendant can be served with process. I hereby request that the Court order the U.S. Marshal for the District of Oregon, as well as the Western District of Washington, to serve the defendant with process at the listed addresses. For the Western District of Washington, I ask that the Marshal be instructed to obtain the defendant's current address from the residents of the Everett address if Jarrod does not reside there and, if that new address is inside the Western District of Washington, to serve the defendant there instead, otherwise to report this new address to the Court at the same time the summons and complaint are returned unserved.

Wherefore, premises considered, I respectfully request that process be served on Jarrod Jones, and any other relief to which I may be entitled.

So requested on this, the 4th day of January, 2023.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com
