This exhibit is a video exhibit, which I cannot upload using the ECF. So instead, you can see the video by going to the following URL:

https://www.youtube.com/watch?v=tpTHZGcbseQ