Take advantage of features included with your account

✓ Complete now

| Save | Monitor | PDF | List | More |

# (425) 623-4079

Phone type **Mobile**

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                                 OFF

👥 1 Potential Owner                                                  **View potential owner**

✓ No threat detected                                                  **View threat detection**

🔍 Low search volume                                                  **View search volume**

🛡 No neighbor spoofing detected                                       **View neighbor spoofing**

💬 0 comments                                                         **View comments**

## Potential Owner Jarod Jones 

 Overview 

Take advantage of features included with your account

**Jarod Jones (/app/search/person?fname=Jarod&ln=Jones)**

✔ Complete now

Age -
Languages Spoken EN
Country of origin -

Search person (/app/search/person?fname=Jarod&ln=Jones)

Is this accurate?

## Possible Photos

No other possible photos associated with Jarod Jones found.

## Other phone numbers

No other other phone numbers associated with Jarod Jones found.

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

## Email Addresses

No other email addresses associated with Jarod Jones found.

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

## Address History

No other address history associated with Jarod Jones found.

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

## Work History

No other work history associated with Jarod Jones found.

 Overview   

Case 3:22-cv-04082-AGT   Document 23-2   Filed 01/04/23   Page 3 of 7

**Take advantage of features included with your account**

✔ Complete now



## Try the Business AI Search!

Search for individuals based on employment history, job title, experience level and more to see known and derived contact information

**Begin Searching**

(/app/search/contact)

## Educational Background

No other educational background associated with Jarod Jones found.

## Social Media & Websites

No other social media & websites associated with Jarod Jones found.

## Threat Detection

### SPAM Reports

We identify spam callers and telemarketers using user submitted feedback about a phone number

No spam detected

**0 SPAM reports**

### Search volume

Higher search volume correlates with an increased likelihood of a call being SPAM.

An increase in searches in the last 30 days also indicates that this number is being used for potentially malicious activity such as scams or SPAM.

Low search volume

≡ Overview



**Take advantage of features included with your account**

**Neighbor spoofing**  ✔ Complete now

Neighbor spoofing is a tactic that attempts to make you think a neighbor is calling you, by calling from your area code

✔ **No neighbor spoofing detected**

# Comments

No other comments associated with this number found.

## Add a comment

Add a comment here ...

**Is this number a telemarketer?**

 Yes    ● No

**Did you receive a text from this number?**

 Yes    ● No

**Name to associate with this comment**

Anonymous

By posting a comment, you agree to strictly abide by our **Terms (https://www.beenverified.com/faq/terms-conditions/)** , including posting no objectionable language.

Cancel    Submit comment

# Possible Owned Assets

No possible owned assets associated with Jarod Jones were found.

# Notes





 

**Learn more**

Take advantage of features included with your account

| Add a note here... | ✔ Complete now |

Add a note

## Suggestions for You

## Curious to find out even more about (425) 623-4079?

View potential owners of this phone number to learn more

Jarod Jones (/app/search/person?bvid=&city=&fname=Jarod&ln=Jones&mn=&name=Jarod%20Jones&state=)

Potential Owner

View person report (/app/search/person?bvid=&city=&fname=Jarod&ln=Jones&mn=&name=Jarod%20Jones&state=)

How would you rate this report?

## Search again

Rate out of 5 stars

PEOPLE    PHONE    PROPERTY    EMAIL    SOCIAL MEDIA    BUSINESS AI    VEHICLE

First name                              M.I.            Last name

City                                    All                             Age

**Search**

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

Overview

**Take advantage of features included with your account**

✔ Complete now

### Contact us
We pride ourselves on offering friendly and helpful support!

💬 **Chat with us live (https://www.beenverified.com/chat/)**
Available 24 hours a day

✉ **support@beenverified.com**
Available 24 hours

👤 **Your Member ID is**
**821439269**

## About Us

▸ About BeenVerified (https://beenverified.com/about)

▸ Advantage Rewards (/app/dashboard/rewards)

▸ Testimonials (https://www.beenverified.com/about/testimonials)

▸ Careers (https://www.beenverified.com/careers)

▸ Leadership (https://www.beenverified.com/about/leadership)

▸ Press (https://www.beenverified.com/press)

▸ Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-I3Pqw/viewform)

▸ Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

## Help

▸ Customer Care (http://support.beenverified.com)

▸ Contact Us ()

▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

▸ FAQ (https://www.beenverified.com/faq/billing/)

▸ Do Not Sell My Personal Information (/app/optout/search)

▸ Affiliates (https://www.beenverified.com/affiliates)

☰ Overview

**Take advantage of features included with your account**

 Complete now (https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

**Disclaimer:** BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

© 2023 **BeenVerified, Inc (https://www.beenverified.com)** . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, Inc

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility 

 Overview