Case 3:22-cv-04082-AGT   Document 23-3   Filed 01/04/23   Page 1 of 4

# Results for **425-623-4079**
Sourced from 3.9 billion records

## CURRENT OWNER DETAILS

**Jarrod M Jones, 31**

**Lives at** 3606 Stark St, Eugene, OR 97404



Multiple Spokeo reports were found on "**Jarrod M Jones from Eugene, OR**". A Spokeo report may contain Emails, Social Profiles, Relatives, and more.

**VIEW NOW**

## PHONE DETAILS ⓘ

| AREA CODE LOCATION | PHONE LINE TYPE | PHONE LISTING TYPE |
|---|---|---|
| **Bellevue, WA** | **Wireless** | **Residential** |

| ACTIVITY STATUS | ACTIVITY STATUS CONFIDENCE | CARRIER |
|---|---|---|
| **Active** | **High** | **T-Mobile** |

## PHONE REPUTATION SCORE



SPECIAL OFFER! | CLAIM NOW →



**LOW RISK**

Risk level:  **Low**   Medium   High

Spokeo has identified (425) 623-4079 as a low-risk number based on the following key factors. Some factors may have a larger impact than others. Learn more.

| | |
|---|---|
| RECENT USER SEARCHES | 1 |
| RECENT COMPLAINTS | 0 |
| LINE TYPE | Wireless |
| U.S. NUMBER | Yes |
| IS TOLL-FREE | No |
| LISTING TYPE | Residential |

## COMMENT DETAILS‡

No Comments associated with (425) 623-4079

‡*Disclaimer: These comments come from users of Spokeo and from third party websites. The information may be out of date. Spokeo has not validated or verified any of these comments.*

## DID YOU KNOW

The 425 Area Code is located in the state of Washington. Area Code 425 is one of the 269 three-digit telephone area codes in the USA. It covers roughly 5,718,000 unique phone numbers and 1,599,303 individuals near the cities of Everett, Seattle, Bellevue, Kirkland, Renton, Bothell, Kenmore, Sammamish, Issaquah, and Redmond.

**SPECIAL OFFER!** | **CLAIM NOW** →

## NEIGHBORHOOD DEMOGRAPHICS

Statistics based on US Census data for Everett, WA

