

People Search > Jones > Jarrod Jones > Washington > Everett > **Jarrod M Jones**

# Jarrod M Jones, Age 31

**Current Address:** 5906 143rd St SE, Everett, WA

**Past Addresses:** 4310 148th St SW Lynnwood, WA +1 more

**Phone Number:** (425) 876-6312 +3 phones

**Email Address:** highlordpreliatus@gmail.com +1 email

**GET ENHANCED REPORT**

⬇ PDF  |  SHARE  |  MORE  ∘∘∘

| Phone & Email (6) | Family (2) | Court 🔒 |
| All Addresses (3) | Social | Extra Info |

★ **SPECIAL OFFER!**  |  CLAIM NOW  →

## PHONE & EMAIL *(6)*                                           VIEW DETAIl

**(425) 876-6312**
Everett, WA • Sprint

**(425) 876-1263**
Everett, WA • Sprint

**highlordpreliatus@gmail.com**
gmail

**jarrod.j@verizon.net**
verizon

★ **SPECIAL OFFER!** | CLAIM NOW →

## ADDRESS HISTORY *(3)*

<span style="color:blue">VIEW DETAIl</span>

We found 3 addresses for Jarrod.

Google

Map data ©2023 Google

 **5906 143rd St SE**
EVERETT, WA • 2013-2019
This 1,872 square foot home is the last known address for Jarrod.

View More

 **4310 148th St SW**
LYNNWOOD, WA • 2013-2016
Jarrod departed this home in 2016.

View More

 **4130 148th S**
LYNNWOOD, WA
Jarrod resides

---

**SPECIAL OFFER!** | CLAIM NOW →

## FAMILY MEMBERS *(2)*

VIEW DETAII

We found 2 relatives for Jarrod.



 **Cynthia Jones**
**FEMALE • AGE 62**

Jarrod has resided in Lynnwood, WA in a single family house with Cynthia.

View More

 **Marty Jones**
**MALE • AGE 57**

Jarrod and Marty live together in a single family house in Everett, WA.

View More

 **Historical Re**
**3.9 BILLION REC**

Search for birth divorce, US Ce records.

⭐ **SPECIAL OFFER!** | CLAIM NOW →

Jarrod M Jones, Everett, WA (98208) - Spokeo                    https://www.spokeo.com/Jarrod-Jones/Washington/Everett/p40226575089

## SOCIAL PROFILES *(0)*

No results from over 120+ social networks.



There are no social profiles found. Enter another email or username that Jarrod may use and we can search 120+ networks for a match.

Email or Username

★ SPECIAL OFFER! | CLAIM NOW →

Jarrod M Jones, Everett, WA (98208) - Spokeo     https://www.spokeo.com/Jarrod-Jones/Washington/Everett/p40226575089

## COURT RECORDS

We search 620 million Court Records for any matches.

Unlock Court Records »



 **State Record Search**

WASHINGTON

We identified 83 records related to "Jarrod Jones" in the state of Washington.

View More

 **Criminal Records**

NATIONWIDE

1,453 court search results for people named "Jarrod Jones" in the United States.

View More

 UNLOCK ALL

★ SPECIAL OFFER!  |  CLAIM NOW  →

## EXTRA INFO

VIEW DETAIl



### Personal Information
**VITAL INFO & HISTORICAL RECORDS**
Uncover birth, marriage, military, & other records.

### Wealth
**PROPERTY, HOUSEHOLD INCOME, & MORE**
View income, investment, and property details.

### Work
**EMPLOYMENT HISTORY**
Discover work experience, company details, and more.

## More Ways to Use Spokeo

You can easily find a person's information by entering any information you have—name, email, phone or address.

Enter a name, phone, address or email        SEARCH 🔍

⭐ **SPECIAL OFFER!** | CLAIM NOW →





### Look Up Unknown Callers
Want to know who's calling? Look up a phone number to identify an owner.

### Check Neighborhood Threats
Search an address to identify sexual offenders living in that neighborhood.

† Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.



| | | | |
|---|---|---|---|
| **About** | **Terms** | **Privacy** | **Contact** |
| **Careers** | **Help** | **Blog** | **Affiliates** |

Copyright © 2006-2023 Spokeo, Inc.

**SPECIAL OFFER!** | CLAIM NOW →