Take advantage of features included with your account

✔ Complete now

♡ Save | 🔔 Monitor | 📄 PDF | 📋 List | ⋯ More

# Jarrod M Jones

Age 31 years old

Born October 1991

Location Eugene, OR

Aliases Jarrod Jones, Jarrod Mikeal Jones, Mikeal Hawkins, Bork, Gary Simpson, Matthew Blathers, Robin Simpson  Hide

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                    OFF

🏠 3606 Stark St                                                    View 4 more
   Eugene, OR 97404

📞 (425) 876-1263                                                    View 7 more

✉ HIGHLORDPRELIATUS@GMAIL.COM                                       View 8 more

♥ 9 relatives found                                                 View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                            Learn more

⮕ 6 social networks identified                                      View details

📷 2 possible photos found




 Overview                                        ⌄ ⌄

Take advantage of features included with your account

✔ Complete now

## Is this you?

### Claim your own report to monitor your online identity.

✔   We'll monitor and notify you of any changes to your report of which we become aware

> Yes, this is me!

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

🖨 Print PDF       ✉ Email PDF

## Phone Numbers                                                        ⋯

Alerts

❖ Learn more

---

✔ Best phone number match

### (425) 876-1263 (/app/generate/phone?phone=4258761263&referringBvid=N_MTQ1NzIxNzg4MDAx)

Phone type Mobile
Dates seen Jan 2008

View phone report (/app/generate/phone?phone=4258761263&referringBvid=N_MTQ1NzIxNzg4MDAx)

Is this accurate?

---

Higher Confidence

### (425) 876-6312 (/app/generate/phone?phone=4258766312&referringBvid=N_MTQ1NzIxNzg4MDAx)

Phone type Mobile
Dates seen Sep 2011

View phone report (/app/generate/phone?phone=4258766312&referringBvid=N_MTQ1NzIxNzg4MDAx)

Is this accurate?

---

Higher Confidence
Is this accurate?

### (425) 743-4384 (/app/generate/phone?phone=4257434384&referringBvid=N_MTQ1NzIxNzg4MDAx)

Dates seen Aug 2007 - Apr 2016

**Take advantage of features included with your account**

View phone report (/app/generate/phone?phone... Complete 343984&referringBvid=N_MTQ1NzIx...

---

Higher Confidence

## (425) 787-7837 (/app/generate/phone?phone=4257877837&referringBvid=N_MTQ1NzIxNzg4MDAx)

Dates seen Aug 2007 - Apr 2016

View phone report (/app/generate/phone?phone=4257877837&referringBvid=N_MTQ1NzIxNzg4MDAx)

Is this accurate?

---

Higher Confidence

## (253) 333-0908 (/app/generate/phone?phone=2533330908&referringBvid=N_MTQ1NzIxNzg4MDAx)

View phone report (/app/generate/phone?phone=2533330908&referringBvid=N_MTQ1NzIxNzg4MDAx)

Is this accurate?

---

## (541) 461-7946 (/app/generate/phone?phone=5414617946&referringBvid=N_MTQ1NzIxNzg4MDAx)

View phone report (/app/generate/phone?phone=5414617946&referringBvid=N_MTQ1NzIxNzg4MDAx)

Is this accurate?

---

## (775) 329-4145 (/app/generate/phone?phone=7753294145&referringBvid=N_MTQ1NzIxNzg4MDAx)

View phone report (/app/generate/phone?phone=7753294145&referringBvid=N_MTQ1NzIxNzg4MDAx)

Is this accurate?

---

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com /faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

# Email Addresses

[...]

Alerts

⊙ Learn more

✔ Best email address match

Is this accurate?

▤ Overview    **highlordpreliatus@gmail.com (/app/generate/email?email=highlordpreliatus%40gmail.com)** ⌄

Email type Personal
Dates seen Apr 2009 - Feb 2022

**Take advantage of features included with your account**

✔ Complete now
View email report (/app/generate/email?email=highlordpreliatus%40gmail.com)

---

Higher Confidence

### jarrod.j@verizon.net (/app/generate/email?email=jarrod.j%40verizon.net)

Email type Personal
Dates seen Aug 2007 - May 2020

View email report (/app/generate/email?email=jarrod.j%40verizon.net)

Is this accurate?

---

Higher Confidence

### mindffrayer@hotmail.com (/app/generate/email?email=mindffrayer%40hotmail.com)

Email type Personal
Dates seen Apr 2010 - May 2020

View email report (/app/generate/email?email=mindffrayer%40hotmail.com)

Is this accurate?

---

Higher Confidence

### bork53@yahoo.com (/app/generate/email?email=bork53%40yahoo.com)

Email type Personal

View email report (/app/generate/email?email=bork53%40yahoo.com)

Is this accurate?

---

Higher Confidence

### matthewgbm@juno.com (/app/generate/email?email=matthewgbm%40juno.com)

Email type Personal

View email report (/app/generate/email?email=matthewgbm%40juno.com)

Is this accurate?

---

Higher Confidence

Is this accurate?
≡ Overview
### re_boot@earthlink.net (/app/generate/email?email=re_boot%40earthlink.net)

Email type Personal



**Take advantage of features included with your account**
View email report (/app/generate/email?email=re_boot%40earthlink.net)
✔ Complete now

---

Higher Confidence

## preliatus@foxrod.org (/app/generate/email?email=preliatus%40foxrod.org)

View email report (/app/generate/email?email=preliatus%40foxrod.org)

Is this accurate?

---

Higher Confidence

## jarrod.jones743@aol.com (/app/generate/email?email=jarrod.jones743%40aol.com)

Dates seen May 2015 - May 2015

View email report (/app/generate/email?email=jarrod.jones743%40aol.com)

Is this accurate?

