# Re: We need to talk

From: Mikael Hawkins (zellzander@gmail.com)

To: acerthorn@yahoo.com

Date: Wednesday, July 13, 2022 at 07:25 PM CDT

Trial by combat only.

> On Wed, Jul 13, 2022 at 5:07 PM Acerthorn <acerthorn@yahoo.com> wrote:
>
> How about this instead? https://www.cand.uscourts.gov/about/court-programs/alternative-dispute-resolution-adr/settlement-conferences/
>
> On Wednesday, July 13, 2022 at 06:31:34 PM CDT, Mikael Hawkins <zellzander@gmail.com> wrote:
>
> Ah fuck I didn't mean to send this.
>
> I want trial by combat.
>
> On Wed, Jul 13, 2022 at 3:59 PM Acerthorn <acerthorn@yahoo.com> wrote:
>> Ok, responded within exactly 10 minutes.
>>
>> Now what the fuck do you want?
>>
>> On Wednesday, July 13, 2022 at 05:49:06 PM CDT, Mikael Hawkins <zellzander@gmail.com> wrote:
>>
>> AND YOU ARE NOT REPLYING FAST ENOUGH FOR ME SO HAVE MY DAMN GMAIL ACCOUNT
>>
>> REPLY SWIFTLY AND WE CAN TALK ABOUT THIS ISSUE
>>
>> RESPOND WITHIN THE NEXT 10 MINUTES