############### * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 837249196197  
Name: Clumsy Wizard  
Given Name: Clumsy  
Family Name: Wizard  
e-Mail: preliatus@gmail.com  
Alternate e-Mails: 79mustang@stangranch.com  

Created on: 2007-02-13 08:02:26 Z  
Terms of Service IP: 71.113.104.208  
Terms of Service Language:  
Provider for Consumer Services: Google LLC  
Birthday (Month Day, Year): October 8, 1990  

Services: Google Payments, Google Hangouts, YouTube, iGoogle, Android, Google Services, Google Subscribed Links, Google Drive, Google Docs, Google Code, Google Reader, Google Voice, Google Offers, Blogger, Google URL Shortener, Google Photos, Google Search Console, Has Madison Account, Google Maps Engine, Google AdSense, Google Calendar, Location History, Google Play Music, Google Chrome Sync, Google My Maps, Gmail, Chrome Web Store, Android Device Console, Billing, Google Groups, Google Keep, Google Play  
Unregistered Services: Has Google Profile, Has Plusone, Google+  

Deletion Date:  
Deletion IP:  

End of Service Date:  

Status: Enabled  
Last Updated Date: 2022-12-29 19:49:41 Z  
Last Logins:  

## ACCOUNT RECOVERY

Contact e-Mail: 79mustang@stangranch.com  
Recovery e-Mail: 79mustang@stangranch.com  
Recovery SMS: +14256234079 [US]  

## PHONE NUMBERS

User Phone Numbers: +14256234079 [US], +14256234079  
2-Step Verification Phone Numbers: +14256234079 [US]  

## DEVICE INFORMATION

| Phone Number | Country | Last Updated | Is Default Device | Send Method | Is Device Verified | Device Added By | Nickname |
|---|---|---|---|---|---|---|---|
| +14256234079 | US | 2021-12-09 16:42:45 Z | true | SMS | true | User | |

## IP ACTIVITY

Google Account                                                                             file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 2 of 19

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2022-11-16 20:16:22 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-16 01:51:27 Z | 50.125.252.117 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 4a (5G)) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-16 01:50:50 Z | 50.125.252.117 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 4a (5G)) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-16 01:50:49 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-14 07:13:01 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-14 01:23:44 Z | 50.125.252.117 | Login | | | |
| 2022-11-12 05:54:22 Z | 2607:fb90:b7e3:8527:604:da8e:ea84:7f57 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-10 09:47:39 Z | 2607:fb90:806d:3d6f:c0b:c2c9:5fad:e4f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-10 00:53:18 Z | 2607:fb90:806d:3d6f:c0b:c2c9:5fad:e4f | Login | | | |
| 2022-11-09 08:31:12 Z | 2607:fb90:b7e1:48fb:744b:7f6d:9c1c:875f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-07 22:05:32 Z | 2607:fb90:b7e1:665:46f9:bb16:18:2450 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | gzip,gzip(gfe),gzip(gfe) |
| 2022-11-06 18:11:52 Z | 2607:fb90:b7e1:665:46f9:bb16:18:2450 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-05 23:03:48 Z | 2607:fb90:b7e1:665:46f9:bb16:18:2450 | Login | | | |
| 2022-11-05 14:23:31 Z | 2607:fb90:b7e1:665:46f9:bb16:18:2450 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-04 11:33:08 Z | 2607:fb90:b763:184:bfd3:6828:bd3c:d78f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-03 10:49:49 Z | 2607:fb90:b763:184:bfd3:6828:bd3c:d78f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-02 09:20:22 Z | 2607:fb90:b763:184:bfd3:6828:bd3c:d78f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-01 22:33:40 Z | 2607:fb90:b763:184:bfd3:6828:bd3c:d78f | Login | | | |
| 2022-11-01 08:17:46 Z | 2607:fb90:b763:184:bfd3:6828:bd3c:d78f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-31 07:39:23 Z | 2607:fb90:b762:c02d:7c84:e985:17a4:8db1 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-30 03:37:08 Z | 2607:fb90:b761:ce18:a969:a748:4996:15ac | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-29 00:17:54 Z | 2607:fb90:b762:c81b:72a4:ab37:e0c3:798d | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-28 22:25:16 Z | 2607:fb90:b762:c81b:72a4:ab37:e0c3:798d | Login | | | |
| 2022-10-28 00:17:47 Z | 2607:fb90:b763:af8:4233:bf8d:ab0e:22d7 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |

