Case 3:22-cv-04082-AGT   Document 23-9   Filed 01/04/23   Page 1 of 7



**IP address details**

# 50.125.252.117

Bothell, Washington, United States

## Summary

| | |
|---|---|
| ASN | AS20055 - Wholesail networks LLC |
| Hostname | No Hostname |
| Range | 50.125.0.0/16 |
| Company | FIOS-D Frontier Communications Everett/Redmond WA |
| Hosted domains | 0 |
| Privacy | ⊗ False |
| Anycast | ⊗ False |
| ASN type | Hosting |
| Abuse contact | DMCANotice@nwfbr.com |

## Geolocation Data

| | |
|---|---|
| City | Bothell |
| State | Washington |
| Country | United States |
| Postal | 98012 |
| Local time | 03:13 PM, Tuesday, January 03, 2023 |
| Timezone | America/Los_Angeles |
| Coordinates | 47.8401,-122.1972 |



**47.8401,-122.1972**

## Geolocation API

IP geolocation lookup is the identification of an IP address' geographic location in the real world.

Useful for Web Personalization, and Financial Technology

Read More >

Case 3:22-cv-04082-AGT   Document 23-9   Filed 01/04/23   Page 3 of 7

## Privacy Detection

- ✗ VPN
- ✗ Proxy
- ✗ Tor
- ✗ Relay
- ✗ Hosting

### Privacy Detection API

Detects various methods used to mask a user's true IP address, including VPN detection, proxy detection, tor usage, relay usage, or a connection via a hosting provider.

Useful for Cybersecurity, and Financial Technology

Read More >

## ASN

### AS20055 - Wholesail networks LLC

**DOMAIN**  
wholesailnetworks.com

**ASN TYPE**  
Hosting

**ROUTE**  
50.125.0.0/16

### ASN API

ASN details for every IP address and every ASN's related domains, allocation date, registry name, total number of IP addresses, and assigned prefixes.

Useful for Cybersecurity

Read More >

Case 3:22-cv-04082-AGT   Document 23-9   Filed 01/04/23   Page 4 of 7

**Company**

## FIOS-D Frontier Communications Everett/Redmond WA

### Company API

Provides the company behind the IP address. This includes the company's name, domain name, and what type of company it is: ISP, business, or hosting.).

Useful for Account Based Marketing

**Read More** >

# An API built with users in mind: reliable, accurate, and easy-to-use

Discover why industry-leading companies around the globe love our data. IPinfo's accurate insights fuel use cases from cybersecurity, data enrichment, web personalization, and much more.

Get Started for Free

Contact Sales



Read More >

# Our IP tools

Explore all tools >



### What is my IP

Test our data accuracy by viewing insights from your IP address.

See your IP address 



### Map IPs

Paste up to 500,000 IPs to see where they're located on a map.

Try Map IPs 



### Summarize IPs

Use our data visualization tool to create a visual overview of multiple IPs.

Try Summarize IPs 

**Products**

| | |
|---|---|
| IP Geolocation API | IP Ranges API |
| IP to Company | IP to Mobile Carrier |
| Abuse Contact API | ASN API |
| Privacy Detection API | Hosted Domains API |
| IP Database Download | IP WHOIS Download |

**Resources**

Documentation

IP address information

Libraries

My IP address

Help center

Global ASNs

Blog

IP Ranges

E-books

Hosted Domains by ASNs

Press

**Company**

About

Careers

Contact us

    

  

Copyright © 2023 ipinfo.io | Terms & Conditions · Privacy Policy