

# IP address details

# 172.58.43.177

## Seattle, Washington, United States

## Summary

| | |
|---|---|
| ASN | AS21928 - T-Mobile USA, Inc. |
| Hostname | No Hostname |
| Range | 172.58.40.0/21 |
| Company | T-Mobile USA, Inc. |
| Hosted domains | 0 |
| Privacy | ⊗ False |
| Anycast | ⊗ False |
| ASN type | ISP |
| Abuse contact | abuse@t-mobile.com |

## Geolocation Data

| | |
|---|---|
| City | Seattle |
| State | Washington |
| Country | United States |
| Postal | 98101 |
| Local time | 05:55 AM, Wednesday, January 04, 2023 |
| Timezone | America/Los_Angeles |
| Coordinates | 47.6062,-122.3321 |

**47.6062,-122.3321**

## Geolocation API

IP geolocation lookup is the identification of an IP address' geographic location in the real world.

Useful for Web Personalization, and Financial Technology

Read More >

Case 3:22-cv-04082-AGT   Document 23-10   Filed 01/04/23   Page 3 of 8

## Privacy Detection

- ⊗ VPN
- ⊗ Proxy
- ⊗ Tor
- ⊗ Relay
- ⊗ Hosting

### Privacy Detection API

Detects various methods used to mask a user's true IP address, including VPN detection, proxy detection, tor usage, relay usage, or a connection via a hosting provider.

Useful for Cybersecurity, and Financial Technology

Read More ›

## ASN

### AS21928 - T-Mobile USA, Inc.

**DOMAIN**
t-mobile.com

**ASN TYPE**
ISP

**ROUTE**
172.58.40.0/21

### ASN API

ASN details for every IP address and every ASN's related domains, allocation date, registry name, total number of IP addresses, and assigned prefixes.

Useful for Cybersecurity

Read More ›

Case 3:22-cv-04082-AGT   Document 23-10   Filed 01/04/23   Page 4 of 8

## Company

# T-Mobile USA, Inc.

### Company API

Provides the company behind the IP address. This includes the company's name, domain name, and what type of company it is: ISP, business, or hosting.).

Useful for Account Based Marketing

Read More >

## Carrier

**CARRIER NAME**

T-Mobile

**MCC** ⓘ

310

**MNC** ⓘ

160

### Mobile Carrier API

Provides carrier details for the IP address (if IP belongs to a mobile network). This includes the networks's name, mcc (mobile country code) and mnc (mobile network code).

Useful for Advertising Technology, and Web Personalization

Read More >

## Abuse Details

📍 US, WA, Bellevue, 12920 SE 38th Street, 98006

📞 +1-888-662-4662

✉️ abuse@t-mobile.com

**NAME**

abuse

**NETWORK**

172.32.0.0/11

## Abuse Contact API

Our abuse contact API returns data containing information belonging to the abuse contact of every IP address on the Internet.

Useful for Cybersecurity

**Read More** ›

# An API built with users in mind: reliable, accurate, and easy-to-use

Discover why industry-leading companies around the globe love our data. IPinfo's accurate insights fuel use cases from cybersecurity, data enrichment, web personalization, and much more.

Get Started for Free

Contact Sales



Case 3:22-cv-04082-AGT   Document 23-10   Filed 01/04/23   Page 7 of 8

## Our IP tools

Explore all tools >



### What is my IP

Test our data accuracy by viewing insights from your IP address.

See your IP address >



### Map IPs

Paste up to 500,000 IPs to see where they're located on a map.

Try Map IPs >



### Summarize IPs

Use our data visualization tool to create a visual overview of multiple IPs.

Try Summarize IPs >

## Products

| | |
|---|---|
| IP Geolocation API | IP Ranges API |
| IP to Company | IP to Mobile Carrier |
| Abuse Contact API | ASN API |
| Privacy Detection API | Hosted Domains API |
| IP Database Download | IP WHOIS Download |

## Resources

## Data

| | |
|---|---|
| Documentation | IP address information |
| Libraries | My IP address |
| Help center | Global ASNs |
| Blog | IP Ranges |
| E-books | Hosted Domains by ASNs |
| Press | |

## Company

About

Careers

Contact us










Copyright © 2023 ipinfo.io | Terms & Conditions · Privacy Policy