

### IP address details

# 193.176.84.29

#### Bucharest, București, Romania

## Summary

| | |
|---|---|
| ASN | AS9009 - M247 Europe SRL |
| Hostname | No Hostname |
| Range | 193.176.84.0/24 |
| Company | M247 Europe SRL |
| Hosted domains | 0 |
| Privacy | ✓ True |
| Anycast | ✗ False |
| ASN type | Hosting |
| Abuse contact | abuse@m247.ro |

Case 3:22-cv-04082-AGT   Document 23-11   Filed 01/04/23   Page 2 of 7

## Geolocation Data

| | |
|---|---|
| City | Bucharest |
| State | București |
| Country | Romania |
| Postal | 050011 |
| Local time | 06:13 PM, Wednesday, January 04, 2023 |
| Timezone | Europe/Bucharest |
| Coordinates | 44.4323,26.1063 |

**44.4323,26.1063**

## Geolocation API

IP geolocation lookup is the identification of an IP address' geographic location in the real world.

Useful for Web Personalization, and Financial Technology

Read More >

## Privacy Detection

 VPN

 Proxy

 Tor

 Relay

 Hosting

### Privacy Detection API

Detects various methods used to mask a user's true IP address, including VPN detection, proxy detection, tor usage, relay usage, or a connection via a hosting provider.

Useful for Cybersecurity, and Financial Technology

Read More >

## ASN

### AS9009 - M247 Europe SRL

 **DOMAIN**
m247.com

**ASN TYPE**
Hosting

 **ROUTE**
193.176.84.0/24

### ASN API

ASN details for every IP address and every ASN's related domains, allocation date, registry name, total number of IP addresses, and assigned prefixes.

Useful for Cybersecurity

Read More >

Case 3:22-cv-04082-AGT   Document 23-11   Filed 01/04/23   Page 4 of 7

## Company

## M247 Europe SRL

### Company API

Provides the company behind the IP address. This includes the company's name, domain name, and what type of company it is: ISP, business, or hosting.).

Useful for Account Based Marketing

Read More ›

## Abuse Details

📍 Sos. Fabrica de Glucoza, Nr 11B, etaj 1, Sector 2, Bucuresti Romania

✉ abuse@m247.ro

**NAME**

M247 Europe

**NETWORK**

193.176.84.0/24

### Abuse Contact API

Our abuse contact API returns data containing information belonging to the abuse contact of every IP address on the Internet.

Useful for Cybersecurity

Read More ›

# An API built with users in mind: reliable, accurate, and easy-to-use

Discover why industry-leading companies around the globe love our data. IPinfo's accurate insights fuel use cases from cybersecurity, data enrichment, web personalization, and much more.

Get Started for Free     Contact Sales



Case 3:22-cv-04082-AGT   Document 23-11   Filed 01/04/23   Page 6 of 7

# Our IP tools

Explore all tools >



## What is my IP

Test our data accuracy by viewing insights from your IP address.

See your IP address >



## Map IPs

Paste up to 500,000 IPs to see where they're located on a map.

Try Map IPs >



## Summarize IPs

Use our data visualization tool to create a visual overview of multiple IPs.

Try Summarize IPs >

## Products

| | |
|---|---|
| IP Geolocation API | IP Ranges API |
| IP to Company | IP to Mobile Carrier |
| Abuse Contact API | ASN API |
| Privacy Detection API | Hosted Domains API |
| IP Database Download | IP WHOIS Download |

## Resources

Documentation

Libraries

Help center

Blog

E-books

Press

## Data

IP address information

My IP address

Global ASNs

IP Ranges

Hosted Domains by ASNs

## Company

About

Careers

Contact us










Copyright © 2023 ipinfo.io | Terms & Conditions · Privacy Policy