**Take advantage of features included with your account**

✔ Complete now

♡ Save    🔔 Monitor    🖨 PDF    ☰ List    ••• More

# 5906 143rd St. SE

## Everett, WA 98208 (/app/dashboard/neighborhood-report?permalink=106686958c49d2b5289e8fb828dc818dffdb05dd85ee0545ae1c64)

ⓘ

**Located in  Snohomish County**

Monitor this report to receive updates

Turn monitoring on

### Overview

🔧 Constructed in 1978                                    **View lot and building details**

📐 1,344 Sq Ft building | 6,098 Sq Ft lot

🏢 Property Type: Single Family Residence

🛏 3 beds | 2 baths                                        **View property details**

$ Market value of $801,400                               **View estimated value**

⊗ 2022 property tax $5,618.92                            **View assessed value and taxes**

▦ 14 deeds found that range from $25,000 to $315,000     **View deeds**
  Overview                                                

# 1 Possible Owner



⌃ Learn more

These are individuals who we have identified as possible owners of this property per the most recent deed. If available, click on a name to search for more information about them.

## **Rebecca C Jones (/app/generate/person?bvid=N_MDAwNTIzMTcwMDI0)**

View person report (/app/generate/person?bvid=N_MDAwNTIzMTcwMDI0)

Is this accurate?

# Ownership Timeline

**2015 - Present**

## Marty A & Rebecca C Jones

Purchased for $349,500
Date of purchase October 2015

**2011 - 2015**

## Jeong I Kang

Purchased for $205,000
Date of purchase November 2011

**2011 - 2011**

## Bank Of Ny Mellon 2006-2cb

Purchased for $261,000
Date of purchase July 2011

**2006 - 2011**

## Phaymaly Maytrychit

Purchased for $325,000
Date of purchase February 2006

**1990 - 2006**

## John W Harding

Is this accurate?
Purchased for $127,000
Overview
Date of purchase January 1990



**unknown - 1990**

## Unknown

Date of purchase unknown

# 18 Possible Residents

Learn more

## Emma Lockridge (/app/generate/person?bvid=N_MTkxNDQ3MDkzMjMy)

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 2017 - 2021

View person report (/app/generate/person?bvid=N_MTkxNDQ3MDkzMjMy)

Is this accurate?

## R W Courington (/app/generate/person?bvid=N_MDAwNTIzMTcwMDI0)

**POSSIBLE OWNER**

May also go by REBECCA W COURINGTON, REBECCA C JONES, R LOCKRIDGE, REBECA LOCKRIDGE, REBECCA C LOCKRIDGE, REBECCA W LOCKRIDGE

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 2015 - 2022

View person report (/app/generate/person?bvid=N_MDAwNTIzMTcwMDI0)

Is this accurate?




## Jarrod M Jones (/app/generate/person?bvid=N_MTQ1NzIxNzg4MDAx)

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 2015 - 2022

View person report (/app/generate/person?bvid=N_MTQ1NzIxNzg4MDAx)

Is this accurate?

## Hyeyeon Yeon Kang (/app/generate/person?bvid=N_MDAxMzIyMDAwNjE3)

May also go by KANG HYE YEON

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 2005 - 2022

View person report (/app/generate/person?bvid=N_MDAxMzIyMDAwNjE3)

Is this accurate?

## Jeong H Kang (/app/generate/person?bvid=N_MDAxMzIyMjE4NDAw)

May also go by JEONG I KANG

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 2011 - 2015

View person report (/app/generate/person?bvid=N_MDAxMzIyMjE4NDAw)

Is this accurate?

## James Kang (/app/generate/person?bvid=N_MTk1NzgzNzE4NDE4)

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 2011 - 2015

View person report (/app/generate/person?bvid=N_MTk1NzgzNzE4NDE4)

Is this accurate?

 Overview



### Pamela A Arney (/app/generate/person?bvid=N_MDYwMjM0ODY2OTU4)

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 2007 - 2015

View person report (/app/generate/person?bvid=N_MDYwMjM0ODY2OTU4)

Is this accurate?

### Mariah M Harding (/app/generate/person?bvid=N_MDAxMDU1MTA4NTk2)

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 1995 - 2009

View person report (/app/generate/person?bvid=N_MDAxMDU1MTA4NTk6)

Is this accurate?

