Reverse Address Lookup  >  Washington  >  Everett  >  143rd St SE  >  **5906 143rd St SE**



**5906 143rd St SE**
Everett, WA 98208

**GET UPDATES**

DOWNLOAD PDF

## PROPERTY DETAILS

| | | |
|---|---|---|
| **HOME VALUE** $774 K | **LAST SOLD PRICE (SEP 2015)** $350 K | **YEAR BUILT** 1978 |
| **LIVING AREA** 1,872 sqft | **LOT SIZE** 6,098 sqft | **BEDROOMS** 3 |

SHOW ALL RESULTS ⌄

## PROPERTY OWNERS

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Rebecca C Jones** Owned for 8 Years (2015 - Present) | Lives on the property (2015 - Present) | -- | 🏠 📇 📞 ✉ |

**VIEW DETAILS**

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Marty A Jones** Owned for 8 Years (2015 - Present) | Lives on the property (2015 - Present) | -- | 🏠 📇 📞 ✉ |

**VIEW DETAILS**

## CURRENT RESIDENTS

⭐ **SPECIAL OFFER!**  |  CLAIM NOW →

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Jarrod M Jones**<br>Age 31 | 5906 143rd St SE<br>Everett, WA 98208 | Cynthia Ann Jones<br>Marty Alan Jones<br>Richard A Jones | **VIEW DETAILS** |

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Marty Alan Jones**<br>Age 57 | 5906 143rd St SE<br>Everett, WA 98208 | Chelese Kelly Jones<br>Christopher Jones<br>David Andrew Jones<br>Cynthia Ann Jones<br>Julie Aline Jones | **VIEW DETAILS** |

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Rebecca C Lockridge**<br>Age 57 | 5906 143rd St SE<br>Everett, WA 98208 | Allan D Lockridge<br>Emma Lockridge | **VIEW DETAILS** |

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Jean Kang**<br>Age 65 | 5906 143rd St SE<br>Everett, WA 98208 | Heekyong Kyong Kang<br>Jeong Hwan Kang<br>Jeong In Kang<br>Heekwon Kang<br>Won K Kang | **VIEW DETAILS** |

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Kayla Harding** | 5906 143rd St SE<br>Everett, WA 98208 | Sierra April Harding<br>Mariah Mara Harding<br>Luke Fallon Harding<br>Kerry Vee Harding<br>J Harding | **VIEW DETAILS** |

PREV   **1**   2   NEXT

**PAST RESIDENTS**                    ⭐ **SPECIAL OFFER!** | **CLAIM NOW** →

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Talia R Reed**<br>Age 40 | 62 Queets St<br>Steilacoom, WA 98388 | Mark W Stalcup | **VIEW DETAILS** |
| **Amanda J Joyce**<br>Age 60 | 7505 Palmetto Dr<br>Fort Worth, TX 76133 | Steven Galbraith Joyce<br>Virginia Gail Joyce<br>Larry Emmett Joyce Jr | **VIEW DETAILS** |
| **In Kang Jeong**<br>Age 42 | 10218 19th Pl W<br>Everett, WA 98204 | Heekyong Kyong Kang<br>Hye Yeon Kang<br>Heekwon Kang | **VIEW DETAILS** |
| **James Kang**<br>Age 40 | 4136 Saltspring Dr<br>Ferndale, WA 98248 | Jeong Hwan Kang<br>Hye Yeon Kang<br>Jeong In Kang | **VIEW DETAILS** |
| **Hwan Kang Jeong**<br>Age 40 | 10218 19th Pl W<br>Everett, WA 98204 | Heekyong Kyong Kang<br>Hye Yeon Kang<br>Heekwon Kang<br>Seong J Kang | **VIEW DETAILS** |

PREV    1    2    ...    4    NEXT

## NEIGHBORS

**SPECIAL OFFER!** | **CLAIM NOW** →

| ADDRESS | DETAILS | RESIDENTS | INCLUDES |
|---|---|---|---|
| 5902 143rd St SE Everett, WA 98208 | 3 Beds / 3 Baths 2,050 sqft Single Family Residence Value: $492K | 3 residents | VIEW DETAILS |
| 5912 143rd St SE Everett, WA 98208 | 3 Beds / 3 Baths 1,920 sqft Single Family Residence Value: $444K | 2 residents | VIEW DETAILS |
| 5832 143rd St SE Everett, WA 98208 | 3 Beds / 3 Baths 1,442 sqft Single Family Residence Value: $472K | 3 residents | VIEW DETAILS |
| 5829 143rd St SE Everett, WA 98208 | 3 Beds / 3 Baths 1,752 sqft Single Family Residence Value: $516K | 5 residents | VIEW DETAILS |
| 5825 143rd St SE Everett, WA 98208 | 3 Beds / 3 Baths 2,004 sqft Single Family Residence Value: $480K | 3 residents | VIEW DETAILS |

SPECIAL OFFER!  |  CLAIM NOW →

| ADDRESS | DETAILS | RESIDENTS | INCLUDES |
|---|---|---|---|
| [5828 143rd St SE Everett, WA 98208](#) | 3 Beds / 3 Baths<br>2,140 sqft<br>Single Family Residence<br>Value: $500K | 3 residents | **VIEW DETAILS** |
| [14207 59th Ave SE Everett, WA 98208](#) | 4 Beds / 3 Baths<br>2,328 sqft<br>Single Family Residence<br>Value: $452K | 9 residents | **VIEW DETAILS** |
| [14210 59th Ave SE Everett, WA 98208](#) | 3 Beds / 3 Baths<br>1,824 sqft<br>Single Family Residence<br>Value: $466K | 5 residents | **VIEW DETAILS** |
| [14214 60th Ave SE Everett, WA 98208](#) | 3 Beds / 3 Baths<br>2,276 sqft<br>Single Family Residence<br>Value: $473K | 10 residents | **VIEW DETAILS** |
| [5817 143rd St SE Everett, WA 98208](#) | 3 Beds / 3 Baths<br>1,826 sqft<br>Single Family Residence<br>Value: $521K | 1 resident | **VIEW DETAILS** |

## SAFETY INFORMATION

 **SPECIAL OFFER!** | **CLAIM NOW** →

# C Total Crime Grade

**Total Crime Index ⓘ: Medium**

## Violent Crime Data

**Violent Crime Index ⓘ: Low**

| | |
|---|---|
| Murders | 6 |
| Forcible rapes | N/A |
| Aggravated assaults | 208 |
| Total Annual Violent Crimes | 341 |

## Property Crime Data

**Property Crime Index ⓘ: High**

| | |
|---|---|
| Burglaries | 498 |
| Larcenies | 2,669 |
| Motor vehicle thefts | 824 |
| Total Annual Property Crimes | 3,991 |

## Nearby Registered Sex Offenders

No nearby sex offenders found.

★ **SPECIAL OFFER!** | CLAIM NOW →

SPECIAL OFFER! | CLAIM NOW →