Take advantage of features included with your account

✔ Complete now

♡ Save          ⌂ Monitor          🖹 PDF          🗒 List          ••• More

# Rebecca W Lockridge

Age 58 years old

Born January 1965

Location Everett, WA

Aliases Rebecca Lockridge, Becky Lockridge, R W Courington, Rebecca W Courington, S W Courington, Rebecca C Jones, Rebecca Jones, Rebecca C Lockdridge, R Lockridge, Rebeca Lockridge, Rebecca C Lockridge, Lockridge Rebecca, Rebecca Courington Lockridge, Rebecca Courington Jones, Rebecca Worrall Courington, Becky Jones, Becky Courington, Becky Couringont, Becky, Allan Lockridge  Hide

🗎 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❔                                                      OFF

🏠 5906 143rd St SE                                                    **View 13 more**
   Everett, WA 98208

📞 (206) 604-9951                                                      **View 6 more**

✉ emmazoemom@yahoo.com                                                **View 6 more**

♥ 1 digitized marriage record found                                   **View relatives**
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                               **Learn more**

⌖ 5 social networks identified                                        **View details**

📷 1 possible photo found



**Higher Confidence**

☰ Overview                                                            ⌃  ⌄

Take advantage of features included with your account

## Is this you?

Complete now

### Claim your own report to monitor your online identity.

✔ We'll monitor and notify you of any changes to your report of which we become aware

Yes, this is me!

### Need this report in a printable format?

Reports are available as a PDF that you can print, email to yourself or download to your computer.

🖶 Print PDF    ✒ Email PDF

## Phone Numbers

Alerts

⊙ Learn more

✔ Best phone number match

### (206) 604-9951 (/app/generate/phone?phone=2066049951&referringBvid=N_MDAwNTIzMTcwMDI0)

Phone type Mobile
Dates seen May 2011 - May 2022

View phone report (/app/generate/phone?phone=2066049951&referringBvid=N_MDAwNTIzMTcwMDI0)

Is this accurate?

Higher Confidence

### (425) 505-1059 (/app/generate/phone?phone=4255051059&referringBvid=N_MDAwNTIzMTcwMDI0)

Phone type Mobile

View phone report (/app/generate/phone?phone=4255051059&referringBvid=N_MDAwNTIzMTcwMDI0)

Is this accurate?

☰ Overview

**Take advantage of features included with your account**

✔ Complete now

Higher Confidence

### (425) 823-6507 (/app/generate/phone?phone=4258236507&referringBvid=N_MDAwNTIzMTcwMDI0)

Phone type Home Phone
Dates seen Jan 1994 - May 2021

View phone report (/app/generate/phone?phone=4258236507&referringBvid=N_MDAwNTIzMTcwMDI0)

Is this accurate?

Higher Confidence

### (425) 844-2380 (/app/generate/phone?phone=4258442380&referringBvid=N_MDAwNTIzMTcwMDI0)

Phone type Work Phone

View phone report (/app/generate/phone?phone=4258442380&referringBvid=N_MDAwNTIzMTcwMDI0)

Is this accurate?

Higher Confidence

### (425) 582-7665 (/app/generate/phone?phone=4255827665&referringBvid=N_MDAwNTIzMTcwMDI0)

Dates seen Jul 2008 - Jun 2009

View phone report (/app/generate/phone?phone=4255827665&referringBvid=N_MDAwNTIzMTcwMDI0)

Is this accurate?

Higher Confidence

### (540) 887-0005 (/app/generate/phone?phone=5408870005&referringBvid=N_MDAwNTIzMTcwMDI0)

Dates seen Jan 2019

View phone report (/app/generate/phone?phone=5408870005&referringBvid=N_MDAwNTIzMTcwMDI0)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

## Email Addresses

• • •

Alerts

⌄ Learn more

✔ Best email address match

### emmazoemom@yahoo.com (/app/generate/email?email=emmazoemom%40yahoo.com)

Email type Personal

Is this accurate?

☰ Overview                    View email report (/app/generate/email?email=emmazoemom%40yahoo.com)        

**Take advantage of features included with your account**

✔ Complete now

Higher Confidence

## **beckylockridge@msn.com (/app/generate/email?email=beckylockridge%40msn.com)**

Email type Personal
Dates seen Apr 2010 - Dec 2021

View email report (/app/generate/email?email=beckylockridge%40msn.com)

Is this accurate?

Higher Confidence

## **mom@gatormom.com (/app/generate/email?email=mom%40gatormom.com)**

Dates seen Jun 2002 - Jun 2002

View email report (/app/generate/email?email=mom%40gatormom.com)

Is this accurate?

Higher Confidence

## **blockridge@earthlink.net (/app/generate/email?email=blockridge%40earthlink.net)**

Email type Personal
Dates seen Mar 2008 - Mar 2011

View email report (/app/generate/email?email=blockridge%40earthlink.net)

Is this accurate?

Higher Confidence

## **wizkid@ix.netcom.com (/app/generate/email?email=wizkid%40ix.netcom.com)**

Email type Personal

View email report (/app/generate/email?email=wizkid%40ix.netcom.com)

Is this accurate?

Higher Confidence

## **becky@foxrod.com (/app/generate/email?email=becky%40foxrod.com)**

Dates seen Sep 2012 - Dec 2021

View email report (/app/generate/email?email=becky%40foxrod.com)

Is this accurate?

 Overview      

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activities. **Take advantage of features included with your account**

✔ Complete now

## Address History

Alerts

⊘ Learn more

13 addresses identified

---

✔ Best address match

### 5906 143rd St SE
### Everett, WA 98208
### (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208)

Dates seen Oct 2013 - Nov 2019

Search this property (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208)

Is this accurate?

