Case 3:22-cv-04082-AGT    Document 23-19    Filed 01/04/23    Page 1 of 16

< Back to **Overview for Marty Jones**



# Marty Alan Jones, Age 57

Who was born in May 1965, lives in Everett, WA and is also known as Martys Johns.

**GET ENHANCED REPORT**

⬇ PDF   |   SHARE   |   MORE   ○○○

## Contact

Marty has 3 phone numbers and 8 email addresses

📞 **(425) 787-7837**                                                        ○○○
LYNNWOOD, WA • Frontier

*Found in 5 data sources 3 years ago*

📞 **(425) 743-4384**                                                        ○○○
LYNNWOOD, WA • Frontier

*Found in 7 data sources 3 years ago*

📞 **(425) 450-6310**                                                        ○○○
BELLEVUE, WA • CenturyLink

*Found in 2 data sources 23 years ago*

✉ **mjones@hdrinc.com**                                                      ○○○
CORPORATE • 1 social profile

⭐ **SPECIAL OFFER!** | **CLAIM NOW** →

*Found in 5 data sources 6 years ago*

**martyjones@roadrunner.com**
CORPORATE • 0 social profiles

*Found in 1 data source 10 years ago*

**mustangmarty@usa.com**
CORPORATE • 0 social profiles

*Found in 2 data sources 13 years ago*

**martyjones@adelphia.net**
CORPORATE • 0 social profiles

*Found in 2 data sources 11 years ago*

**eatnbvr@hotmail.com**
HOTMAIL • 0 social profiles

*Found in 1 data source*

**5liter@gte.net**
EMAIL • 0 social profiles

*Found in 2 data sources*

**mustang_kp@mail.com**
MAIL • 0 social profiles

*Found in 2 data sources*

**mustang_kp@hotmail.com**
HOTMAIL • 0 social profiles

*Found in 2 data sources*

## Location History

Marty owns and lived in a 3 beds / 2 baths home in WA.





SPECIAL OFFER! | CLAIM NOW →



## 5906 143rd St SE

**EVERETT, WA 98208** • 2011 - 2019

Marty owns this single family home. Previous residents are Kerry H., John H. and 20 others.

$481k est. value • Last sold in 2015 • 1,872 sqft. (living) • 3 Beds / 2 Baths • 6,098 sqft. (lot) • Built in 1978 • Has Heating • 1 Stories • Single Family Home

*Found in 6 data sources 7 years ago*

VIEW PROPERTY



## 4310 148th St SW

**LYNNWOOD, WA 98087** • 2011 - 2019

Marty lived in this single family home currently owned by Tjoen Lim.

$522k est. value • Last sold in 2015 • 2,258 sqft. (living) • 4 Beds / 2 Baths • 16,117 sqft. (lot) • Built in 1975 • Has Heating • 1 Stories • Single Family Home

*Found in 10 data sources 7 years ago*

VIEW PROPERTY

**SPECIAL OFFER!** | CLAIM NOW →



## 901 S 49th St

**LINCOLN, NE 68510** • 2010 - 2010

Marty lived in this single family home currently owned by John Jacobs.

$153k est. value • Last sold in 1995 • 1,061 sqft. (living) • 3 Beds / 1 Bath • 7,405 sqft. (lot) • Built in 1950 • Has Heating • 1 Stories • Single Family Home

*Found in 3 data sources*

[ VIEW PROPERTY ]



## 737 S 30th St

**LINCOLN, NE 68510** • 2005 - 2005

Marty lived in this home. Previous residents are Susan K., Rick W. and 22 others.

$94k est. value • Last sold in 2007 • 1,784 sqft. (living) • 3 Beds / 2 Baths • 5,663 sqft. (lot) • Built in 1910 • Has Heating • 2 Stories • Home

*Found in 3 data sources*

[ VIEW PROPERTY ]



## 2613 180th St SE, Unit A

**BOTHELL, WA 98012** • 2001 - 2001

Marty lived in this apartment. Previous residents are Holly M., Jaymes C. and 7 others.

*Found in 2 data sources*

[ VIEW PROPERTY ]

**SPECIAL OFFER!** | CLAIM NOW →



### 18807 101st Ave NE, Apt 2

BOTHELL, WA 98011   •   2001 - 2001

Marty lived in this apartment. Previous residents are Christopher J., Julie J. and 22 others.

*Found in 4 data sources*

**VIEW PROPERTY**



### 18132 Bothell Way NE, Apt B5

BOTHELL, WA 98011   •   2001 - 2001

Marty lived in this home.
*Found in 1 data source*



### 18132 Bothell Way NE, Unit B5

BOTHELL, WA 98011   •   2001 - 2001

Marty lived in this home.
*Found in 1 data source*



### 7429 Marwood Pl

WOODINVILLE, WA 98072   •   2000 - 2000

Marty lived in this single family home currently owned by Mark Behar.

