USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:22-cv-04082-AGT Document 24 Filed 01/06/23 Page 1 of 2

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
United States Marshals Service

| PLAINTIFF | Case Number: |
|---|---|
| David A. Stebbins | 3:22-cv-04082-AGT |
| DEFENDANT | TYPE OF PROCESS |
| CMDR ImperialSalt and ZellZander | ***See below*** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Youtube- Registered agent: Corporation Service Company

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Corporation Service Company- 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David A. Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601

| | |
|---|---|
| Number of process to be served with this Form 28 | 2 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

FILED JAN 06 2023 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Subpoena, Docket No. 16***

Signature of Attorney other Originator requesting service on behalf of:
Mark B. Busby
Angel N.J.

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 510-637-3535
DATE: 11/16/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 11 | No. 97 | | 12/1/22 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12/12/22
Time: 5:00 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0.00 |

REMARKS:
MAILED CERTIFIED 12/7/22
TRACKING # 9414716902246687928247
12/12/22 - REC'D - DELIVERED TO AGENT

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00