David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                         PLAINTIFF

VS.                                      Case 3:22-cv-04082-AGT

JARROD JONES                                                                         DEFENDANTS

## NOTICE OF SUBMITTED MATTERS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice regarding pending submitted matters, pursuant to NDCA Local Rule 7-13.

1. On January 4, 2023, I submitted information telling the Court of the defendant's name and likely addresses. See Dkt. 23. I also asked the Court to order service of process, using the U.S. Marshal's Service, on the Defendant post haste. See ¶ 20.

2. It has been more than 120 days since I submitted that update, but the Court has not ordered service be conducted. Please bring this case current.

So notified on this, the 5th day of May, 2023.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com