UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMDR IMPERIALSALT, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04082-AGT<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　The Court previously directed David Stebbins, who is proceeding in forma pauperis, to provide the Court with the true names and current addresses of the Doe defendants, so that service can be accomplished. *See* Dkt. 15. Stebbins has since identified the defendant as Jarrod M. Jones, who Stebbins believes resides in either Washington or Oregon. *See* Dkt. 23. Stebbins has provided four "possible addresses" for Jones (two in Washington, two in Oregon), two of which he believes may be current (one in Everett, Washington, one in Eugene, Oregon). Of the two possible current addresses, Stebbins believes, based on his investigation, that there is an "overwhelming likelihood" that Jones currently resides in the Western District of Washington, at 5906 143rd Street SE, Everett, WA 98208. Accordingly, the Court will direct that service on Jones be attempted at that address.[1]

　　The Clerk's Office shall issue summons and the U.S. Marshal or the Clerk's Office shall serve the defendant, without prepayment of fees, with a copy of the complaint and this order.

　　**IT IS SO ORDERED.**

Dated: May 12, 2023

ALEX G. TSE
United States Magistrate Judge

---

[1] Stebbins's request that "the Marshal be instructed to obtain [Jones's] current address from the residents of the Everett address if [Jones] does not reside there" is denied. Dkt. 25 at 5.