# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A. Stebbins | 3:22-cv-04082-AGT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CMDR ImperialSalt, et. al. | ***See below*** |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jerrod Jones

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
5906 143rd Street SE, Everett, WA 98208

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
David A. Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

***Summons and Complaint, docket number 22***

RECEIVED UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA 2023 JUN 26 AM 9:

Signature of Attorney other Originator requesting service on behalf of:
*Mark B. Busby*
*Cynthia J. Lenahan*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 510-637-3538

DATE: 6/2/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | 11 | | | 6/26/23 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

Costs shown on <u>attached USMS Cost Sheet</u> >>

**REMARKS**

**FILED**
JUN 30 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



Form USM-285
Rev. 03/21