Case 3:22-cv-04082-AGT    Document 30-1    Filed 09/11/23    Page 1 of 1

## Re: We need to talk

From: Mikael Hawkins (zellzander@gmail.com)												8/2/2023

To: acerthorn@yahoo.com

Date: Wednesday, July 13, 2022 at 07:25 PM CDT

Trial by combat only.

> On Wed, Jul 13, 2022 at 5:07 PM Acerthorn <acerthorn@yahoo.com> wrote:
>
>> How about this instead? https://www.cand.uscourts.gov/about/court-programs/alternative-dispute-resolution-adr/settlement-conferences/
>>
>> On Wednesday, July 13, 2022 at 06:31:34 PM CDT, Mikael Hawkins <zellzander@gmail.com> wrote:
>>
>> Ah fuck I didn't mean to send this.
>>
>> I want trial by combat.
>>
>> On Wed, Jul 13, 2022 at 3:59 PM Acerthorn <acerthorn@yahoo.com> wrote:
>>
>>> Ok, responded within exactly 10 minutes.
>>>
>>> Now what the fuck do you want?
>>>
>>> On Wednesday, July 13, 2022 at 05:49:06 PM CDT, Mikael Hawkins <zellzander@gmail.com> wrote:
>>>
>>> AND YOU ARE NOT REPLYING FAST ENOUGH FOR ME SO HAVE MY DAMN GMAIL ACCOUNT
>>>
>>> REPLY SWIFTLY AND WE CAN TALK ABOUT THIS ISSUE
>>>
>>> RESPOND WITHIN THE NEXT 10 MINUTES