UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                      PLAINTIFF

VS.                              Case 3:22-cv-04082-AGT

JARROD JONES                                                                     DEFENDANTS

## ORDER GRANTING MOTION FOR LEAVE TO CONDUCT SERVICE OF PROCESS BY EMAIL

COMES NOW before the Court the Plaintiff's Motion for Leave to Conduct Service of Process by Email. Having reviewed the motion, for good cause shown, the Court GRANTS this motion.

The Plaintiff is hereby ordered to submit proof that he has sent a copy of the summons and complaint in the above-styled action to the email address of zellzander@gmail.com, along with a timestamp showing at least the date which this email was sent.

IT IS SO ORDERED.

_____

Signature of Judge

_____

Date

3:22-cv-04082-AGT                              -1-