| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>David A. Stebbins | COURT CASE NUMBER<br>3:22-cv-04082-AGT |
|---|---|
| DEFENDANT<br>CMDR ImperialSalt, et. al. | TYPE OF PROCESS<br>***See below*** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jerrod Jones
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5906 143rd Street SE, Everett, WA 98208

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David A. Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
***Summons and Complaint, docket number 22***

Signature of Attorney other Originator requesting service on behalf of: Mark B. Busby / Cynthia J. Lenahan
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 510-637-3538
DATE: 6/2/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No.: 11
District to Serve No.: 86
Signature of Authorized USMS Deputy or Clerk: MS
Date: 6/26/23

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Address (complete only different than shown above):

Date: 8/4/23
Time: 1500 [X] pm

FILED
Sep 13 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

6/27/23 - FWD TO WA
7/26/23 Attempt. Parent claims individual lives in CA. 1 DUSM, 2 hrs, 72 miles rt

Subject does not reside at address. Current resident states subject is in California

Form USM-285
Rev. 03/21