David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,   PLAINTIFF

VS.   Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"   DEFENDANTS

## NOTICE OF SUBMITTED MATTERS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters, pursuant to Local Rule 7-13.

1. On September 11, 2023, I filed a motion, seeking leave to serve the Defendant by alternative means (preferably email). See Dkt. 30. I cited the precedents of Miller v. Ceres Unified Sch. Dist., No. 1:15-CV-0029-B AM, 2016 WL 4702754 (E.D. Cal. Sept. 7, 2016) and Rio Properties, Inc. v. Rio Intern. Interlink, 284 F. 3d 1007, 1017 (9th Cir. 2002) to show that the Court has discretion to allow it, and providing proof, not only that email is reasonably likely to apprise the defendant of the action, but that the Defendant *already knows* about the action.

2. That was over four months ago, but the Court has not issued a ruling on the matter.

3. Please bring the matter current.

So requested on this, the 11th day of January, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)