---

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

# Address History

... Alerts

● Learn more

4 addresses identified





☰ Overview    ∧ ∨

✔ Best address match                    **Take advantage of features included with your account**

                                        ✔ Complete now

## 3606 Stark St
## Eugene, OR 97404
## (/app/generate/property?address=3606%20Stark%20St.&city=Eugene&state=OR&zipcode=97404)

Dates seen Dec 2011 - Jan 2022

Search this property (/app/generate/property?address=3606%20Stark%20St.&city=Eugene&state=OR&zipcode=97404)

Is this accurate?

---

Higher Confidence

## 4310 148th St SW
## Lynnwood, WA 98087
## (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&
## zipcode=98087)

Dates seen Mar 2007 - Apr 2015

Search this property (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087)

Is this accurate?

---

Higher Confidence

## 5906 143rd St SE
## Everett, WA 98208
## (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&
## zipcode=98208)

Address type Old
Dates seen Mar 2007

Search this property (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208)

Is this accurate?

 Overview

Higher Confidence | **Take advantage of features included with your account**

✔ Complete now

## 4130 148th St SW
## Lynnwood, WA 98087
## (/app/generate/property?address=4130%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087)

Dates seen May 2007

Search this property (/app/generate/property?address=4130%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com /faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

# Relatives

⌄ Learn more

## Rebecca C Lockridge (/app/generate/person?bvid=N_MDAwNTIzMTcwMDI0& name=REBECCA%20C%20LOCKRIDGE)

Age 58

Live s in Everett, WA

May also go by R W Courington, Rebecca W Lockridge, Rebecca W Courington **+5 more**

View person report (/app/generate/person?bvid=N_MDAwNTIzMTcwMDI0&name=REBECCA%20C%20LOCKRIDGE)

◔ Show less contact info

| Address | 5906 143rd St SE |
| --- | --- |
| | Everett, WA 98208 |
| | (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208) |
| Dates seen | Sep 2015 - Jan 2022 |
| Address | 4310 148th St SW |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| Dates seen | Feb 2009 - Sep 2015 |
| Address | 13913 93rd Ave NE |
| | Kirkland, WA 98034 |
| | (/app/generate/property?address=13913%2093rd%20Ave.%20NE&city=Kirkland&state=WA&zipcode=98034) |
| Dates seen | Apr 2004 - Oct 2009 |
| Phone number | (425) 823-6507 (/app/generate/phone?phone=4258236507) |
| Dates seen | - |

◔ Show less relatives

## Frederick Wilton Courington (/app/generate/person?bvid=N_MDAwNTIyODc3OTk1& name=FREDERICK%20WILTON%20COURINGTON)

Is this accurate? 

Deceased at age ~69 on Nov 2007

**Take advantage of features included with your account**

Live d in Jacksonville, FL

✔ **Complete now**

May also go by F W Courington

View person report (/app/generate/person?bvid=N_MDAwNTIyODc3OTk1&name=FREDERICK%20WILTON%20COURINGTON)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 140 PO Box |
| | Jacksonville, FL 32212 |
| | (/app/generate/property?address=140%20Po%20Box&city=Jacksonville&state=FL&zipcode=32212) |
| **Dates seen** | Oct 2011 - May 2017 |

| | |
|---|---|
| **Address** | 27528 118th St SE |
| | Monroe, WA 98272 |
| | (/app/generate/property?address=27528%20118th%20St.%20SE&city=Monroe&state=WA&zipcode=98272) |
| **Dates seen** | Aug 1993 - Aug 2014 |

| | |
|---|---|
| **Phone number** | (360) 793-8660 (/app/generate/phone?phone=3607938660) |
| **Dates seen** | - |

## Cynthia Ann Jones (/app/generate/person?bvid=N_MDAwOTQzNzUyMTI5& name=CYNTHIA%20ANN%20JONES)

Age 62

Live s in Tucson, AZ

May also go by Cynthia Ann Piper, Cynthia A Gitner, Cyntia Jones

View person report (/app/generate/person?bvid=N_MDAwOTQzNzUyMTI5&name=CYNTHIA%20ANN%20JONES)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 2961 W Goret Rd |
| | Tucson, AZ 85745 |
| | (/app/generate/property?address=2961%20W%20Goret%20Rd.&city=Tucson&state=AZ&zipcode=85745) |
| **Dates seen** | Jan 2011 - Aug 2022 |

| | |
|---|---|
| **Address** | 4310 148th St SW |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| **Dates seen** | Jan 2001 - Apr 2011 |

| | |
|---|---|
| **Phone number** | (520) 743-5275 (/app/generate/phone?phone=5207435275) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (425) 743-4384 (/app/generate/phone?phone=4257434384) |
| **Dates seen** | - |

⊘ Show less relatives

Is this accurate?

## Geraldine J Piper (/app/generate/person?bvid=N_MDAxOTgyNDMwODQ2&

Overview



## name=GERALDINE%20J%20PIPER)

Take advantage of features included with your account

Age 95
Live s in Tucson, AZ
May also go by Gerry Piper, G Piper

✔ Complete now

View person report (/app/generate/person?bvid=N_MDAxOTgyNDMwODQ2&name=GERALDINE%20J%20PIPER)

⊙ Show less contact info

| | | |
|---|---|---|
| **Address** | 5830 N Fountains Ave Apt 220 | |
| | Tucson, AZ 85704 | |
| | (/app/generate/property?address=5830%20N%20Fountains%20Ave.%20Apt%20220&city=Tucson&state=AZ&zipcode=85704) | |
| **Dates seen** | Dec 2019 - Aug 2022 | |
| **Address** | 2001 W Rudasill Rd Apt 7307 | |
| | Tucson, AZ 85704 | |
| | (/app/generate/property?address=2001%20W%20Rudasill%20Rd.%20Apt%207307&city=Tucson&state=AZ&zipcode=85704) | |
| **Dates seen** | Jun 2015 - Nov 2019 | |
| **Address** | 13505 E Broadway Ave Apt 339 | |
| | Spokane Valley, WA 99216 | |
| | (/app/generate/property?address=13505%20E%20Broadway%20Ave.%20Apt%20339&city=Spokane%20Valley&state=WA&zipcode=99216) | |
| **Dates seen** | Jan 2012 - Apr 2015 | |