Google Account | file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 4 of 19

| | | | | | |
|---|---|---|---|---|---|
| 2022-10-26 17:14:37 Z | 2607:fb90:80c0:d462:2946:a54c:47d6:1388 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-24 22:12:10 Z | 2607:fb90:80c9:bb:9d32:47ec:8a74:3c61 | Login | | | |
| 2022-10-24 20:23:26 Z | 2607:fb90:80c9:bb:9d32:47ec:8a74:3c61 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-23 19:41:36 Z | 2607:fb90:b7e0:a6c:6ad7:77e5:7664:934b | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-22 19:17:56 Z | 2607:fb90:80c5:c735:ee04:60d8:95b:f080 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-21 19:16:32 Z | 2607:fb90:b760:8568:22fd:debe:b93a:effa | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-20 22:01:18 Z | 2607:fb90:460:6cc7:829c:f2ed:8544:aaf3 | Login | | | |
| 2022-10-20 18:53:08 Z | 2607:fb90:460:6cc7:829c:f2ed:8544:aaf3 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-19 18:42:06 Z | 2607:fb90:8066:4537:50c1:cfc5:b3e3:6dd3 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-18 04:51:34 Z | 2607:fb90:b763:86a9:1be7:90d6:1e38:8598 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-17 04:50:48 Z | 2607:fb90:b763:86a9:1be7:90d6:1e38:8598 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-16 20:39:01 Z | 2607:fb90:b763:86a9:1be7:90d6:1e38:8598 | Login | | | |
| 2022-10-16 02:59:44 Z | 2607:fb90:b763:86a9:1be7:90d6:1e38:8598 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-10-15 01:27:18 Z | 2607:fb90:b762:d689:78cd:5b6:6644:5682 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-13 20:59:42 Z | 2607:fb90:b762:d689:78cd:5b6:6644:5682 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-12 21:22:00 Z | 2607:fb90:b762:d689:78cd:5b6:6644:5682 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-12 20:24:51 Z | 2607:fb90:b762:d689:78cd:5b6:6644:5682 | Login | | | |
| 2022-10-11 21:21:17 Z | 2607:fb90:b762:d689:78cd:5b6:6644:5682 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220905.004); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-10 21:15:33 Z | 2607:fb90:b761:8bb4:26ca:1052:8e92:b96b | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-09 21:15:08 Z | 2607:fb90:b761:8bb4:26ca:1052:8e92:b96b | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-08 20:25:25 Z | 2607:fb90:b761:8bb4:26ca:1052:8e92:b96b | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 4a (5G)) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/105.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-10-08 18:30:56 Z | 2607:fb90:80c7:4b2a:68d1:4483:c326:af28 | Login | | | |
| 2022-10-08 09:14:49 Z | 2607:fb90:464:363d:9ac3:b83c:675b:cbb9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-07 06:20:48 Z | 172.58.43.177 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-06 06:16:19 Z | 2607:fb90:b763:4582:915d:3006:2dba:7ba | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |

Google Account | file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 6 of 19

| | | | | | |
|---|---|---|---|---|---|
| 2022-10-05 00:19:49 Z | 2607:fb90:b763:4582:915d:3006:2dba:7ba | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-04 17:32:16 Z | 2607:fb90:b763:4582:915d:3006:2dba:7ba | Login | | | |
| 2022-10-03 23:17:12 Z | 2607:fb90:8065:f8b8:2916:c370:8fbb:ac0d | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-02 18:59:32 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-10-01 19:18:55 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-30 18:06:52 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-30 16:02:02 Z | 50.125.252.117 | Login | | | |
| 2022-09-28 21:59:07 Z | 2605:ef80:8004:4b0::60:4c82 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-27 21:57:12 Z | 2605:ef80:8024:556e::a60:8ac1 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-26 20:49:59 Z | 2605:ef80:8014:13a2::266:938c | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-26 15:48:46 Z | 2605:ef80:8019:8703::1066:4473 | Login | | | |
| 2022-09-24 21:26:50 Z | 2605:ef80:8015:85e::64:6c62 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-22 23:57:47 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-09-22 15:13:54 Z | 50.125.252.117 | Login | | | |
| 2022-09-21 18:16:28 Z | 2605:ef80:8008:5592::a60:6e7d | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-20 03:15:02 Z | 2605:ef80:8015:23d2::467:5123 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-19 03:06:05 Z | 2605:ef80:8014:709e::e66:cba0 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-18 15:02:35 Z | 50.125.252.117 | Login | | | |
| 2022-09-18 02:28:06 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-17 02:13:09 Z | 2605:ef80:8019:8a4a::1065:13c5 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-16 01:32:16 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-15 01:31:20 Z | 50.125.252.117 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-14 13:31:33 Z | 50.125.252.117 | Login | | | |
| 2022-09-14 00:14:59 Z | 2605:ef80:80d4:5eeb::a60:fd38 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-12 20:23:46 Z | 2605:ef80:80c5:3969::660:a4af | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-11 19:16:14 Z | 2605:ef80:80c4:2725::460:7948 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |

Google Account　　　　　　　　　　　　　　　　　　　　　　　　　　file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT　　Document 23-7　　Filed 01/04/23　　Page 8 of 19

| | | | | | |
|---|---|---|---|---|---|
| 2022-09-10 18:40:53 Z | 2605:ef80:8009:6ae3::c62:36c6 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-10 11:36:30 Z | 2605:ef80:8001:1c55::262:9ae | Login | | | |
| 2022-09-09 19:01:34 Z | 2605:ef80:8018:4392::860:3fb4 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-08 18:55:20 Z | 2605:ef80:8002:99f8::1260:b21c | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-07 18:25:21 Z | 2605:ef80:8012:6d69::c63:80c3 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-06 18:29:45 Z | 2605:ef80:8015:28ae::462:d6ce | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-06 11:10:56 Z | 2605:ef80:8011:16ae::262:a79e | Login | | | |
| 2022-09-05 06:59:31 Z | 2605:ef80:8019:8f6e::1061:fe7f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-04 05:57:18 Z | 2605:ef80:8012:2534::461:50c7 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-03 05:25:27 Z | 2605:ef80:80d3:248c::460:4c2f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-09-02 23:29:57 Z | 50.54.128.103 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2022-09-02 23:29:28 Z | 50.54.128.103 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2022-09-02 08:28:17 Z | 2605:ef80:80c2:2bc::61:5d1b | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2022-09-02 05:16:40 Z | 2605:ef80:80c9:6257::c61:4a15 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-31 23:27:02 Z | 2605:ef80:8008:fe2::61:15d4 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-30 23:10:01 Z | 2605:ef80:8003:9698::1260:75a9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-29 18:57:42 Z | 2605:ef80:8009:800f::1063:8c0b | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-29 08:19:18 Z | 2605:ef80:8005:5e96::a63:5f4b | Login | | | |
| 2022-08-28 17:48:03 Z | 2605:ef80:8007:3bbf::663:fef | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-27 17:53:09 Z | 2605:ef80:8015:6b78::c60:cd1a | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-26 17:13:25 Z | 2605:ef80:8008:51fe::a61:77b2 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-25 17:12:46 Z | 2605:ef80:8004:a44::60:bf47 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-25 08:17:55 Z | 2605:ef80:8014:844c::1061:528a | Login | | | |
| 2022-08-24 17:07:25 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-23 17:10:04 Z | 2605:ef80:8034:2bd5::462:2b30 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-22 17:26:45 Z | 2605:ef80:8036:744::61:c948 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |

Google Account                                                                                      file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 10 of 19