### Sierra A Harding (/app/generate/person?bvid=N_MDAxMDU0ODQ0ODEy)

May also go by A HARDING SIERRA, SIERRA A VANSCHAICK

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 1996 - 2007

View person report (/app/generate/person?bvid=N_MDAxMDU0ODQ0ODEy)

Is this accurate?

### Luke F Harding (/app/generate/person?bvid=N_MDAxMDU0MDc1NzI4)

Current location 5906 143rd St. SE Everett, WA 98208

Phone (425) 338-5309 (/app/generate/phone?phone=4253385309)

Dates seen 2000 - 2004

View person report (/app/generate/person?bvid=N_MDAxMDU0MDc1NzI4)

Is this accurate?

 Overview 

## Phaymaly Maytrychit (/app/generate/person?bvid=N_MDAxNjQzNDczMDgx)

May also go by MAYTRYCHIT PHAYMALY
Current location 5906 143rd St. SE Everett, WA 98208
Dates seen 2005 - 2011

View person report (/app/generate/person?bvid=N_MDAxNjQzNDczMDgx)

Is this accurate?

## M Deva (/app/generate/person?bvid=N_MDAwNzQ4Nzg5NTA0)

May also go by DEVA M EMP, D OSBORNE, DEVA M OSBORNE, M OSBORNE DEVA, DEVA M REED, M REED DEVA, DEVA M TAYLOR, M TAYLOR DEVA
Current location 5906 143rd St. SE Everett, WA 98208
Phone (425) 225-5346 (/app/generate/phone?phone=4252255346)
Dates seen 2005 - 2009

View person report (/app/generate/person?bvid=N_MDAwNzQ4Nzg5NTA0)

Is this accurate?

## Brendon Diment (/app/generate/person?bvid=N_MTU0MjI0Mjg1OTQ1)

Current location 5906 143rd St. SE Everett, WA 98208
Dates seen 2008 - 2008

View person report (/app/generate/person?bvid=N_MTU0MjI0Mjg1OTQ1)

Is this accurate?

 

## Robbyn L Diment (/app/generate/person?bvid=N_MDAwNTQ1NTUzNTQw)

Current location 5906 143rd St. SE Everett, WA 98208

Phone (425) 585-0235 (/app/generate/phone?phone=4255850235)

Dates seen 2006 - 2008

View person report (/app/generate/person?bvid=N_MDAwNTQ1NTUzNTQw)

Is this accurate?

## Diment Brendon (/app/generate/person?bvid=N_MDAwNjEwMjcxMDM2)

May also go by BRENDON G DEMENT, BRENDON G DIMENT

Current location 5906 143rd St. SE Everett, WA 98208

Phone (425) 896-2948 (/app/generate/phone?phone=4258962948) , (425) 585-0235 (/app/generate /phone?phone=4255850235)

Dates seen 2006 - 2008

View person report (/app/generate/person?bvid=N_MDAwNjEwMjcxMDM2)

Is this accurate?

## Shaleen Diedra Dickinson (/app/generate /person?bvid=N_MDAwNTA1Mjk1NTkz)

Current location 5906 143rd St. SE Everett, WA 98208

Dates seen 1989 - 1994

View person report (/app/generate/person?bvid=N_MDAwNTA1Mjk1NTkz)

Is this accurate?

 Overview



## William P Dickinson (/app/generate /person?bvid=N_MDAwNjM5NTYyMDM4)

Current location 5906 143rd St. SE Everett, WA 98208
Dates seen 1990 - 1993

View person report (/app/generate/person?bvid=N_MDAwNjM5NTYyMDM4)

Is this accurate?

## Janice C Dickinson (/app/generate/person?bvid=N_MDAwNjM5NjQzMjcz)

Current location 5906 143rd St. SE Everett, WA 98208
Dates seen 1990 - 1990

View person report (/app/generate/person?bvid=N_MDAwNjM5NjQzMjcz)

Is this accurate?

# Lot & Building Details



● Learn more

## Building Details

**Check for Energy Savings**

## Overall Attributes

Total square footage
1,344 Sq Ft

Number of stories
1

Number of units
-

Year built
Is this accurate?
1978


Overview



Style

Unknown

Class

Conventional House

Construction type

Unknown or not provided

## Interior Dimensions

Total finished areas

1,344 Sq Ft

Additions

-

Attics

-

Garage

504 Sq Ft

Basement

-

## Room Counts

Total room count

5

Bedrooms

3

Bathrooms

2

Basement

No

## Lot Details

Land use

Single Family Residence



Overview

County land use code



Zoning

PRD9600

Buildings

1

Lot size

6,098 Sq Ft

Lot frontage

-

Lot depth

-

## Location of Property

[...]