---

Higher Confidence

### 4310 148th St SW
### Lynnwood, WA 98087
### (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087)

Dates seen Sep 2008 - Sep 2015

Search this property (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087)

Is this accurate?

---

Higher Confidence

### 13913 93rd Ave NE
### Kirkland, WA 98034
### (/app/generate/property?address=13913%2093rd%20Ave.%20NE&city=Kirkland&state=WA&zipcode=98034)

Is this accurate?

Dates seen May 2004 - Jun 2004

Search this property (/app/generate/property?address=R913%20Routed%20th%20NE&city=Kirkland&state=WA&zipcode=98034)
Take advantage of features included with your account.

✔ Complete now

Higher Confidence

### 627 SW 12th St
### Gainesville, FL 32601

Dates seen Feb 1994 - Jan 2003

Is this accurate?

---

Higher Confidence

### 1311 Barton St
### Longwood, FL 32750
### (/app/generate/property?address=1311%20Barton%20St.&city=Longwood&state=FL&zipcode=32750)

Dates seen Jan 1988 - May 1992

Search this property (/app/generate/property?address=1311%20Barton%20St.&city=Longwood&state=FL&zipcode=32750)

Is this accurate?

---

Higher Confidence

### 18636 NE 61st Ct Apt U204
### Redmond, WA 98052

Is this accurate?

---

Higher Confidence

### 3014 SW 41st Ln Apt 36A
### Gainesville, FL 32608
### (/app/generate/property?address=3014%20SW%2041st%20Ln.%20Apt%2036A&city=Gainesville&parent_id=97073963&state=FL&zipcode=32608)

Search this property (/app/generate/property?address=3014%20SW%2041st%20Ln.%20Apt%2036A&city=Gainesville&parent_id=97073963&state=FL&zipc...

Is this accurate?

---

Higher Confidence

### 21028 80th Pl W Apt 3
### Edmonds, WA 98026
### (/app/generate/property?address=21028%2080th%20Pl.%20W%20Apt%203&city=Edmonds&parent_id=58125542&state=WA&zipcode=98026)

Overview

Dates seen Jul 2008



**Take advantage of features included with your account**

Search this property (/app/generate/property?address=21028%2080th%20Pl.%20W%20Apt%203&city=Edmonds&parent_id=58125542&state=WA&zipcod...

✔ Complete now

---

Higher Confidence

### 17025 42nd Dr SE
### Bothell, WA 98012
### (/app/generate/property?address=17025%2042nd%20Dr.%20SE&city=Bothell&state=WA&zipcode=98012)

Dates seen Oct 2013

Search this property (/app/generate/property?address=17025%2042nd%20Dr.%20SE&city=Bothell&state=WA&zipcode=98012)

Is this accurate?

---

Higher Confidence

### 13203 129th Pl NE
### Kirkland, WA 98034
### (/app/generate/property?address=13203%20129th%20Pl.%20NE&city=Kirkland&state=WA&zipcode=98034)

Dates seen Oct 2013

Search this property (/app/generate/property?address=13203%20129th%20Pl.%20NE&city=Kirkland&state=WA&zipcode=98034)

Is this accurate?

---

Higher Confidence

### 27106 NE Miller St
### Duvall, WA 98019
### (/app/generate/property?address=27106%20NE%20Miller%20St.&city=Duvall&state=WA&zipcode=98019)

Dates seen Mar 2000

Search this property (/app/generate/property?address=27106%20NE%20Miller%20St.&city=Duvall&state=WA&zipcode=98019)

Is this accurate?

---

Higher Confidence

### 3929 Hillridge Ct
### Virginia Beach, VA 23452
### (/app/generate/property?address=3929%20Hillridge%20Ct.&city=Virginia%20Beach&state=VA&zipcode=23452)

Is this accurate?

Address type Old



Dates seen Dec 2009

**Take advantage of features included with your account**

Search this property (/app/generate/property?address=3929%20Hillridge%20Ct.&city=Virginia%20Beach&state=VA&zipcode=23452)

✔ **Complete now**

Higher Confidence

### 16441 Univ of FL Dormitories
### Gainesville, FL 32612

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

# Relatives

...

✔ Learn more                Alerts

### Jarrod M Jones (/app/generate/person?bvid=N_MTQ1NzIxNzg4MDAx&name=JARROD%20M%20JONES)

Age 31
Live s in Eugene, OR

View person report (/app/generate/person?bvid=N_MTQ1NzIxNzg4MDAx&name=JARROD%20M%20JONES)

✖ Show less contact info

| | |
|---|---|
| **Address** | 3606 Stark St |
| | Eugene, OR 97404 |
| | (/app/generate/property?address=3606%20Stark%20St.&city=Eugene&state=OR&zipcode=97404) |
| **Dates seen** | Jan 2022 - Jan 2022 |

| | |
|---|---|
| **Address** | 5906 143rd St SE |
| | Everett, WA 98208 |
| | (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208) |
| **Dates seen** | - |

| | |
|---|---|
| **Address** | 4310 148th St SW |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| **Dates seen** | - |

Is this accurate?

### Cynthia Ann Jones (/app/generate/person?bvid=N_MDAwOTQzNzUyMTI5&name=CYNTHIA%20ANN%20JONES)

Age 62
Live s in Tucson, AZ
May also go by Cynthia Ann Piper, Cynthia A Gitner, Cyntia Jones

View person report (/app/generate/person?bvid=N_MDAwOTQzNzUyMTI5&name=CYNTHIA%20ANN%20JONES)

Is this accurate?