$702k est. value • Last sold in 2001 • 1,728 sqft. (living) • 3 Beds / 3 Baths • 20,038 sqft. (lot) • Built in 1972 • Has Heating • 2 Stories • Single Family Home

*Found in 7 data sources*

**VIEW PROPERTY**

⭐ **SPECIAL OFFER!** | CLAIM NOW →



### 17135 131st Ave NE, Apt N108

**WOODINVILLE, WA 98072** • 1998 - 1998

Marty lived in this apartment. Previous residents are David K., Allison O. and 9 others.

*Found in 6 data sources*

[ VIEW PROPERTY ]



### 12116 56th Pl SE

**SNOHOMISH, WA 98290** • 1997 - 1997

Marty lived in this single family home currently owned by Shirley Brunsdon.

$316k est. value • Last sold in 1985 • 1,024 sqft. (living) • 3 Beds / 1 Bath • 9,583 sqft. (lot) • Built in 1976 • Has Heating • 1 Stories • Single Family Home

*Found in 5 data sources*

[ VIEW PROPERTY ]



### 17135 131st Ave NE, Apt N303

**WOODINVILLE, WA 98072**

Marty lived in this apartment. Previous residents are David J., Robert J. and 11 others.

*Found in 6 data sources*

[ VIEW PROPERTY ]



### PO Box 2252

**BOTHELL, WA 98041** • 1998 - 1998

Marty is connected to this address.

*Found in 2 data sources*

⭐ **SPECIAL OFFER!** | CLAIM NOW →

**LOCATION HISTORY DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Assessor's Records, County Records, Recorder's Records, and Real Estate Data

## Family

We found 6 relatives for Marty Jones.



### Cynthia A Piper, 62

**RELATIVE** • Matched by Address, Last Name

Cynthia, 62, has previously lived with Marty, 57, in Lynnwood, WA.
Born Jul 1960 • Single • 5 Phone numbers • 9 Addresses
*Found in 1 data source 3 years ago*

**VIEW PROFILE**



### David A Jones, 56

**RELATIVE** • Matched by Address, Last Name

David, 56, has previously lived with Marty, 57, in Woodinville, WA.
Born Feb 1966 • Single • 7 Phone numbers • 14 Addresses
*Found in 1 data source 3 years ago*

**VIEW PROFILE**

SPECIAL OFFER! | CLAIM NOW →

Spokeo | People Search                                                                                                    https://www.spokeo.com/Marty-Jones/Washington/Everett/t2594685881



## Julie A Jones, 56

**RELATIVE** • Matched by Address, Last Name

Julie, 56, has previously lived with Marty, 57, in Bothell, WA.

Born Jul 1966 • Single • 10 Social Matches • 11 Phone numbers

*Found in 1 data source 3 years ago*

**VIEW PROFILE**



## Robert Jones, 49

**RELATIVE** • Matched by Address, Last Name

Robert, 49, has previously lived with Marty, 57, in Woodinville, WA.

Born Mar 1973 • 2 Social Matches • 1 Email • 1 Address

*Found in 1 data source 3 years ago*

**VIEW PROFILE**



## Jarrod M Jones, 31

**RELATIVE** • Matched by Address, Last Name

Jarrod, 31, lives in a Single Family House with Marty, 57, in Everett, WA.

Born Oct 1991 • Married • 1 Social Match • 4 Phone numbers

*Found in 1 data source 3 years ago*

**VIEW PROFILE**

SPECIAL OFFER! | CLAIM NOW →



# Christopher Jones

**RELATIVE** • Matched by Address, Last Name

Christopher has previously lived with Marty, 57, in Bothell, WA.

1 Address

*Found in 1 data source 3 years ago*

VIEW PROFILE

## HOUSEHOLD INTERESTS

Information based on household and collected by companies and events for marketing usage.
2 Children • Elderly Parent • Young Adult • 2 Generations • 3 Adults In Home • Satellite TV • 5 People In Home

## FAMILY DATA SOURCES

Here are the sources we collect and search to populate data for this section: People Profiles, Birth Records, Death Record, Marriage Records, Household, and Marketing Data

# Social

We found LinkedIn, Facebook and 73 other social matches.