## Richard A Jones (/app/generate/person?bvid=N_MDAxMjgxNTgyOTA3& name=RICHARD%20A%20JONES)

Age 78
Live s in Tucson, AZ

View person report (/app/generate/person?bvid=N_MDAxMjgxNTgyOTA3&name=RICHARD%20A%20JONES)

⊙ Show less contact info

| | | |
|---|---|---|
| **Address** | 2961 W Goret Rd | |
| | Tucson, AZ 85745 | |
| | (/app/generate/property?address=2961%20W%20Goret%20Rd.&city=Tucson&state=AZ&zipcode=85745) | |
| **Dates seen** | Jan 2011 - Jan 2021 | |
| **Address** | 4310 148th St SW | |
| | Lynnwood, WA 98087 | |
| | (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) | |
| **Dates seen** | Jan 2001 - Apr 2011 | |
| **Phone number** | (520) 743-5275 (/app/generate/phone?phone=5207435275) | |
| **Dates seen** | - | |
| **Phone number** | (425) 743-4384 (/app/generate/phone?phone=4257434384) | |
| **Dates seen** | - | |

Is this accurate?

☰ Overview                                                                    ⌃ ⌄

Take advantage of features included with your account

## Margrete Karla Jones (/app/generate/person?bvid=N_MDAxMjc5ODMwNTUz& name=MARGRETE%20KARLA%20JONES)

✔ **Complete now**

Age 80

Live s in Bellingham, WA

May also go by Margaret K Jones, Margrete Margrete Karlajones, Margrete Karla Jones **+6 more**

View person report (/app/generate/person?bvid=N_MDAxMjc5ODMwNTUz&name=MARGRETE%20KARLA%20JONES)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 234 Prince Ave Apt 102 |
| | Bellingham, WA 98226 |
| | (/app/generate/property?address=234%20Prince%20Ave.%20Apt%20102&city=Bellingham&state=WA&zipcode=98226) |
| **Dates seen** | Dec 2005 - Jul 2017 |
| **Address** | 1070 5th Ave S Apt 407 |
| | Edmonds, WA 98020 |
| | (/app/generate/property?address=1070%205th%20Ave.%20S%20Apt%20407&city=Edmonds&state=WA&zipcode=98020) |
| **Dates seen** | Oct 1981 - Feb 2012 |
| **Address** | 4186 Saltspring Dr |
| | Ferndale, WA 98248 |
| | (/app/generate/property?address=4186%20Saltspring%20Dr.&city=Ferndale&state=WA&zipcode=98248) |
| **Dates seen** | Oct 1989 - Dec 2007 |
| **Phone number** | (360) 733-7667 (/app/generate/phone?phone=3607337667) |
| **Dates seen** | - |
| **Phone number** | (425) 771-5018 (/app/generate/phone?phone=4257715018) |
| **Dates seen** | - |
| **Phone number** | (360) 384-5115 (/app/generate/phone?phone=3603845115) |
| **Dates seen** | - |

Is this accurate?

## Mary Ann Jones (/app/generate/person?bvid=N_MDAxMjgwMjI0NTU4& name=MARY%20ANN%20JONES)

Deceased at age ~87 on Nov 2013

Live d in Federal Way, WA

May also go by Maryann Ann Jones

View person report (/app/generate/person?bvid=N_MDAxMjgwMjI0NTU4&name=MARY%20ANN%20JONES)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 32290 1st Ave S Apt 192 |
| | Federal Way, WA 98003 |
| | (/app/generate/property?address=32290%201st%20Ave.%20S%20Apt%20192&city=Federal%20Way&state=WA&zipcode=98003) |
| **Dates seen** | Dec 2008 - Jun 2014 |

Is this accurate?

▤ Overview                                                                    ⌃  ⌄

| | | |
|---|---|---|
| **Address** | 32290 1st Ave S Apt 235 | |
| | Federal Way, WA 98003 | **Take advantage of features included with your account** |
| | (/app/generate/property?address=32290%201st%20Ave.%20S%20Apt%20235&city=Federal%20Way&state=WA&zipcode=98003) | ✔ Complete now |
| **Dates seen** | Sep 2005 - Jul 2013 | |

| | |
|---|---|
| **Phone number** | (253) 661-0499 (/app/generate/phone?phone=2536610499) |
| **Dates seen** | - |

⊙ Show less relatives

## Warren Edwin Jones (/app/generate/person?bvid=N_MDAxMjg0NjQ2NDM1& name=WARREN%20EDWIN%20JONES)

Deceased at age ~89 on Sep 2010

Live d in Federal Way, WA
May also go by Warren A Jones, Wareen E Jones

View person report (/app/generate/person?bvid=N_MDAxMjg0NjQ2NDM1&name=WARREN%20EDWIN%20JONES)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 32290 1st Ave S Apt 235 |
| | Federal Way, WA 98003 |
| | (/app/generate/property?address=32290%201st%20Ave.%20S%20Apt%20235&city=Federal%20Way&state=WA&zipcode=98003) |
| **Dates seen** | Sep 2005 - Jul 2013 |
| **Address** | 32290 1st Ave S Apt 393 |
| | Federal Way, WA 98003 |
| | (/app/generate/property?address=32290%201st%20Ave.%20S%20Apt%20393&city=Federal%20Way&state=WA&zipcode=98003) |
| **Dates seen** | Sep 2005 - May 2011 |
| **Address** | 28422 16th Ave S Unit All |
| | Federal Way, WA 98003 |
| | (/app/generate/property?address=28422%2016th%20Ave.%20S%20Unit%20All&city=Federal%20Way&state=WA&zipcode=98003) |
| **Dates seen** | Jan 1998 - Jan 2011 |

| | |
|---|---|
| **Phone number** | (253) 661-0499 (/app/generate/phone?phone=2536610499) |
| **Dates seen** | - |

## Lorna Jeanne Jones (/app/generate/person?bvid=N_MDAwODg2NjQ3MDUw& name=LORNA%20JEANNE%20JONES)

Deceased at age ~79 on Jun 2020

Live d in Maple Valley, WA
May also go by Lorna Je

View person report (/app/generate/person?bvid=N_MDAwODg2NjQ3MDUw&name=LORNA%20JEANNE%20JONES)

⊙ Show less contact info
Is this accurate?