| Date/Time | IP Address | Activity | ID | | User Agent |
|---|---|---|---|---|---|
| 2022-08-21 17:24:34 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-21 07:40:38 Z | 50.54.128.103 | Login | | | |
| 2022-08-19 23:29:36 Z | 2605:ef80:80d5:516b::a60:16ec | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-18 22:58:55 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-17 17:42:59 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-17 07:18:39 Z | 50.54.128.103 | Login | | | |
| 2022-08-16 17:38:02 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-15 17:35:52 Z | 2605:ef80:80d1:4dc0::860:d9fa | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-14 16:59:02 Z | 2605:ef80:80d7:a5a::60:aaf0 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-14 07:27:15 Z | 50.54.128.103 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.5112.81 Safari/537.36,gzip(gfe) |
| 2022-08-13 17:28:19 Z | 2605:ef80:8011:3b9e::66d:fe1b | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-13 07:00:01 Z | 2605:ef80:8015:3a79::66d:cf46 | Login | | | |
| 2022-08-12 17:26:01 Z | 2605:ef80:8014:2ec0::46d:4178 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-08-11 14:16:31 Z | 2605:ef80:8026:9096::1260:f11 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-10 14:15:32 Z | 2605:ef80:8037:28a4::460:b9cb | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-09 06:45:32 Z | 2605:ef80:8015:8af2::106a:890e | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-09 06:44:55 Z | 2605:ef80:8011:87f8::106a:364a | Login | | | |
| 2022-08-08 05:45:19 Z | 2607:fb90:b761:8247:7621:6bf8:120f:1c9c | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-07 05:37:13 Z | 2607:fb90:b765:c44b:c206:dd7e:6e0f:a751 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-07 01:42:48 Z | 2607:fb90:b765:c44b:c206:dd7e:6e0f:a751 | Login | | | Mozilla/5.0 (Linux; Android 12; Pixel 4a (5G)) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-08-07 01:41:51 Z | 2607:fb90:b765:c44b:c206:dd7e:6e0f:a751 | Login | | | Mozilla/5.0 (Linux; Android 12; Pixel 4a (5G)) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-08-06 05:35:25 Z | 2607:fb90:b765:c44b:c206:dd7e:6e0f:a751 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-05 06:13:22 Z | 2607:fb90:b763:870d:ceb7:fb08:64ae:fdc3 | Login | | | |
| 2022-08-05 04:41:42 Z | 2607:fb90:806c:10c2:11c2:c863:1ae9:5d95 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |

Google Account                                      file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 12 of 19

| Date | IP | Action | Identifier | | User Agent |
|---|---|---|---|---|---|
| 2022-08-04 04:15:56 Z | 2607:fb90:b760:81b1:7718:5496:470:fef | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-03 03:58:20 Z | 2607:fb90:b760:81b1:7718:5496:470:fef | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-02 03:33:21 Z | 2607:fb90:b760:81b1:7718:5496:470:fef | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-08-01 05:56:50 Z | 2607:fb90:b760:81b1:7718:5496:470:fef | Login | | | |
| 2022-07-31 21:26:07 Z | 2607:fb90:b760:81b1:7718:5496:470:fef | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-31 16:47:25 Z | 2607:fb90:b760:81b1:7718:5496:470:fef | Login | | | Mozilla/5.0 (Linux; Android 12; Pixel 4a (5G)) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-07-30 21:20:41 Z | 2607:fb90:b762:318:1048:19e8:57e5:eed3 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-29 21:14:01 Z | 2607:fb90:b763:c9ba:6d73:e89a:766d:48e3 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-28 20:59:06 Z | 2607:fb90:b760:8564:351b:f491:fe5b:5dbc | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-28 05:41:51 Z | 2607:fb90:b763:8434:c7fe:337e:2692:c832 | Login | | | |
| 2022-07-26 19:49:53 Z | 2607:fb90:b760:8e17:ea7d:63df:c103:bdb4 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-25 18:50:39 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |

Google Account                                        file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 13 of 19

| | | | | | |
|---|---|---|---|---|---|
| 2022-07-24 04:41:32 Z | 50.54.128.103 | Login | | | |
| 2022-07-23 20:19:50 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-22 20:08:11 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-21 20:03:37 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-20 19:46:42 Z | 2607:fb90:b762:466:8c3a:584d:879d:d661 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-20 02:42:02 Z | 2607:fb90:b763:80ab:6dc:642:fb6b:ffb8 | Login | | | |
| 2022-07-19 19:44:12 Z | 2607:fb90:641:60eb:29b0:4d04:ad60:2a0c | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-18 17:09:33 Z | 2607:fb90:27d7:20f7:6f50:f661:ad9d:3624 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-17 01:32:40 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-16 02:34:17 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | | | |
| 2022-07-16 00:17:56 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-14 19:51:21 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-14 00:27:27 Z | 193.176.84.29 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |

| 2022-07-14 00:27:16 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | | |
|---|---|---|---|---|
| 2022-07-13 18:37:51 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-13 01:32:42 Z | 50.54.128.103 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2022-07-12 17:18:53 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-12 01:10:05 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | | |
| 2022-07-11 04:29:32 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-10 04:28:34 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-08 21:34:08 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-08 00:55:05 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | | |
| 2022-07-07 19:11:07 Z | 2607:fb90:b763:c9a6:27d5:f030:41f1:fad9 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-06 18:34:05 Z | 2607:fb90:b765:c3d5:fec2:c7e1:636:b8a3 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-05 18:14:54 Z | 2607:fb90:b7e4:567:ea:3067:a99f:b577 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-04 00:45:28 Z | 2607:fb90:b7e4:567:ea:3067:a99f:b577 | Login | | |
| 2022-07-03 19:29:32 Z | 2607:fb90:b7e4:567:ea:3067:a99f:b577 | Login | 392439eee79c4a85 | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); |

Google Account                                                                                                    file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 15 of 19

| | | | | | |
|---|---|---|---|---|---|
| | | | | | gzip,gzip(gfe),gzip(gfe) |
| 2022-07-02 19:25:47 Z | 2607:fb90:b7e4:567:ea:3067:a99f:b577 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-07-01 20:40:53 Z | 50.54.128.103 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2022-07-01 18:40:34 Z | 2607:fb90:b7e4:567:ea:3067:a99f:b577 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-30 17:34:18 Z | 2607:fb90:80c7:2646:7626:fe1f:c370:a868 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SQ3A.220605.009.A1); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-30 00:31:43 Z | 2607:fb90:b763:8c72:47fe:2ea7:d829:ecb9 | Login | | | |
| 2022-06-29 16:18:12 Z | 2607:fb90:b763:8c72:47fe:2ea7:d829:ecb9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-28 15:16:06 Z | 2607:fb90:b763:8c72:47fe:2ea7:d829:ecb9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-27 15:04:48 Z | 2607:fb90:b763:8c72:47fe:2ea7:d829:ecb9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-26 12:49:49 Z | 2607:fb90:b763:8c72:47fe:2ea7:d829:ecb9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-26 00:29:27 Z | 2607:fb90:b763:8c72:47fe:2ea7:d829:ecb9 | Login | | | |
| 2022-06-25 08:02:30 Z | 2607:fb90:b763:8c72:47fe:2ea7:d829:ecb9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-24 06:30:11 Z | 2607:fb90:80c1:fb28:44fc:9604:6176:fc6c | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-23 04:20:04 Z | 50.54.128.103 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; |

Google Account                                                    file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 16 of 19

| | | | | | |
|---|---|---|---|---|---|
| | | | | | rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2022-06-23 03:47:32 Z | 2607:fb90:b762:1e:4247:358e:fff6:14be | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-22 02:09:49 Z | 2607:fb90:b762:1e:4247:358e:fff6:14be | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-21 20:42:25 Z | 2607:fb90:b765:c4ab:a960:42e1:5b99:d7bd | Login | | | |
| 2022-06-21 01:14:12 Z | 2607:fb90:b7e4:c4bf:b57d:94b:f68f:8366 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-20 00:27:22 Z | 2607:fb90:b7e4:c4bf:b57d:94b:f68f:8366 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-17 22:03:54 Z | 2607:fb90:282a:2b9c:5388:311a:70c6:eccb | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-17 20:37:19 Z | 2607:fb90:282a:2b9c:5388:311a:70c6:eccb | Login | | | |
| 2022-06-16 18:14:48 Z | 2607:fb90:282a:2b9c:5388:311a:70c6:eccb | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-15 03:03:06 Z | 50.54.128.103 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-13 19:05:06 Z | 2607:fb90:b760:8339:e07b:1c8b:e992:9298 | Login | | | |
| 2022-06-13 18:54:39 Z | 2607:fb90:b760:8339:e07b:1c8b:e992:9298 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-12 18:12:37 Z | 2607:fb90:b760:8339:e07b:1c8b:e992:9298 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-11 17:25:08 Z | 2607:fb90:b763:cb12:5691:7dea:5040:4023 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | gzip,gzip(gfe),gzip(gfe) |
| 2022-06-11 00:43:10 Z | 2607:fb90:80cb:33de:62cb:fc5a:70a9:aff9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-10 17:17:07 Z | 2607:fb90:b7e0:c3fe:338d:f234:d439:9de8 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-09 18:59:44 Z | 2607:fb90:b7e0:c3fe:338d:f234:d439:9de8 | Login | | | |
| 2022-06-09 17:44:00 Z | 2607:fb90:b7e0:c3fe:338d:f234:d439:9de8 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-08 17:39:02 Z | 2607:fb90:b7e0:495d:9714:7bb7:e02d:67b9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-07 17:06:02 Z | 2607:fb90:27db:170a:8ccf:3da7:88cc:2ef | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-06 17:19:48 Z | 2607:fb90:b7e0:425a:588c:571b:23ed:b673 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-05 18:52:36 Z | 2607:fb90:b7e0:425a:588c:571b:23ed:b673 | Login | | | |
| 2022-06-05 17:12:32 Z | 2607:fb90:b7e0:425a:588c:571b:23ed:b673 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-04 17:05:34 Z | 2607:fb90:b7e0:4234:6e5b:f247:4dd2:1add | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-03 17:27:27 Z | 2607:fb90:b763:c119:66fb:5f1f:66c9:bd04 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-02 17:08:34 Z | 2607:fb90:806b:17c6:57aa:5829:6c81:43ab | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-06-01 18:36:21 Z | 2607:fb90:cc93:561:e1a5:cca5:5dfc:907c | Login | | | |