⊙ Learn more

### 5906 143rd St. SE Everett, WA 98208

State

WA

County

Snohomish

City

Everett

FIPS county code

53061

APN

00667000002600

Duplicate APN

-

Brief description

SILVER FIRS DIV. 1 BLK 000 D-00 LOT 26 SUBJ TO ESE PUD & GEN TEL

Is this accurate?

Overview

Subdivision

SILVER FIRS DIV. 1

Tract number

-

Block

-

Section

34

Lot

26

Unit

-

Latitude

47.868051

Longitude

-122.152709

# Homeowner Association (HOA)

There are 2 HOAs associated with this property

## Silver Firs One

Fee type

HOA

Fee cost

-

Fee billing frequency

-

## Owner Association Contact Details

Overview

Name

-

Business phone number

-

Email address

-

## Managing Agency Contact Details

Name

Tom Gish, S

Business phone number

(425) 339-1160

Email address

-

## Silver Firs Homeowners Associatio

Fee type

HOA

Fee cost

-

Fee billing frequency

-

## Owner Association Contact Details

Name

-

Business phone number

-

Email address

-

## Managing Agency Contact Details

Name

Melissa Musser

Overview

Business phone number

-

Email address

-

## HOA Total Fee Calculator

HOA 1 fees:                                                                          -

HOA 2 fees:                                                                          -

Total HOA fees:

-

Is this accurate?

# County Assessor Records

⌄ Learn more

## 5906 143rd St. SE Everett, WA 98208

Owner Occupied
True

Ownership Vesting Type
Heirs

Mailing Address for Taxes
5906 143rd St. SE Everett, WA 98208

Is this accurate?

# Building Permits

No building permit associated with 5906 143rd St. SE Everett, WA 98208 were found.

☰ Overview



Find Handyman

# Deeds



Learn more

Get 15% off an estate planning or settlement subscription

**14 deeds were found** for this property that **span from 1990 to 2019**

## Nov 18, 2019

New Loan Recorded

### Navy Fcu to Marty A & Rebecca C Jones

### Primary lender details

Lender
NAVY FCU

Loan amount
$315,000

Lender type
Credit Union

Loan type
Conventional or Unknown

Line of credit loan
Not a Credit Line or Unknown

### Secondary lender details

Lender
-

Loan amount
-

Lender type
-

Is this accurate?

Overview

Loan type

-

Line of credit loan

-

## County records

County

SNOHOMISH

State

WA

Recorder date

11/18/2019

Transfer value

$315,000

Transfer tax

-

Transfer type

Refinance or Equity

Deed type

Maps to Grant Deed

Document number

0000000218

Document type

T

Book number

37

Page number

269

Filing date

11/13/2019

Recorded type

-

Quitclaim deed

No

Overview

## Sep 29, 2015

Ownership Change

### Jeong I Kang to Marty A & Rebecca C Jones

Is this accurate?

## Dec 29, 2014

New Loan Recorded

### Boeing Emps Cu to Jeong I Kang

Is this accurate?

## Oct 04, 2011

Ownership Change

### Bank Of Ny Mellon 2006 2cb to Jeong I Kang

Is this accurate?

## Jun 09, 2011

Ownership Change

### Recontrust Co Na to Bank Of Ny Mellon 2006 2cb

Is this accurate?

## Oct 10, 2006

New Loan Recorded

Is this accurate?

Overview

**Boeing Employees Cu to Phaymaly Maytrychit**

---

## Jan 04, 2006 

Ownership Change

**John W & Kerry V Harding to Phaymaly Maytrychit**

Is this accurate?

---

## Jul 29, 2002 

New Loan Recorded

**Washington Mutual Fsb to John W & Kerry V Harding**

Is this accurate?

---

## May 30, 2002 

New Loan Recorded

**Chevy Chase Savings Bank to John W & Kerry V Harding**

Is this accurate?

---

## Jun 07, 2000

New Loan Recorded

**Washington Mutual Fsb to John W & Kerry V Harding**

Is this accurate?

Is this accurate?

Overview     

## Aug 28, 1998

New Loan Recorded

**Key Bank Na to John W & Kerry V Harding**

---

## Feb 27, 1995 

New Loan Recorded

**Us Bank Of Washington to John W & Kerry V Harding**

Is this accurate?