⊕ Overview    ✖ Show less contact info 

| Address | 2961 W Goret Rd | Take advantage of features included with your account |
| Dates seen | Tucson, AZ 85745 | ✔ Complete now |
| | (/app/generate/property?address=2961%20W%20Goret%20Rd.&city=Tucson&state=AZ&zipcode=85745) | |
| Dates seen | Jan 2011 - Aug 2022 | |

| Address | 4310 148th St SW |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| Dates seen | Jan 2001 - Apr 2011 |

| Phone number | (520) 743-5275 (/app/generate/phone?phone=5207435275) |
| Dates seen | - |

| Phone number | (425) 743-4384 (/app/generate/phone?phone=4257434384) |
| Dates seen | - |

## Richard A Jones (/app/generate/person?bvid=N_MDAxMjgxNTgyOTA3&name=RICHARD%20A%20JONES)

Age 78

Live s in Tucson, AZ

View person report (/app/generate/person?bvid=N_MDAxMjgxNTgyOTA3&name=RICHARD%20A%20JONES)

⊙ Show less contact info

| Address | 2961 W Goret Rd |
| | Tucson, AZ 85745 |
| | (/app/generate/property?address=2961%20W%20Goret%20Rd.&city=Tucson&state=AZ&zipcode=85745) |
| Dates seen | Jan 2011 - Jan 2021 |

| Address | 4310 148th St SW |
| | Lynnwood, WA 98087 |
| | (/app/generate/property?address=4310%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087) |
| Dates seen | Jan 2001 - Apr 2011 |

| Phone number | (520) 743-5275 (/app/generate/phone?phone=5207435275) |
| Dates seen | - |

| Phone number | (425) 743-4384 (/app/generate/phone?phone=4257434384) |
| Dates seen | - |

⊙ Show less relatives

## David V Hawkinson (/app/generate/person?bvid=N_MDAxMDg0MDY4MjAy& name=DAVID%20V%20HAWKINSON)

Age 79

Live s in Colbert, WA

May also go by Davi Hawkinson, D Hawkinson

View person report (/app/generate/person?bvid=N_MDAxMDg0MDY4MjAy&name=DAVID%20V%20HAWKINSON)

⊙ Show less contact info

| Address | 5627 E Dickinson Ln |
| Is this accurate? | Colbert, WA 99005 |

☰ Overview                                                                    ∧  ∨

| Dates seen | Oct 2000 - Jan 2010 (/app/generate/property?address=5627%20E%20Dickinson%20Ln.&city=Colbert&state=WA&zipcode=99005) |
| Address | 7429 Marwood Pl |
| | Woodinville, WA 98072 |
| | (/app/generate/property?address=7429%20Marwood%20Pl.&city=Woodinville&state=WA&zipcode=98072) |
| Dates seen | Aug 1973 - Mar 2001 |

**Take advantage of features included with your account**   ✔ Complete now

| Phone number | (509) 238-1581 (/app/generate/phone?phone=5092381581) |
| Dates seen | - |

| Phone number | (425) 481-7493 (/app/generate/phone?phone=4254817493) |
| Dates seen | - |

## Frederick Wilton Courington (/app/generate/person?bvid=N_MDAwNTIyODc3OTk1&name=FREDERICK%20WILTON%20COURINGTON)

Deceased at age ~69 on Nov 2007

Live d in Jacksonville, FL
May also go by F W Courington

View person report (/app/generate/person?bvid=N_MDAwNTIyODc3OTk1&name=FREDERICK%20WILTON%20COURINGTON)

⊙ Show less contact info

| Address | 140 PO Box |
| | Jacksonville, FL 32212 |
| | (/app/generate/property?address=140%20Po%20Box&city=Jacksonville&state=FL&zipcode=32212) |
| Dates seen | Oct 2011 - May 2017 |

| Address | 27528 118th St SE |
| | Monroe, WA 98272 |
| | (/app/generate/property?address=27528%20118th%20St.%20SE&city=Monroe&state=WA&zipcode=98272) |
| Dates seen | Aug 1993 - Aug 2014 |

| Phone number | (360) 793-8660 (/app/generate/phone?phone=3607938660) |
| Dates seen | - |

Is this accurate?

## Margrete Karla Jones (/app/generate/person?bvid=N_MDAxMjc5ODMwNTUz&name=MARGRETE%20KARLA%20JONES)

Age 80
Live s in Bellingham, WA
May also go by Margaret K Jones, Margrete Margrete Karlajones, Margrete Karla Jones **+6 more**

View person report (/app/generate/person?bvid=N_MDAxMjc5ODMwNTUz&name=MARGRETE%20KARLA%20JONES)

⊙ Show less contact info

Is this accurate?



≣ Overview

| Address | 234 Prince Ave Apt 102 | **Take advantage of features included with your account** |
|---|---|---|
| | Bellingham, WA 98226 | ✔ Complete now |
| | (/app/generate/property?address=234%20Prince%20Ave.%20Apt%20102&city=Bellingham&state=WA&zipcode=98226) | |
| Dates seen | Dec 2005 - Jul 2017 | |

| Address | 1070 5th Ave S Apt 407 |
|---|---|
| | Edmonds, WA 98020 |
| | (/app/generate/property?address=1070%205th%20Ave.%20S%20Apt%20407&city=Edmonds&state=WA&zipcode=98020) |
| Dates seen | Oct 1981 - Feb 2012 |

| Address | 4186 Saltspring Dr |
|---|---|
| | Ferndale, WA 98248 |
| | (/app/generate/property?address=4186%20Saltspring%20Dr.&city=Ferndale&state=WA&zipcode=98248) |
| Dates seen | Oct 1989 - Dec 2007 |

| Phone number | (360) 733-7667 (/app/generate/phone?phone=3607337667) |
|---|---|
| Dates seen | - |

| Phone number | (425) 771-5018 (/app/generate/phone?phone=4257715018) |
|---|---|
| Dates seen | - |

| Phone number | (360) 384-5115 (/app/generate/phone?phone=3603845115) |
|---|---|
| Dates seen | - |