**SPECIAL OFFER!** | CLAIM NOW →

### mark jones
**LINKEDIN** • Matched by Email

Profile linked to Marty's email mjones@hdrinc.com.
*Last checked 9 years ago*

**VIEW ON LINKEDIN**

## USERNAME: MJONES

Derived from mjones@hdrinc.com

### Michael Jones
**LINKEDIN** • mjones

### Mjones
**LINKEDIN** • mjones

### Meaghan Jones
**FACEBOOK** • mjones

**VIEW 75 RESULTS**

## USERNAME: MARTYJONES

Derived from martyjones@roadrunner.com

### Martyjones
**TWITTER** • martyjones

### Martyjones
**INSTAGRAM** • martyjones

### Marty
**PINTEREST** • martyjones

**VIEW 40 RESULTS**

**SPECIAL OFFER! | CLAIM NOW →**

**USERNAME: MUSTANGMARTY**

Derived from mustangmarty@usa.com

### Mustangmarty
TWITTER • mustangmarty

### Marcia White
PINTEREST • mustangmarty

### Mustangmarty
REDDIT • mustangmarty

[VIEW 13 RESULTS]

---

**USERNAME: 5LITER**

Derived from 5liter@gte.net

### More O'less Dave
FACEBOOK • 5liter

### Scott Lawson
TWITTER • 5liter

### 5liter
INSTAGRAM • 5liter

[VIEW 13 RESULTS]

---

**SOCIAL DATA SOURCES**

Here are the social profile sources we collect and search to populate data for this section: Blogs / Discussion, Personal Networks, Music / Gaming, Media Sharing, Dating Sites, and Shopping Sites

---

## Court



SPECIAL OFFER! | CLAIM NOW →

We Search 620 Million Court Records for any matches

✔ Police and Criminal Records

✔ Sex Offender Registry and Records

✔ Traffic Violations and Assaults

✔ Arrest Records and more...



## Court & Criminal Records

**RECORDS** • Matched by Name, Age, County

Add Court Records to your membership to search records from these categories:

Known Locations • Alias & Nicknames • Statewide Search • Nationwide Search
*Found in 1 data source 3 years ago*

**UNLOCK COURT RECORDS**

**COURT DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Court Records, Criminal Records, Traffic Records, and Sex Offender Registry

## Personal

Marty is a 57 year old and may be married.

★ **SPECIAL OFFER!** | **CLAIM NOW** →



## Marty Jones, 57

**MARRIAGE INFORMATION**

Marty's marital status indicates he may have been married.

*Found in 1 data source*



## Marty Jones, 57

**BIRTH INFORMATION**   •   Taurus

Marty was most likely born in May 1965. But some sources show other potential dates.

Born Nov 1965

*Found in 9 data sources 3 years ago*



## Personal & Historical Records

**RECORDS**   •   Matched by Name, Age, County

Add Historical Records to your membership to search records from these categories:

Birth & Death • Marriage & Divorce • US Census Records • Immigration Records

*Found in 1 data source 3 years ago*

**UNLOCK PERSONAL**

---

**GENERAL INTERESTS**

Information based on household and collected by companies and events for marketing usage.

Home Remodel • Home Decor • Cooking • Gourmet Cooking • Gardening • Crafts • Photography • Video Games • Computer Games

⭐ **SPECIAL OFFER!**   |   **CLAIM NOW** →

## MUSIC INTERESTS

Information based on household and collected by companies and events for marketing usage.
Entertainment

## FITNESS INTERESTS

Information based on household and collected by companies and events for marketing usage.
Health & Fitness

## AUTOMOTIVE INTERESTS

Information based on household and collected by companies and events for marketing usage.
Auto Work • Parts / Repair

## COLLECTORS INTERESTS

Information based on household and collected by companies and events for marketing usage.
Antiques

## PERSONAL DATA SOURCES

Here are the sources we collect and search to populate data for this section: Public Records, Marriage Records, Death Records, Birth Data, Divorce Data, and Marketing Data

## Wealth


SPECIAL OFFER! | CLAIM NOW →

Home's estimated value is 41% more than average.



## $481,000 Property Est. Value

**OWNER** • Everett, WA

At age 50, Marty bought a Single Family House on 5906 143rd St SE, Everett, WA. Bought in 2015 • Bought for $350k • 1,872 sqft. (living) • 2 Beds / 3 Baths
*Found in 6 data sources 7 years ago*

**VIEW PROPERTY**

### LIFESTYLE INTERESTS

Information based on household and collected by companies and events for marketing usage.
$481k Est. Value WA Home • $150k - $175k Income • Has Investments • High School • Has Stocks • Has Mutual Funds • Likes Traveling • English Language

### WEALTH DATA SOURCES

Here are the sources we collect and search to populate data for this section: Owned Properties, Social Profiles, Business Records, and Lifestyle Marketing Data

## Work

No results from over 130 million business records.

### WORK DATA SOURCES

Here are the sources we collect and search to po[...]   ★ **SPECIAL OFFER!** | **CLAIM NOW** →

Profiles, Business Records, Professional Bio, and Social Profiles

† Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.



About                       Terms                       Privacy                       Contact

Careers                     Help                        Blog                          Affiliates

Copyright © 2006-2023 Spokeo, Inc.

SPECIAL OFFER!  |  CLAIM NOW →