Overview

| | |
|---|---|
| Address | 21614 SE 273rd Pl |

Maple Valley, WA 98038

**Take advantage of features included with your account**

(/app/generate/property?address=21614%20SE%20273rd%20Pl.&city=Maple%20Valley&state=WA&zipcode=98038)

**Dates seen**  Sep 2015 - Aug 2022                ✔ Complete now

---

**Phone number**  (425) 432-5199 (/app/generate/phone?phone=4254325199)

**Dates seen**  -

---

◔ Show less relatives

## Michael Patrick Gamble (/app/generate/person?bvid=N_MDAwODg1OTQ2OTE0& name=MICHAEL%20PATRICK%20GAMBLE)

Age 53

Live s in Maple Valley, WA

May also go by Mike P Gamble

View person report (/app/generate/person?bvid=N_MDAwODg1OTQ2OTE0&name=MICHAEL%20PATRICK%20GAMBLE)

◔ Show less contact info

| **Address** | 20920 253rd Ave SE |
| | Maple Valley, WA 98038 |
| | (/app/generate/property?address=20920%20253rd%20Ave.%20SE&city=Maple%20Valley&state=WA&zipcode=98038) |
| **Dates seen** | Nov 2006 - Mar 2022 |

| **Address** | 2627 204th St SW |
| | Lynnwood, WA 98036 |
| | (/app/generate/property?address=2627%20204th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98036) |
| **Dates seen** | May 2016 - Jan 2022 |

| **Address** | 9617 122nd Ave SE |
| | Renton, WA 98056 |
| | (/app/generate/property?address=9617%20122nd%20Ave.%20SE&city=Renton&state=WA&zipcode=98056) |
| **Dates seen** | Jan 2002 - Jan 2009 |

## Carl L Jones (/app/generate/person?bvid=N_MDAxMjcyMjAyNzgx&name=CARL%20L%20JONES)

Age 59

Live s in Palmer, AK

May also go by Carl Lee Jones

View person report (/app/generate/person?bvid=N_MDAxMjcyMjAyNzgx&name=CARL%20L%20JONES)

◔ Show less contact info

| **Address** | 6760 N Dewachen Cir |
| | Palmer, AK 99645 |
| | (/app/generate/property?address=6760%20N%20Dewachen%20Cir.&city=Palmer&state=AK&zipcode=99645) |
| **Dates seen** | Jun 1998 - Nov 2020 |

---

**Phone number**  (907) 746-4751 (/app/generate/phone?phone=9077464751)

Is this accurate?

≡ Dates seen
Overview

⌃ ⌄

Show less relatives

Take advantage of features included with your account

Complete your

## Susan K Bergeron (/app/generate/person?bvid=N_MDAwMTkwOTQxNzE2& name=SUSAN%20K%20BERGERON)

Age 50

Live s in Palmer, AK

May also go by Susan Kathleen Jones, Susan K McVay

View person report (/app/generate/person?bvid=N_MDAwMTkwOTQxNzE2&name=SUSAN%20K%20BERGERON)

Show less contact info

| | |
|---|---|
| **Address** | 6760 N Dewachen Cir |
| | Palmer, AK 99645 |
| | (/app/generate/property?address=6760%20N%20Dewachen%20Cir.&city=Palmer&state=AK&zipcode=99645) |
| **Dates seen** | May 2005 - Oct 2015 |

## Wayne Ronald Jones (/app/generate/person?bvid=N_MDAxMjg1MjQ0NzAz& name=WAYNE%20RONALD%20JONES)

Deceased at age ~77 on Nov 2014

Live d in Seattle, WA

View person report (/app/generate/person?bvid=N_MDAxMjg1MjQ0NzAz&name=WAYNE%20RONALD%20JONES)

Show less contact info

| | |
|---|---|
| **Address** | 4745 18th Ave NE |
| | Seattle, WA 98105 |
| | (/app/generate/property?address=4745%2018th%20Ave.%20NE&city=Seattle&state=WA&zipcode=98105) |
| **Dates seen** | Jan 1998 - Jan 2017 |
| **Address** | 21614 SE 273rd Pl |
| | Maple Valley, WA 98038 |
| | (/app/generate/property?address=21614%20SE%20273rd%20Pl.&city=Maple%20Valley&state=WA&zipcode=98038) |
| **Dates seen** | Oct 2015 - Oct 2015 |
| **Address** | 2627 204th St SW # 204 |
| | Lynnwood, WA 98036 |
| | (/app/generate/property?address=2627%20204th%20St.%20SW%20%23%20204&city=Lynnwood&state=WA&zipcode=98036) |
| **Dates seen** | Dec 1978 - Aug 2015 |
| **Phone number** | (425) 778-0340 (/app/generate/phone?phone=4257780340) |
| **Dates seen** | - |
| **Phone number** | (425) 432-5199 (/app/generate/phone?phone=4254325199) |
| **Dates seen** | - |

Is this accurate?