Google Account  file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT    Document 23-7    Filed 01/04/23    Page 18 of 19

| | | | | | |
|---|---|---|---|---|---|
| 2022-06-01 17:10:28 Z | 2607:fb90:cc93:561:e1a5:cca5:5dfc:907c | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-31 04:43:00 Z | 2607:fb90:b761:8257:931:e5d8:e79a:be5c | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220505.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-29 18:30:21 Z | 2607:fb90:46c:6f9f:9f87:b5b3:7a90:bd7f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-28 18:25:58 Z | 2607:fb90:46c:6f9f:9f87:b5b3:7a90:bd7f | Login | | | |
| 2022-05-28 18:05:55 Z | 2607:fb90:46c:6f9f:9f87:b5b3:7a90:bd7f | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-27 17:45:06 Z | 2607:fb90:80c1:30bc:fd19:8e4c:3318:9ec3 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-26 09:59:40 Z | 2607:fb90:b763:8005:c27a:76df:2895:1d9 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-25 02:31:20 Z | 2607:fb90:cc93:1c6:f84a:fa24:2d32:6c4b | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-24 18:14:38 Z | 2607:fb90:f397:58a:e1d6:2e6a:f5:8c21 | Login | | | |
| 2022-05-23 17:03:45 Z | 2607:fb90:806e:5186:aef9:4961:95fa:ad56 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-22 17:10:13 Z | 2607:fb90:f393:8c:cc81:f06e:f70e:e255 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-21 17:09:19 Z | 2607:fb90:f396:2d6:dc27:8128:ea9a:5890 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-20 18:06:48 Z | 2607:fb90:f396:2d6:dc27:8128:ea9a:5890 | Login | | | |

Google Account                                                                                                 file:///C:/Users/Acerthorn/AppData/Local/Temp/Temp1_preliatus@gma...

Case 3:22-cv-04082-AGT   Document 23-7   Filed 01/04/23   Page 19 of 19

| 2022-05-19 19:47:04 Z | 2607:fb90:f397:3ac:a1ca:1192:fafa:c7cc | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
|---|---|---|---|---|---|
| 2022-05-18 19:31:50 Z | 2607:fb90:80cb:c377:63e4:eacd:bb76:a821 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-17 04:00:48 Z | 2607:fb90:f394:16f:5b52:16c6:3e40:9997 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |
| 2022-05-16 17:55:17 Z | 2607:fb90:f394:16f:5b52:16c6:3e40:9997 | Login | | | |
| 2022-05-16 03:47:32 Z | 2607:fb90:f395:37a:169a:a84a:6acb:c05 | Login | 392439eee79c4a85 | | GoogleAuth/1.4 (bramble SP2A.220405.003); gzip,gzip(gfe),gzip(gfe) |

# MADISON INFORMATION

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * Google Confidential and Proprietary * ###############