---

## Dec 27, 1994 

New Loan Recorded

**North American Mortgage to John W & Kerry V Harding**

Is this accurate?

---

## Dec 01, 1990 

Ownership Change

**Unknown to John W Harding**

Is this accurate?

---

# Liens 

No lien associated with 5906 143rd St. SE Everett, WA 98208 were found.

 Overview 

# Estimated Value

⊙ Learn more

## $780,152 - $817,000

**Last Sold $349,500**
09/29/2015

### Value History

Last 12 Months



| | | |
|---|---|---|
| **Partner Estimate 1** | **92/100** Confidence Score | **$817,000** ↑ $467,500 (134%) |
| **Partner Estimate 2** | **92/100** Confidence Score | **$801,400** ↑ $451,900 (129%) |
| **Partner Estimate 3** | **99/100** Confidence Score | **$780,152** ↑ $430,652 (123%) |

# Assessed Value & Taxes

⊙ Learn more

## Assessed Value as of 2021

Land value

Is $326,600

Overview
Improvements

$247,100

Total value
$573,700

## Property Taxes as of 2022

**Check for Tax Savings**

Tax amount
$5,618.92

## Comparable Homes

⌄ Learn more








| 1 | 2 | 3 | 4 |
|---|---|---|---|
| **$800,000** | **$700,000** | **$724,000** | **$575,000** |
| Sold: 12/2022 | Sold: 12/2022 | Sold: 12/2022 | Sold: 12/2022 |
| 14322 51st Ave. SE (0.52 miles away) | 14030 62nd Ave. SE (0.18 miles away) | 4704 150th Pl. SE (0.97 miles away) | 6014 140th St (0.19 miles away) |
| Sq. Ft.   6,098 | Sq. Ft.   7,405 | Sq. Ft.   3,920 | Sq. Ft. |
| Beds   3 | Beds   3 | Beds   4 | Beds |
| Baths   2 | Baths   2 | Baths   3 | Baths |
| Built   1998 | Built   1984 | Built   2002 | Built |
| Sale vs Valuation   -7.45% | Sale vs Valuation   -10.69% | Sale vs Valuation   -4.35% | Sale vs Valuati |

# Related Properties

No related property associated with 5906 143rd St. SE Everett, WA 98208 were found.

# Homes For Sale

There are 100+ results in a 5 mile radius of this address

### 1

## 14123 61st Ave. SE

**Everett, WA 98208**

Distance: **0.14 miles away**

Rooms: **-bds | 2ba**

Price: **$515,000**

Property Type: **RESIDENTIAL (NEC)**

View address report (/app/generate/property?address=14123%2061st%20Ave.%20SE&city=Everett&state=WA&zipcode=98208)

### 2

## 14030 62nd Ave. SE

**Everett, WA 98208**

Distance: **0.18 miles away**

Overview
Rooms: **3bds | 3ba**

Price: **$699,950**

Property Type: **RESIDENTIAL (NEC), SFR**

View address report (/app/generate/property?address=14030%2062nd%20Ave.%20SE&city=Everett&state=WA&zipcode=98208)

3

## 14726 58th Dr. SE

**Everett, WA 98208**

Distance: **0.31 miles away**

Rooms: **4bds | 3ba**

Price: **$675,000**

Property Type: **SFR**

View address report (/app/generate/property?address=14726%2058th%20Dr.%20SE&city=Everett&state=WA&zipcode=98208)

4

## 14704 62nd Dr. SE

**Everett, WA 98208**

Distance: **0.35 miles away**

Rooms: **4bds | 3ba**

Price: **$650,000**

Property Type: **SFR**

View address report (/app/generate/property?address=14704%2062nd%20Dr.%20SE&city=Everett&state=WA&zipcode=98208)

5

## 5525 148th St. SE

**Everett, WA 98208**

Distance: **0.36 miles away**

Rooms: **3bds | 2ba**

Price: **$500,000**

Property Type: **SFR**

View address report (/app/generate/property?address=5525%20148th%20St.%20SE&city=Everett&state=WA&zipcode=98208)

Overview

6

## 14810 54th Ave. SE

**Everett, WA 98208**

Distance: **0.49 miles away**

Rooms: **4bds | 3ba**

Price: **$699,950**

Property Type: **SFR**

View address report (/app/generate/property?address=14810%2054th%20Ave.%20SE&city=Everett&state=WA&zipcode=98208)