## Emma Manwen Lockridge (/app/generate/person?bvid=N_MTkxNDQ3MDkzMjMy&name=EMMA%20MANWEN%20LOCKRIDGE)

Age 24

Live s in Everett, WA

View person report (/app/generate/person?bvid=N_MTkxNDQ3MDkzMjMy&name=EMMA%20MANWEN%20LOCKRIDGE)

**◉ Show less contact info**

| Address | 5906 143rd St SE |
|---|---|
| | Everett, WA 98208 |
| | (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208) |
| Dates seen | Apr 2020 - Apr 2020 |

| Address | 3000 SW 35th Pl Apt J304-A |
|---|---|
| | Gainesville, FL 32608 |
| | (/app/generate/property?address=3000%20SW%2035th%20Pl.%20Apt%20J304-A&city=Gainesville&state=FL&zipcode=32608) |
| Dates seen | Nov 2018 - Nov 2018 |

| Address | 1100 SW 8th Ave Apt 101 |
|---|---|
| | Gainesville, FL 32601 |
| | (/app/generate/property?address=1100%20SW%208th%20Ave.%20Apt%20101&city=Gainesville&state=FL&zipcode=32601) |
| Dates seen | Nov 2018 - Nov 2018 |

Is this accurate?

## Cleo Chambliss Courington (/app/generate/person?bvid=N_MDAwNTIyODAwNzgz&name=CLEO%20CHAMBLISS%20COURINGTON)




Live s in Hawthorne, FL

May also go by C Courington, Cleo Chambliss Courington, Courington Cleo Chambliss **+1 more**

Take advantage of features included with your account

**˅ Complete now**

View person report (/app/generate/person?bvid=N_MDAwNTIyODAwNzgz&name=CLEO%20CHAMBLISS%20COURINGTON)

⊗ Show less contact info

| | |
|---|---|
| Address | 1172 PO Box |
| | Hawthorne, FL 32640 |
| | (/app/generate/property?address=1172%20Po%20Box&city=Hawthorne&state=FL&zipcode=32640) |
| Dates seen | May 2011 - Aug 2022 |

| | |
|---|---|
| Address | 21724 SE 69th Ave |
| | Hawthorne, FL 32640 |
| | (/app/generate/property?address=21724%20SE%2069th%20Ave.&city=Hawthorne&state=FL&zipcode=32640) |
| Dates seen | Jan 2011 - Nov 2020 |

| | |
|---|---|
| Address | 27528 118th St SE |
| | Monroe, WA 98272 |
| | (/app/generate/property?address=27528%20118th%20St.%20SE&city=Monroe&state=WA&zipcode=98272) |
| Dates seen | Aug 1993 - Aug 2014 |

| | |
|---|---|
| Phone number | (360) 793-8660 (/app/generate/phone?phone=3607938660) |
| Dates seen | - |

## Karen Chambliss Chamusco (/app/generate/person?bvid=N_MDAwNTIzNDA2ODA4& name=KAREN%20CHAMBLISS%20CHAMUSCO)

Age 54

Live s in Hawthorne, FL

May also go by Karen C Courington, K C Courington, Karen C Covington **+1 more**

View person report (/app/generate/person?bvid=N_MDAwNTIzNDA2ODA4&name=KAREN%20CHAMBLISS%20CHAMUSCO)

⊗ Show less contact info

| | |
|---|---|
| Address | 6921 SE 218th St |
| | Hawthorne, FL 32640 |
| | (/app/generate/property?address=6921%20SE%20218th%20St.&city=Hawthorne&state=FL&zipcode=32640) |
| Dates seen | Sep 1993 - Nov 2020 |

| | |
|---|---|
| Address | 21724 SE 69th Ave |
| | Hawthorne, FL 32640 |
| | (/app/generate/property?address=21724%20SE%2069th%20Ave.&city=Hawthorne&state=FL&zipcode=32640) |
| Dates seen | Jun 2020 - Jun 2020 |

| | |
|---|---|
| Phone number | (352) 481-2689 (/app/generate/phone?phone=3524812689) |
| Dates seen | - |

⊗ Show less relatives

Is this accurate?

 Overview



**Take advantage of features included with your account**

## Larry A Chamusco (/app/generate/person?bvid=N_MDAwNDIyMzQ5MjY3& name=LARRY%20A%20CHAMUSCO)

✔ Complete now

Age 62
Live s in Hawthorne, FL
May also go by Larry A Chamuso

View person report (/app/generate/person?bvid=N_MDAwNDIyMzQ5MjY3&name=LARRY%20A%20CHAMUSCO)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 6921 SE 218th St |
| | Hawthorne, FL 32640 |
| | (/app/generate/property?address=6921%20SE%20218th%20St.&city=Hawthorne&state=FL&zipcode=32640) |
| **Dates seen** | Sep 1993 - Jan 2020 |

| | |
|---|---|
| **Address** | 3000 NW 83rd St Apt 7 |
| | Gainesville, FL 32606 |
| | (/app/generate/property?address=3000%20NW%2083rd%20St.%20Apt%207&city=Gainesville&state=FL&zipcode=32606) |
| **Dates seen** | Nov 1997 - Jan 2003 |

| | |
|---|---|
| **Phone number** | (352) 481-2689 (/app/generate/phone?phone=3524812689) |
| **Dates seen** | - |

## Zoe Lockridge (/app/generate/person?bvid=N_MjM5ODE5NDUzMjkx&name=ZOE%20LOCKRIDGE)

Age 20
Live s in Kirkland, WA

View person report (/app/generate/person?bvid=N_MjM5ODE5NDUzMjkx&name=ZOE%20LOCKRIDGE)

⊘ Show less contact info

| | |
|---|---|
| **Address** | 13203 129th Pl NE |
| | Kirkland, WA 98034 |
| | (/app/generate/property?address=13203%20129th%20Pl.%20NE&city=Kirkland&state=WA&zipcode=98034) |
| **Dates seen** | - |

Is this accurate?