 Overview

## Julie A Jones (/app/generate/person?bvid=N_MDAwMjYxMDUwNzYw& name=JULIE%20A%20JONES)

**Take advantage of features included with your account**

✔ **Complete now**

Age 52

Live s in Lincoln, NE

May also go by Julie A Jonesbranch, Julie A Branch, Julie A Jones Branch **+5 more**

View person report (/app/generate/person?bvid=N_MDAwMjYxMDUwNzYw&name=JULIE%20A%20JONES)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 5110 Fir Hollow Ln |
| | Lincoln, NE 68516 |
| | (/app/generate/property?address=5110%20Fir%20Hollow%20Ln.&city=Lincoln&state=NE&zipcode=68516) |
| **Dates seen** | Jan 2017 - Nov 2020 |

| | |
|---|---|
| **Address** | 7030 S 30th Pl |
| | Lincoln, NE 68516 |
| | (/app/generate/property?address=7030%20S%2030th%20Pl.&city=Lincoln&state=NE&zipcode=68516) |
| **Dates seen** | Apr 2007 - Sep 2018 |

| | |
|---|---|
| **Address** | 901 Gunners Ct |
| | Lincoln, NE 68522 |
| | (/app/generate/property?address=901%20Gunners%20Ct.&city=Lincoln&state=NE&zipcode=68522) |
| **Dates seen** | Feb 2000 - May 2007 |

⊙ Show less relatives

Is this accurate?

 Overview

Take advantage of features included with your account

## Troy Donohue Branch (/app/generate/person?bvid=N_MDAwMjYxMjkwMjY4& name=TROY%20DONOHUE%20BRANCH) ✔ Complete now

Age 51

Live s in Lincoln, NE

May also go by Troy Jonesbranch

View person report (/app/generate/person?bvid=N_MDAwMjYxMjkwMjY4&name=TROY%20DONOHUE%20BRANCH)

◉ Show less contact info

| Address | 3905 Holdrege St |
|---|---|
| | Lincoln, NE 68503 |
| | (/app/generate/property?address=3905%20Holdrege%20St.&city=Lincoln&state=NE&zipcode=68503) |
| Dates seen | Jul 2007 - Feb 2022 |

| Address | 5110 Fir Hollow Ln |
|---|---|
| | Lincoln, NE 68516 |
| | (/app/generate/property?address=5110%20Fir%20Hollow%20Ln.&city=Lincoln&state=NE&zipcode=68516) |
| Dates seen | Jan 2017 - Nov 2020 |

| Address | 7030 S 30th Pl |
|---|---|
| | Lincoln, NE 68516 |
| | (/app/generate/property?address=7030%20S%2030th%20Pl.&city=Lincoln&state=NE&zipcode=68516) |
| Dates seen | Jan 2006 - May 2018 |

| Phone number | (402) 474-4287 (/app/generate/phone?phone=4024744287) |
|---|---|
| Dates seen | - |

## Marriage & Divorce Records

Alerts

No marriage & divorce records associated with Jarrod M Jones were found.

☰ Overview

## Names & Ancestry

Take advantage of features included with your account

✔ Complete now

Alerts

⊙ Learn more

### Jarrod

Variant of **Jared** .

Usage: English

### Jones

Derived from the given name *Jon*, a medieval variant of **John** .

Usage: English, Welsh

Info provided by behindthename.com (https://www.behindthename.com/)

## Associates

Alerts

### Allan D Lockridge (/app/generate/person?bvid=N_MDAwMDM0NDM4MzI2&name=ALLAN%20D%20LOCKRIDGE)

Age 57

Lives in Forney, TX

View person report (/app/generate/person?bvid=N_MDAwMDM0NDM4MzI2&name=ALLAN%20D%20LOCKRIDGE)

⊙ Show less contact info

| | |
|---|---|
| Address | 2258 Tombstone Rd |
| | Forney, TX 75126 |
| | (/app/generate/property?address=2258%20Tombstone%20Rd.&city=Forney&state=TX&zipcode=75126) |
| Dates seen | Mar 2022 - May 2022 |
| Address | 13203 NE 129th Pl |
| | Kirkland, WA 98034 |
| | (/app/generate/property?address=13203%20NE%20129th%20Pl.&city=Kirkland&state=WA&zipcode=98034) |
| Dates seen | Jul 2020 - Jul 2020 |
| Address | 17025 42nd Dr SE |
| | Bothell, WA 98012 |
| | (/app/generate/property?address=17025%2042nd%20Dr.%20SE&city=Bothell&state=WA&zipcode=98012) |
| Dates seen | Jun 2017 - Jun 2017 |

Is this accurate?

 Overview

**Take advantage of features included with your account**

## Ruth M Hawkinson (/app/generate/person?bvid=N_MDAxMDgzMTYyNzgy& name=RUTH%20M%20HAWKINSON)

✔ Complete now

Age 78

Lives in Colbert, WA

May also go by R Hawkinson, Ruth W Hawkinson

View person report (/app/generate/person?bvid=N_MDAxMDgzMTYyNzgy&name=RUTH%20M%20HAWKINSON)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 5627 E Dickinson Ln |
| | Colbert, WA 99005 |
| | (/app/generate/property?address=5627%20E%20Dickinson%20Ln.&city=Colbert&state=WA&zipcode=99005) |
| **Dates seen** | Jan 1992 - Jan 2022 |

| | |
|---|---|
| **Address** | 7429 Marwood Pl |
| | Woodinville, WA 98072 |
| | (/app/generate/property?address=7429%20Marwood%20Pl.&city=Woodinville&state=WA&zipcode=98072) |
| **Dates seen** | Apr 1995 - Mar 2001 |

| | |
|---|---|
| **Phone number** | (509) 238-1581 (/app/generate/phone?phone=5092381581) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (509) 238-1531 (/app/generate/phone?phone=5092381531) |
| **Dates seen** | - |

Is this accurate?