7

## 14128 50th Ave. SE

**Everett, WA 98208**

Distance: **0.49 miles away**

Rooms: **4bds | 3ba**

Price: **$699,000**

Property Type: **HOUSE**

View address report (/app/generate/property?address=14128%2050th%20Ave.%20SE&city=Everett&state=WA&zipcode=98208)

8

## 14613 Cascade Dr. SE

**Snohomish, WA 98296**

Distance: **0.51 miles away**

Rooms: **-bds | 3ba**

Price: **$675,000**

Property Type: **RESIDENTIAL (NEC)**

View address report (/app/generate/property?address=14613%20Cascade%20Dr.%20SE&city=Snohomish&state=WA&zipcode=98296)

9

## 5615 136th St. SE

**Everett, WA 98208**

 Overview



Distance: **0.51 miles away**

Rooms: **3bds | 2ba**

Price: **$395,000**

Property Type: **VILLA/TOWNHOUSE**

View address report (/app/generate/property?address=5615%2036th%20St.%20SE&city=Everett&state=WA&zipcode=98208)

---

10

# 14018 69th Ave. SE

**Snohomish, WA 98296**

Distance: **0.52 miles away**

Rooms: **5bds | 4ba**

Price: **$999,999**

Property Type: **SFR**

View address report (/app/generate/property?address=14018%2069th%20Ave.%20SE&city=Snohomish&state=WA&zipcode=98296)

Show more

# Pre-Foreclosures

There are 100+ results in a 5 mile radius of this address

1

# 6203 144th St. SE

**Everett, WA 98208**

0.19 miles away

View address report (/app/generate/property?address=6203%20144th%20St.%20SE&city=Everett&state=WA&zipcode=98208)


Overview

2

## 5817 146th Pl. SE

**Everett, WA 98208**

0.20 miles away

View address report (/app/generate/property?address=5817%20146th%20Pl.%20SE&city=Everett&state=WA&zipcode=98208)

3

## 5920 146th Pl. SE

**Everett, WA 98208**

0.23 miles away

View address report (/app/generate/property?address=5920%20146th%20Pl.%20SE&city=Everett&state=WA&zipcode=98208)

4

## 6232 146th Pl. SE

**Everett, WA 98208**

0.28 miles away

View address report (/app/generate/property?address=6232%20146th%20Pl.%20SE&city=Everett&state=WA&zipcode=98208)

5

## 6130 138th St. SE

**Everett, WA 98208**

0.28 miles away

View address report (/app/generate/property?address=6130%20138th%20St.%20SE&city=Everett&state=WA&zipcode=98208)

Overview



6

## 13724 59th Ave. SE

**Everett, WA 98208**

0.28 miles away

View address report (/app/generate/property?address=13724%2059th%20Ave.%20SE&city=Everett&state=WA&zipcode=98208)

7

## 14523 56th Ave. SE

**Everett, WA 98208**

0.29 miles away

View address report (/app/generate/property?address=14523%2056th%20Ave.%20SE&city=Everett&state=WA&zipcode=98208)

8

## 13801 Silver Firs Dr.

**Everett, WA 98208**

0.30 miles away

View address report (/app/generate/property?address=13801%20Silver%20Firs%20Dr.&city=Everett&state=WA&zipcode=98208)

9

## 5828 137th Pl. SE

**Everett, WA 98208**

0.35 miles away

View address report (/app/generate/property?address=5828%20137th%20Pl.%20SE&city=Everett&state=WA&zipcode=98208)

Overview

10

## 14522 54th Ave. SE

**Everett, WA 98208**

0.37 miles away

View address report (/app/generate/property?address=14522%2054th%20Ave.%20SE&city=Everett&state=WA&zipcode=98208)

Show more

# Schools Nearby



 Learn more

**Assigned Schools**   Other Nearby Schools

**Silver Firs Elementary School**

**5909 146th Pl SE Everett, WA 98208**

Rating: **A** 🛈

Distance: **0.11 miles**

**Gateway Middle School**

**15404 Silver Firs Dr Everett, WA 98208**

Rating: **A-** 🛈

Distance: **1.00 miles**

**Henry M. Jackson High School**

**1508 136th St SE Mill Creek, WA 98012**

Rating: **A-** 🛈

Distance: **2.66 miles**

# Demographics



 Learn more

Overview

Displaying Local Data For

# Everett, WA

Population: 56,922



## Property Value

Median property value

| | |
|---|---|
| Local | |
| $298,900 | |
| County | |
| $309,800 | |
| State | |
| $216,113 | |

## Renters vs. Owners

Local



Own
Rent

33.5%

66

Local

Is this accurate?