## Mary Ann Jones (/app/generate/person?bvid=N_MDAxMjgwMjI0NTU4&name=MARY%20ANN%20JONES)
Deceased at age ~87 on Nov 2013

Live d in Federal Way, WA
May also go by Maryann Ann Jones

View person report (/app/generate/person?bvid=N_MDAxMjgwMjI0NTU4&name=MARY%20ANN%20JONES)

⊘ Show less contact info

Is this accurate?

☰ Overview



| Address | 32290 1st Ave S Apt 192 | **Take advantage of features included with your account** |
| | Federal Way, WA 98003 | ✔ Complete now |
| | (/app/generate/property?address=32290%201st%20Ave.%20S%20Apt%20192&city=Federal%20Way&state=WA&zipcode=98003) | |
| Dates seen | Dec 2008 - Jun 2014 | |

| Address | 32290 1st Ave S Apt 235 |
| | Federal Way, WA 98003 |
| | (/app/generate/property?address=32290%201st%20Ave.%20S%20Apt%20235&city=Federal%20Way&state=WA&zipcode=98003) |
| Dates seen | Sep 2005 - Jul 2013 |

| Phone number | (253) 661-0499 (/app/generate/phone?phone=2536610499) |
| Dates seen | - |

**◔** Show less relatives

## Warren Edwin Jones (/app/generate/person?bvid=N_MDAxMjg0NjQ2NDM1& name=WARREN%20EDWIN%20JONES)

Deceased at age ~89 on Sep 2010

Live d in Federal Way, WA
May also go by Warren A Jones, Wareen E Jones

View person report (/app/generate/person?bvid=N_MDAxMjg0NjQ2NDM1&name=WARREN%20EDWIN%20JONES)

**◔** Show less contact info

| Address | 32290 1st Ave S Apt 235 |
| | Federal Way, WA 98003 |
| | (/app/generate/property?address=32290%201st%20Ave.%20S%20Apt%20235&city=Federal%20Way&state=WA&zipcode=98003) |
| Dates seen | Sep 2005 - Jul 2013 |

| Address | 32290 1st Ave S Apt 393 |
| | Federal Way, WA 98003 |
| | (/app/generate/property?address=32290%201st%20Ave.%20S%20Apt%20393&city=Federal%20Way&state=WA&zipcode=98003) |
| Dates seen | Sep 2005 - May 2011 |

| Address | 28422 16th Ave S Unit All |
| | Federal Way, WA 98003 |
| | (/app/generate/property?address=28422%2016th%20Ave.%20S%20Unit%20All&city=Federal%20Way&state=WA&zipcode=98003) |
| Dates seen | Jan 1998 - Jan 2011 |

| Phone number | (253) 661-0499 (/app/generate/phone?phone=2536610499) |
| Dates seen | - |

## Lorna Jeanne Jones (/app/generate/person?bvid=N_MDAwODg2NjQ3MDUw& name=LORNA%20JEANNE%20JONES)

Deceased at age ~79 on Jun 2020

Live d in Maple Valley, WA
May also go by Lorna Je

Is this accurate?


Overview
Show less contact info

View person report (/app/generate/person?bvid=N_MDAwODg2NjQ3MDUw&name=LORNA%20JEANNE%20JONES)



| Address | 21614 SE 273rd Pl | **Take advantage of features included with your account** |
| | Maple Valley, WA 98038 | ✔ Complete now |
| | (/app/generate/property?address=21614%20SE%20273rd%20Pl.&city=Maple%20Valley&state=WA&zipcode=98038) | |
| Dates seen | Sep 2015 - Aug 2022 | |

| Phone number | (425) 432-5199 (/app/generate/phone?phone=4254325199) |
| Dates seen | - |

## Carl L Jones (/app/generate/person?bvid=N_MDAxMjcyMjAyNzgx&name=CARL%20L%20JONES)

Age 59
Live s in Palmer, AK
May also go by Carl Lee Jones

View person report (/app/generate/person?bvid=N_MDAxMjcyMjAyNzgx&name=CARL%20L%20JONES)

⊘ Show less contact info

| Address | 6760 N Dewachen Cir |
| | Palmer, AK 99645 |
| | (/app/generate/property?address=6760%20N%20Dewachen%20Cir.&city=Palmer&state=AK&zipcode=99645) |
| Dates seen | Jun 1998 - Nov 2020 |

| Phone number | (907) 746-4751 (/app/generate/phone?phone=9077464751) |
| Dates seen | - |

⊘ Show less relatives

### Susan K Bergeron (/app/generate/person?bvid=N_MDAwMTkwOTQxNzE2&name=SUSAN%20K%20BERGERON)

Age 50
Live s in Palmer, AK
May also go by Susan Kathleen Jones, Susan K McVay

View person report (/app/generate/person?bvid=N_MDAwMTkwOTQxNzE2&name=SUSAN%20K%20BERGERON)

⊘ Show less contact info

| Address | 6760 N Dewachen Cir |
| | Palmer, AK 99645 |
| | (/app/generate/property?address=6760%20N%20Dewachen%20Cir.&city=Palmer&state=AK&zipcode=99645) |
| Dates seen | May 2005 - Oct 2015 |

Is this accurate?