≡ Overview                                                                      ⌃ ⌄

Take advantage of features included with your account

## David V Hawkinson (/app/generate/person?bvid=N_MDAxMDg0MDY4MjAy& name=DAVID%20V%20HAWKINSON)

✔ Complete now

Age 79
Lives in Colbert, WA
May also go by Davi Hawkinson, D Hawkinson

View person report (/app/generate/person?bvid=N_MDAxMDg0MDY4MjAy&name=DAVID%20V%20HAWKINSON)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 5627 E Dickinson Ln |
| | Colbert, WA 99005 |
| | (/app/generate/property?address=5627%20E%20Dickinson%20Ln.&city=Colbert&state=WA&zipcode=99005) |
| **Dates seen** | Oct 2000 - Jan 2022 |

| | |
|---|---|
| **Address** | 7429 Marwood Pl |
| | Woodinville, WA 98072 |
| | (/app/generate/property?address=7429%20Marwood%20Pl.&city=Woodinville&state=WA&zipcode=98072) |
| **Dates seen** | Aug 1973 - Mar 2001 |

| | |
|---|---|
| **Phone number** | (509) 238-1581 (/app/generate/phone?phone=5092381581) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (425) 481-7493 (/app/generate/phone?phone=4254817493) |
| **Dates seen** | - |

Is this accurate?

≣ Overview

⌃ ⌄

**Take advantage of features included with your account**

## Jade Jean Lobo (/app/generate/person?bvid=N_MDcxOTQ3MzM5NTI1& name=JADE%20JEAN%20LOBO)

✔ **Complete now**

Age 36

Lives in Lincoln, NE

May also go by Jade Jean Aguilar

View person report (/app/generate/person?bvid=N_MDcxOTQ3MzM5NTI1&name=JADE%20JEAN%20LOBO)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 1550 SW 14th St |
| | Lincoln, NE 68522 |
| | (/app/generate/property?address=1550%20SW%2014th%20St.&city=Lincoln&state=NE&zipcode=68522) |
| **Dates seen** | Jul 2010 - Nov 2020 |

| | |
|---|---|
| **Address** | 1226 S 14th St Apt 1 |
| | Lincoln, NE 68502 |
| | (/app/generate/property?address=1226%20S%2014th%20St.%20Apt%201&city=Lincoln&state=NE&zipcode=68502) |
| **Dates seen** | Jul 2020 - Jul 2020 |

| | |
|---|---|
| **Address** | 3415 Randolph St Unit 2 |
| | Lincoln, NE 68510 |
| | (/app/generate/property?address=3415%20Randolph%20St.%20Unit%202&city=Lincoln&state=NE&zipcode=68510) |
| **Dates seen** | Apr 2017 - Mar 2020 |

Is this accurate?

## Emma Manwen Lockridge (/app/generate/person?bvid=N_MTkxNDQ3MDkzMjMy& name=EMMA%20MANWEN%20LOCKRIDGE)

Age 24

Lives in Everett, WA

View person report (/app/generate/person?bvid=N_MTkxNDQ3MDkzMjMy&name=EMMA%20MANWEN%20LOCKRIDGE)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 5906 143rd St SE |
| | Everett, WA 98208 |
| | (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208) |
| **Dates seen** | Apr 2020 - Apr 2020 |

| | |
|---|---|
| **Address** | 3000 SW 35th Pl Apt J304-A |
| | Gainesville, FL 32608 |
| | (/app/generate/property?address=3000%20SW%2035th%20Pl.%20Apt%20J304-A&city=Gainesville&state=FL&zipcode=32608) |
| **Dates seen** | Nov 2018 - Nov 2018 |

| | |
|---|---|
| **Address** | 1100 SW 8th Ave Apt 101 |
| | Gainesville, FL 32601 |
| | (/app/generate/property?address=1100%20SW%208th%20Ave.%20Apt%20101&city=Gainesville&state=FL&zipcode=32601) |
| **Dates seen** | Nov 2018 - Nov 2018 |

Is this accurate?

☰ Overview                                                              

Take advantage of features included with your account

## Zoe Lockridge (/app/generate/person?bvid=N_MjM5ODE5NDUzMjkx&name=ZOE%20LOCKRIDGE)

✔ Complete now

Age 20

Lives in Kirkland, WA

View person report (/app/generate/person?bvid=N_MjM5ODE5NDUzMjkx&name=ZOE%20LOCKRIDGE)

⌃ Show less contact info

| | |
|---|---|
| Address | 13203 129th Pl NE |
| | Kirkland, WA 98034 |
| | (/app/generate/property?address=13203%20129th%20Pl.%20NE&city=Kirkland&state=WA&zipcode=98034) |
| Dates seen | - |

Is this accurate?

# Neighbors

⋯

Alerts

## Sherra L Hopkins (/app/generate/person?bvid=N_MDYyMzM1NDM3MDMy&name=SHERRA%20L%20HOPKINS)

Age 37

Lives in Eugene, OR

View person report (/app/generate/person?bvid=N_MDYyMzM1NDM3MDMy&name=SHERRA%20L%20HOPKINS)

⌃ Show less contact info

| | |
|---|---|
| Address | 3645 Stark St |
| | Eugene, OR 97404 |
| | (/app/generate/property?address=3645%20Stark%20St.&city=Eugene&state=OR&zipcode=97404) |
| Dates seen | Aug 2022 - Aug 2022 |

Is this accurate?

## Sharon Ann Houghtaling (/app/generate/person?bvid=N_MDAxMTcxMjQyODQ2&name=SHARON%20ANN%20HOUGHTALING)

Age 76

Lives in Eugene, OR

View person report (/app/generate/person?bvid=N_MDAxMTcxMjQyODQ2&name=SHARON%20ANN%20HOUGHTALING)

⌃ Show less contact info

| | |
|---|---|
| Address | 3530 Stark St |
| | Eugene, OR 97404 |
| | (/app/generate/property?address=3530%20Stark%20St.&city=Eugene&state=OR&zipcode=97404) |
| Dates seen | Aug 2010 - Jul 2022 |

Is this accurate?

 Overview ⌃ ⌄

Take advantage of features included with your account

## Madan Mohan Singh (/app/generate/person?bvid=N_MDAyMzQ1OTA2MDcz& name=MADAN%20MOHAN%20SINGH)

✔ Complete now

Age 89
Lives in Eugene, OR

View person report (/app/generate/person?bvid=N_MDAyMzQ1OTA2MDcz&name=MADAN%20MOHAN%20SINGH)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 3530 Stark St |
| | Eugene, OR 97404 |
| | (/app/generate/property?address=3530%20Stark%20St.&city=Eugene&state=OR&zipcode=97404) |
| **Dates seen** | Aug 2010 - Jul 2022 |

Is this accurate?