## Age Group

Local
County
State
Overview

Is this accurate?



## Income

Local
County
State



Is this accurate?



Overview

## Occupation

|  | Blue collar | White collar |
|---|---|---|
| **Local** | 55% | 45% |
| **County** | 52% | 48% |
| **State** | 48% | 52% |

Is this accurate?

## Education Level

Local
County
State



Is this accurate?




## Marital Status

**Select marital status**

| Now married |
| --- |

|  | Now Married | Divorced | Widowed | Never Married |
| --- | --- | --- | --- | --- |
| **Local** | 53% | 12% | 4% | 31% |
| **County** | 54% | 13% | 5% | 29% |
| **State** | 52% | 12% | 5% | 31% |

Is this accurate?

# Help stay informed about the things happening in your neighborhood

Turn on monitoring for **5906 143rd St. SE Everett WA 98208**

🔔 Monitor this address

# Natural Hazards

⊙ Learn more

## Earthquake

| Risk Grade | - |
| --- | --- |



**Wildfire**
Overview



| Risk Level | 6 |
|---|---|
| Risk description | **Minimal** |

## Landslide

| Risk Level | 3 |
|---|---|
| Risk Code | **Low** |

Get $500 Gift Card with Qualifying Vivint Home Security System Purchase

# Neighborhood Safety

Learn more

These are the 34 closest sex offenders within a 5 mile radius of this address



**1**  **Kayo Tyler Gomez**    —

0.29 miles away

Age
-

May also go by
Kayo Gomez

Date of birth
-

Race
White

Eye color
Blue

Height
6 ft 3 in

Weight
250

Overview

Markings

-

## Addresses - 0.29 miles away

Home address

13800 Block Of Silver Firs Dr. Everett, WA 98208

## Sex Crimes Conviction - 9a.44.083 - Child Molestation In The First Degree

Offender ID

WA6627127

Conviction date

2018-12-21

## Sex Crimes Conviction - 9a.44.083 - Child Molestation In The First Degree

Offender ID

WA6627127

Conviction date

2018-12-21



2

### Darren Bradley Labay

0.37 miles away

+

3

### Yonas Haile Michael    Search again

0.83 miles away

| PEOPLE | PHONE | PROPERTY | EMAIL | SOCIAL MEDIA | BUSINESS AI | VEHICLE |

+

First name          M.I.          Last name



4

### Justin Forrest Jackson

City          All

1.66 miles away          Age

+

**Search**

 Overview          

By clicking search, you agree not to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/). BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).



## Alan Keith White

### 1.83 miles away

## Contact us

We pride ourselves on offering friendly and helpful support!

💬 **Chat with us live (https://www.beenverified.com/chat/)**
Available 24 hours a day

## Curtis Glen Wikel

### 2.08 miles away

✉️ **support@beenverified.com**
Available 24 hours



## Paul Brian Scofield

### 2.36 miles away

👤 Your Member ID is
**821439269**



## Joshua Connett Leonard

### 2.45 miles away

## About Us

▸ About BeenVerified (https://beenverified.com/about)

  ▸ Advantage Rewards (/app/dashboard/rewards)

  ▸ Testimonials (https://www.beenverified.com/about/testimonials)

## Thomas Nugee

### 2.45 miles away

  ▸ Careers (https://www.beenverified.com/careers)

▸ Leadership (https://www.beenverified.com/about/leadership)

  ▸ Press (https://www.beenverified.com/press)

▸ Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-I3Pqw/viewform)

## Jamal Rashad Gardner

▸ Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNUdgwksboCkX3fenhwhHy3CbVGhnSvDytnb36rDVpcpxg/viewform)

### 2.56 miles away

## Help

▸ Customer Care (http://support.beenverified.com)

  ▸ Contact Us ()

Show more

  ▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

 Overview

▸ FAQ (https://www.beenverified.com/faq/billing/)

▸ Do Not Sell My Personal Information (/app/optout/search)

▸ Affiliates (https://www.beenverified.com/affiliates)

## Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

🖨 Print PDF    ✈ Email PDF

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

# Notes



Disclaimer: BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

Add a note

© 2023 BeenVerified, Inc (https://www.beenverified.com) . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, Inc

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility ♿

# How would you rate this report?



Rate out of 5 stars



▤ Overview