## Wayne Ronald Jones (/app/generate/person?bvid=N_MDAxMjg1MjQ0NzAz& name=WAYNE%20RONALD%20JONES)

Take advantage of features included with your account
✔ Complete now

Deceased at age ~77 on Nov 2014

Live d in Seattle, WA

View person report (/app/generate/person?bvid=N_MDAxMjg1MjQ0NzAz&name=WAYNE%20RONALD%20JONES)

⊖ Show less contact info

| | |
|---|---|
| **Address** | 4745 18th Ave NE |
| | Seattle, WA 98105 |
| | (/app/generate/property?address=4745%2018th%20Ave.%20NE&city=Seattle&state=WA&zipcode=98105) |
| **Dates seen** | Jan 1998 - Jan 2017 |

| | |
|---|---|
| **Address** | 21614 SE 273rd Pl |
| | Maple Valley, WA 98038 |
| | (/app/generate/property?address=21614%20SE%20273rd%20Pl.&city=Maple%20Valley&state=WA&zipcode=98038) |
| **Dates seen** | Oct 2015 - Oct 2015 |

| | |
|---|---|
| **Address** | 2627 204th St SW # 204 |
| | Lynnwood, WA 98036 |
| | (/app/generate/property?address=2627%20204th%20St.%20SW%20%23%20204&city=Lynnwood&state=WA&zipcode=98036) |
| **Dates seen** | Dec 1978 - Aug 2015 |

| | |
|---|---|
| **Phone number** | (425) 778-0340 (/app/generate/phone?phone=4257780340) |
| **Dates seen** | - |

| | |
|---|---|
| **Phone number** | (425) 432-5199 (/app/generate/phone?phone=4254325199) |
| **Dates seen** | - |

Is this accurate?

# Marriage & Divorce Records

···

Alerts

### Marriage records found in Florida

**Marriage Details**

Date August 19 1995
Filing Number 084532

**Bride**

## Rebecca W Lockridge

⊕ Show more about the bride

**Groom**

## Allan Dale Lockridge

⊕ Show more about the groom

Is this accurate?




# Names & Ancestry

**Take advantage of features included with your account**

✔ Complete now

Alerts

⋯

● Learn more

### Rebecca

From the Hebrew name רִבְקָה *(Rivqah)* from an unattested root probably meaning "join, tie, snare". This is the name of the wife of Isaac and the mother of Esau and Jacob in the Old Testament. It came into use as a Christian name after the Protestant Reformation, and it was popular with the Puritans in the 17th century.

Usage: English, Italian, Swedish, Biblical, Biblical Latin

Info provided by behindthename.com (https://www.behindthename.com/)

Popularity of the name **Rebecca** over time

**Rebecca** was the

**41st** most common name of **1965**

Sort name popularity by gender

| Male | Female |
|------|--------|

Select a year

| 1965 |
|------|

# Associates

Alerts

⋯

### Allan D Lockridge (/app/generate/person?bvid=N_MDAwMDM0NDM4MzI2& name=ALLAN%20D%20LOCKRIDGE)

Take advantage of features included with your account

✔ Complete now

Age 57

Lives in Forney, TX

View person report (/app/generate/person?bvid=N_MDAwMDM0NDM4MzI2&name=ALLAN%20D%20LOCKRIDGE)

☁ Show less contact info

| | |
|---|---|
| Address | 2258 Tombstone Rd |
| | Forney, TX 75126 |
| | (/app/generate/property?address=2258%20Tombstone%20Rd.&city=Forney&state=TX&zipcode=75126) |
| Dates seen | Mar 2022 - May 2022 |

| | |
|---|---|
| Address | 13203 NE 129th Pl |
| | Kirkland, WA 98034 |
| | (/app/generate/property?address=13203%20NE%20129th%20Pl.&city=Kirkland&state=WA&zipcode=98034) |
| Dates seen | Jul 2020 - Jul 2020 |

| | |
|---|---|
| Address | 17025 42nd Dr SE |
| | Bothell, WA 98012 |
| | (/app/generate/property?address=17025%2042nd%20Dr.%20SE&city=Bothell&state=WA&zipcode=98012) |
| Dates seen | Jun 2017 - Jun 2017 |

Is this accurate?

## Neighbors

•••

Alerts

### John Bouzigard (/app/generate/person?bvid=N_MDAwMjQ3MDAwMzQ1&name=JOHN%20BOUZIGARD)

Age 48

Lives in Everett, WA

View person report (/app/generate/person?bvid=N_MDAwMjQ3MDAwMzQ1&name=JOHN%20BOUZIGARD)

☁ Show less contact info

| | |
|---|---|
| Address | 5828 143rd St SE |
| | Everett, WA 98208 |
| | (/app/generate/property?address=5828%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208) |
| Dates seen | Mar 2018 - Aug 2022 |

Is this accurate?

### Obed N Yusaf (/app/generate/person?bvid=N_MDAyNzkzMDgwNDE1&name=OBED%20N%20YUSAF)

Age 62

Lives in Everett, WA

View person report (/app/generate/person?bvid=N_MDAyNzkzMDgwNDE1&name=OBED%20N%20YUSAF)

☁ Show less contact info

Is this accurate?