## Sartaj I Singh (/app/generate/person?bvid=N_MjQxNDUyODQ0MzU5& name=SARTAJ%20I%20SINGH)

Age N/A
Lives in Eugene, OR

View person report (/app/generate/person?bvid=N_MjQxNDUyODQ0MzU5&name=SARTAJ%20I%20SINGH)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 3530 Stark St |
| | Eugene, OR 97404 |
| | (/app/generate/property?address=3530%20Stark%20St.&city=Eugene&state=OR&zipcode=97404) |
| **Dates seen** | Aug 2010 - Jul 2022 |

Is this accurate?

## Obed N Yusaf (/app/generate/person?bvid=N_MDAyNzkzMDgwNDE1& name=OBED%20N%20YUSAF)

Age 62
Lives in Lynnwood, WA

View person report (/app/generate/person?bvid=N_MDAyNzkzMDgwNDE1&name=OBED%20N%20YUSAF)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 4315 148th St SW |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4315%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| **Dates seen** | May 1993 - Aug 2022 |

Is this accurate?

## Donna F Yusaf (/app/generate/person?bvid=N_MDAyNzk0MTU0NDEy&

Overview



## name=DONNA%20F%20YUSAF)

Take advantage of features included with your account

Age 48

✔ Complete now

Lives in Lynnwood, WA

View person report (/app/generate/person?bvid=N_MDAyNzk0MTU0NDEy&name=DONNA%20F%20YUSAF)

⊙ Show less contact info

| Address | 4315 148th St SW |
| --- | --- |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4315%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| Dates seen | May 1993 - Aug 2022 |

## Christa R Howser (/app/generate/person?bvid=N_MDAwODA4NDY2MDYz& name=CHRISTA%20R%20HOWSER)

Age 73

Lives in Lynnwood, WA

View person report (/app/generate/person?bvid=N_MDAwODA4NDY2MDYz&name=CHRISTA%20R%20HOWSER)

⊙ Show less contact info

| Address | 4302 148th St SW |
| --- | --- |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4302%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| Dates seen | Jun 1997 - Aug 2022 |

Is this accurate?

## Ronald G Howser (/app/generate/person?bvid=N_MDAxMTc4NDQ4MjAz& name=RONALD%20G%20HOWSER)

Age 78

Lives in Lynnwood, WA

View person report (/app/generate/person?bvid=N_MDAxMTc4NDQ4MjAz&name=RONALD%20G%20HOWSER)

⊙ Show less contact info

| Address | 4302 148th St SW |
| --- | --- |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4302%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| Dates seen | Jun 1997 - Aug 2022 |

Is this accurate?

Overview

**Take advantage of features included with your account**

**John Bouzigard (/app/generate/person?bvid=N_MDAwMjQ3MDAwMzQ1&
name=JOHN%20BOUZIGARD)**

✔ Complete now

Age 48

Lives in Everett, WA

View person report (/app/generate/person?bvid=N_MDAwMjQ3MDAwMzQ1&name=JOHN%20BOUZIGARD)

⊙ Show less contact info

| | |
|---|---|
| **Address** | 5828 143rd St SE |
| | Everett, WA 98208 |
| | (/app/generate/property?address=5828%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208) |
| **Dates seen** | Mar 2018 - Aug 2022 |

Is this accurate?

# Criminal or Traffic

Alerts ⋯

## Search county jurisdictions for digitized Criminal or Traffic Records

❔ Where do these sources of criminal data come from?

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitally.

# Bankruptcies

Alerts ⋯

## Search for digitized Bankruptcy Records

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your own due diligence.

☰ Overview                                                        ⌄ ⌄

# Jobs

Take advantage of features included with your account

✔ Complete now



Alerts

⬇ Learn more

## CCB Packaging

**(/app/search/contact?company=CCB%20Packaging)**

Title Line Worker
Dates seen Apr 2014 - May 2014

Search other employees (/app/search/contact?company=CCB%20Packaging)

Is this accurate?

## Volt

**(/app/search/contact?company=Volt)**

Title Game Tester - Temporary
Dates seen Apr 2011 - May 2012

Search other employees (/app/search/contact?company=Volt)

Is this accurate?

## Bellevue Community College

**(/app/search/contact?company=Bellevue%20Community%20College)**

Title Student

Search other employees (/app/search/contact?company=Bellevue%20Community%20College)

Is this accurate?



### Try the Business AI Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

# Education



☰ Overview





Take advantage of features included with your account

## Bellevue Community College

Dates attended Jan 2010 - Dec 2014

Is this accurate?

✔ Complete now

# Social Media

• • •

Alerts

Learn more

Possible usernames for Jarrod M Jones:

### jarrod-jones-2a834950 (/app/generate/username?username=jarrod-jones-2a834950)

First seen Dec 2013 - Last seen Apr 2022

Search username (/app/generate/username?username=jarrod-jones-2a834950)

### preliatus (/app/generate/username?username=preliatus)

First seen Jul 2010 - Last seen Oct 2020

Search username (/app/generate/username?username=preliatus)

### therunebeard (/app/generate/username?username=therunebeard)

First seen Jul 2011 - Last seen Oct 2020

Search username (/app/generate/username?username=therunebeard)

### stygianentertainment (/app/generate/username?username=stygianentertainment)

First seen Jul 2010

Search username (/app/generate/username?username=stygianentertainment)



Higher Confidence

## Twitter

**@40496981**

View on Twitter ⧉

Type: **Personal profiles**

Is this accurate?