≡ Overview    Address   5828 143rd St SE

∧ ∨

Everett, WA 98208

Dates seen    **Take advantage of features included with your account**
(/app/generate/property?address=5828%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208)
(Mar 2018 - Aug 2022)
✔ Complete now

## Donna F Yusaf (/app/generate/person?bvid=N_MDAyNzk0MTU0NDEy&name=DONNA%20F%20YUSAF)

Age 48

Lives in Everett, WA

View person report (/app/generate/person?bvid=N_MDAyNzk0MTU0NDEy&name=DONNA%20F%20YUSAF)

⊘ Show less contact info

Address       5828 143rd St SE
              Everett, WA 98208
              (/app/generate/property?address=5828%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208)
Dates seen    Mar 2018 - Aug 2022

Is this accurate?

## Christa R Howser (/app/generate/person?bvid=N_MDAwODA4NDY2MDYz& name=CHRISTA%20R%20HOWSER)

Age 73

Lives in Lynnwood, WA

View person report (/app/generate/person?bvid=N_MDAwODA4NDY2MDYz&name=CHRISTA%20R%20HOWSER)

⊘ Show less contact info

Address       4302 148th St SW
              Lynnwood, WA 98087
              (/app/generate/property?address=4302%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087)
Dates seen    Jun 1997 - Aug 2022

Is this accurate?

## Ronald G Howser (/app/generate/person?bvid=N_MDAxMTc4NDQ4MjAz& name=RONALD%20G%20HOWSER)

Age 78

Lives in Lynnwood, WA

View person report (/app/generate/person?bvid=N_MDAxMTc4NDQ4MjAz&name=RONALD%20G%20HOWSER)

⊘ Show less contact info

Address       4302 148th St SW
              Lynnwood, WA 98087
              (/app/generate/property?address=4302%20148th%20St.%20SW&city=Lynnwood&state=WA&zipcode=98087)
Dates seen    Jun 1997 - Aug 2022

Is this accurate?

 Overview



## Dralia E Rodriguez (/app/generate/person?bvid=N_MDAyMTgxOTIwNjU2& name=DRALIA%20E%20RODRIGUEZ)

Take advantage of features included with your account

✔ Complete now

Age N/A

Lives in Kirkland, WA

View person report (/app/generate/person?bvid=N_MDAyMTgxOTIwNjU2&name=DRALIA%20E%20RODRIGUEZ)

⊙ Show less contact info

| Address | 13900 93rd Ave NE |
| --- | --- |
| | Kirkland, WA 98034 |
| | (/app/generate/property?address=13900%2093rd%20Ave.%20NE&city=Kirkland&state=WA&zipcode=98034) |
| Dates seen | Jul 2022 - Jul 2022 |

Is this accurate?

## Lisa M Compton (/app/generate/person?bvid=N_MDAwNDkzODUyNjE3& name=LISA%20M%20COMPTON)

Age 61

Lives in Kirkland, WA

View person report (/app/generate/person?bvid=N_MDAwNDkzODUyNjE3&name=LISA%20M%20COMPTON)

⊙ Show less contact info

| Address | 13900 93rd Ave NE |
| --- | --- |
| | Kirkland, WA 98034 |
| | (/app/generate/property?address=13900%2093rd%20Ave.%20NE&city=Kirkland&state=WA&zipcode=98034) |
| Dates seen | Jul 2022 - Jul 2022 |

Is this accurate?

## Carla Elaine Silver (/app/generate/person?bvid=N_MDAyMzM3NjUxNzgy& name=CARLA%20ELAINE%20SILVER)

Age 56

Lives in Longwood, FL

View person report (/app/generate/person?bvid=N_MDAyMzM3NjUxNzgy&name=CARLA%20ELAINE%20SILVER)

⊙ Show less contact info

| Address | 1331 Barton St |
| --- | --- |
| | Longwood, FL 32750 |
| | (/app/generate/property?address=1331%20Barton%20St.&city=Longwood&state=FL&zipcode=32750) |
| Dates seen | Jul 2003 - Aug 2022 |

Is this accurate?

# Criminal or Traffic

 Overview

Alerts



Take advantage of features included with your account

## Search county jurisdictions for digitized Criminal or Traffic Records

Complete now

❓ Where do these sources of criminal data come from?

**Search for digitized records**

**Things you should know**

BeenVerified searches criminal or traffic records from thousands of jurisdictions that have digitized records.

Believe it or not, there are still many counties in the United States that haven't made their records digitally available—and many others are only partially digitized. It is possible that records may exist that cannot be accessed digitaly.

# Bankruptcies

Alerts

## Search for digitized Bankruptcy Records

**Search for digitized records**

Note that older records from the early 1990s and prior are not digitized and as such, cannot be found electronically.

**PLEASE BE ADVISED:** Bankruptcy information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other agencies and their contents may not be fully digitized, updated or comprehensive. Accordingly, please use our results as a possible reference point only and certainly no substitute for your own due diligence.

# Jobs

Alerts

◉ Learn more

### Rebecca Lockridge

### (/app/search/contact?company=Rebecca%20Lockridge)

Title Partner

Search other employees (/app/search/contact?company=Rebecca%20Lockridge)

Is this accurate?

### Microsoft

### (/app/search/contact?company=Microsoft)

Title Administrative Assistant

Search other employees (/app/search/contact?company=Microsoft)

Is this accurate?

Is this accurate?

WALT DISNEY WORLD



**(/app/search/contact?company=WALT%20DISNEY%20WORLD)**

Take advantage of features included with your account

Title HOUSEKEEPING

✔ Complete now

Search other employees (/app/search/contact?company=WALT%20DISNEY%20WORLD)



### Try the Business AI Search!

**Search for individuals based on employment history, job title, experience level and more to see known and derived contact information**

**Begin Searching**

(/app/search/contact)

## Education

⋯

Alerts

No other education associated with Rebecca W Lockridge found.