≡ Overview

Take advantage of features included with your account

✔ Complete now

Overview ☰

**Take advantage of features included with your account**

**✔ Complete now**

Higher Confidence

## Twitter

**@https://twitter.com/borkman23**

View on Twitter ⬈

Followers **37**
Following **88**

Is this accurate?

Higher Confidence

## Facebook

facebook.com/people/_/1195873711 ⬈
(http://facebook.com/people/_/1195873711)

Type **Personal profiles**

Visit Facebook ⬈

Is this accurate?

Higher Confidence

Is this accurate?

## Facebook

Overview

www.facebook.com/Preliatus ⬈
(http://www.facebook.com/Preliatus)

**Take advantage of features included with your account**

Type **Personal profiles**

✔ Complete now

Visit Facebook ⬈

---

Higher Confidence

## Other Website

www.facebook.com/StygianEntertainment ⬈
(http://www.facebook.com/StygianEntertainment)

Type **Personal profiles**

Visit Site ⬈

Is this accurate?

---

Higher Confidence

## LinkedIn

www.linkedin.com/in/jarrod-jones-2a834950 ⬈
(https://www.linkedin.com/in/jarrod-jones-2a834950)

Type **Professional and business**

Visit LinkedIn ⬈

Is this accurate?

---

Higher Confidence

## Other Website

www.linkedin.com/edu/bellevue-community-college-20085 ⬈
(https://www.linkedin.com/edu/bellevue-community-college-20085)

Type **Personal profiles**

Visit Site ⬈

Is this accurate?

---

Higher Confidence

## Other Website

www.linkedin.com/school/bellevue-college/ ⬈
(https://www.linkedin.com/school/bellevue-college/)

Type **Personal profiles**

Is this accurate?

☰ Overview

Visit Site ⬈



Take advantage of features included with your account

✔ Complete now

Higher Confidence

## Klout

klout.com/Borkman23 ↗
(http://klout.com/Borkman23)

Visit Klout ↗

Is this accurate?

Higher Confidence

## Gravatar

gravatar.com/bork53 ↗
(https://gravatar.com/bork53)

# Search again
Visit Gravatar ↗

Is this accurate?

| PEOPLE | PHONE | PROPERTY | EMAIL | SOCIAL MEDIA | BUSINESS AI | VEHICLE |

First name                                      M.I.                        Last name

City                                            All                         Age                    ···

# Possible Owned Assets
                                                                                            Alerts

❤ Learn more

Search

Exact match assets only ❶    ...to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about
/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).    ✔

Estimated total value
—

Contact us
We pride ourselves on offering friendly and helpful support!

💬 Chat with us live (https://www.beenverified.com/chat/)
Available 24 hours a day

✉ support@beenverified.com
Available 24 hours

👤 Your Member ID is
821439269

BeenVerified™

# Access thousands
# in rewards!

See rewards

Savings available in BeenVerified Rewards through gift cards, cash
back offers or discounts. Terms and conditions apply.



≣ Overview                                                                    ⋀  ⋁

## Licenses and Permits

Take advantage of features included with your account

**BONUS**

### UCC filings

✔ Complete now

### About Us

Notices filed by lenders to indicate an interest in Jarrod's personal property or collateral about)

› Advantage Rewards (/app/dashboard/rewards)

**BONUS**

### DEA Licenses

› Testimonials (https://www.beenverified.com/about/testimonials)

Licensing for health care providers that enables the handling of controlled substances

› Careers (https://www.beenverified.com/careers)

› Leadership (https://www.beenverified.com/about/leadership)

**BONUS**

› Press (https://www.beenverified.com/press)

### Weapons Permits

› Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-I3Pqw/viewform)

› Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

Permits that may be required to carry or possess firearms and other weapons

### Help

**BONUS**

### Business Affiliations

› Customer Care (http://support.beenverified.com)

Business filings associated with Jarrod, which may contain Jarrod's title and status

Contact Us ()

› Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

**BONUS**

› FAQ (https://www.beenverified.com/faq/billing/)

### Professional Licenses

› Do Not Sell My Personal Information (/app/optout/search)

Licensing to professionally practice in fields such as health care, legal and construction, among others

**BONUS**

### Sporting Permits

Licensing required to participate in hunting, fishing and trapping activities

**BONUS**

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

### Piloting Licenses

FAA certification details may include certification level, type and status

**Disclaimer:** BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits.
Click below to search our premium data sources for this report for free

**View FREE BONUS DATA**

© 2023 BeenVerified, Inc (https://www.beenverified.com) . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, Inc

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

## Notes

Accessibility

❯ Learn more

Add a note here...

Add a note

## Suggestions for You

# Curious to find out even more about Jarrod?

Looking into people, addresses and contacts associated with Jarrod Jones may yield even more insights

▤ Overview

## Rebecca C Lockridge

**Take advantage of features included with your account**

✔ Complete now

(/app/generate/person?bvid=N_MDAwNTIzMTcwMDI0&name=REBECCA%20C%20LOCKRIDGE&trackingName=from%20curious)

Immediate Relative

View person report

(/app/generate/person?bvid=N_MDAwNTIzMTcwMDI0&name=REBECCA%20C%20LOCKRIDGE&trackingName=from%20curious)

## Cynthia Ann Jones

(/app/generate/person?bvid=N_MDAwOTQzNzUyMTI5&name=CYNTHIA%20ANN%20JONES&trackingName=from%20curious)

Immediate Relative

View person report

(/app/generate/person?bvid=N_MDAwOTQzNzUyMTI5&name=CYNTHIA%20ANN%20JONES&trackingName=from%20curious)

## 3606 Stark St. Eugene, OR 97404 (/app/generate/property?address=3606%20Stark%20St.&city=Eugene&state=OR&trackingName=from%20curious&zipcode=97404)

Related Address

View property report (/app/generate/property?address=3606%20Stark%20St.&city=Eugene&state=OR&trackingName=from%20curious&zipcode=97404)

## How would you rate this report?

☆ ☆ ☆ ☆ ☆

Rate out of 5 stars

Overview