## Social Media

⋯

Alerts

⌄ Learn more

Possible usernames for Rebecca W Lockridge:

**emmazoemom (/app/generate/username?username=emmazoemom)**
First seen Jul 2009

Search username (/app/generate/username?username=emmazoemom)

**mugshotscoffee (/app/generate/username?username=mugshotscoffee)**
First seen Jul 2009

Search username (/app/generate/username?username=mugshotscoffee)

Higher Confidence

**Take advantage of features included with your account**

✔ Complete now

## Facebook

facebook.com/people/_/691986131 ⬈
(http://facebook.com/people/_/691986131)

Type **Personal profiles**

Visit Facebook ⬈

Is this accurate?

---

Higher Confidence

## Other Website

www.facebook.com/EmmaZoeMom ⬈
(http://www.facebook.com/EmmaZoeMom)

Type **Personal profiles**

Visit Site ⬈

Is this accurate?

---

Higher Confidence

## Other Website

www.facebook.com/MugShotsCoffee ⬈
(http://www.facebook.com/MugShotsCoffee)

Type **Personal profiles**

Visit Site ⬈

Is this accurate?

---

Higher Confidence

## LinkedIn

www.linkedin.com/in/becky-lockridge-03b4305 ⬈
(https://www.linkedin.com/in/becky-lockridge-03b4305)

Followers **7**
Following **7**

Visit LinkedIn ⬈

Is this accurate?

---

Higher Confidence

## Pinterest

pinterest.com/emmazoemom/ ⬈
(http://pinterest.com/emmazoemom/)

☰ Overview

Type **Personal profiles**



Take advantage of features included with your account

Visit Pinterest ⎘

✔ Complete now

---

Higher Confidence

## Maps.roadtrippers.com

maps.roadtrippers.com/us/staunton-va/food-drink/mugshots-coffeehouse-cafe ⎘
(https://maps.roadtrippers.com/us/staunton-va/food-drink/mugshots-coffeehouse-cafe)

Type **Web pages**

Visit Site ⎘

Is this accurate?

---

# Possible Owned Assets

⟳ Learn more

Alerts

Exact match assets only ⓘ                                                        ✓

🏠 1 Property                                                                 **$573,700**

Estimated total value

**$573,700**

---

✔ Exact Match

## 5906 143RD ST SE
## Everett, WA 98208
## (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&
## zipcode=98208)

Is this accurate?

 Overview



Property Type -
Room Count 3 bedrooms & 2 bathrooms
Year Built 1978
Dimensions 1,344 sf building on 6,098 sf lot

**Take advantage of features included with your account**

✔ Complete now

⊙ Show less about this property

## Property financials

Estimated Value $573,700
Annual Taxes $5,619

## Owner details

The following individuals were identified as having ownership of this property.

Name **Rebecca C Jones (/app/search/person?fname=REBECCA&ln=JONES&mn=C)**

View property report (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&zipcode=98208)

BeenVerified℠

# Access **thousands** in rewards!





**See rewards**

Savings may be available in BeenVerified Rewards through gift cards, cash back offers or discounts. Terms and conditions apply.

## Licenses and Permits

### UCC filings    BONUS
Notices filed by lenders to indicate an interest in Rebecca's personal property or collateral

### DEA Licenses    BONUS
Licensing for health care providers that enables the handling of controlled substances

## Search again

### Weapons Permits    BONUS
Permits that may be required to carry or possess firearms and other weapons

PEOPLE    PHONE    PROPERTY    EMAIL    SOCIAL MEDIA    BUSINESS AI    VEHICLE

First name      M.I.      Last name    BONUS

### Business Affiliations
City    Business filings associated with Rebecca, which may contain Rebecca's title and status    All      Age

 Overview

⌃ ⌄



## Professional Licenses

BONUS

Licensing to professionally practice in fields such as health care, law, construction, among others

## Sporting Permits

BONUS

Licensing required to participate in hunting, fishing and trapping activities

## Piloting Licenses

BONUS

FAA certification details may include certification level, type and status

Other sites charge up to $20 dollars per report to search for sensitive data like licences and permits

Click below to search our premium data sources for this report for free

View FREE BONUS DATA

## Notes

Add a note here...

## Curious to find out even more about Rebecca?

Looking into people, addresses and contacts associated with Rebecca Lockridge may yield even more insights

### Jarrod M Jones

(/app/generate/person?bvid=N_MTQ1NzIxNzg4MDAx&name=JARROD%20M%20JONES&trackingName=from%20curious)

Immediate Relative

View person report

(/app/generate/person?bvid=N_MTQ1NzIxNzg4MDAx&name=JARROD%20M%20JONES&trackingName=from%20curious)

### Cynthia Ann Jones

(/app/generate/person?bvid=N_MDAwOTQzNzUyMTI5&name=CYNTHIA%20ANN%20JONES&trackingName=from%20curious)

Immediate Relative

View person report

(/app/generate/person?bvid=N_MDAwOTQzNzUyMTI5&name=CYNTHIA%20ANN%20JONES&trackingName=from%20curious)

© 2023 **BeenVerified, Inc (https://www.beenverified.com)** . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, Inc

Take advantage of features included with your account

5906 143rd St. SE Everett, WA 98208 (/app/generate/property?address=5906%20143rd%20St.%20SE&
city=Everett&state=WA&trackingName=from%20curious&zipcode=98208)

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Complete now

Accessibility 

Related Address

View property report (/app/generate/property?address=5906%20143rd%20St.%20SE&city=Everett&state=WA&trackingName=from%20curious&zipcode=98208)

## How would you rate this report?

☆ ☆ ☆ ☆ ☆

Rate out of 5 stars

Overview

∧  ∨