UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>    v.<br><br>CMDR IMPERIALSALT, et al.,<br><br>        Defendants. | Case No.  22-cv-04082-AGT<br><br>**ORDER ON MOTION TO SERVE PROCESS BY EMAIL**<br><br>Re: Dkt. No. 30 |

When a plaintiff has made diligent, but unsuccessful, attempts to serve a U.S.-based defendant by traditional means (e.g., personally, by mail, by substitute service), the Court may allow service by email if reasonably calculated to provide the defendant with actual notice. *See, e.g.*, *Meta Platforms, Inc. v. Octopus Data, Inc.*, No. 4:22-CV-03921-YGR, 2022 WL 20286304, at *2 (N.D. Cal. Sept. 19, 2022); *Steve McCurry Studios, LLC v. Web2Web Mktg., Inc.*, No. C 13-80246 WHA, 2014 WL 1877547, at *2 (N.D. Cal. May 9, 2014). Plaintiff David Stebbins has moved to serve defendant Jarrod Jones by email. Concluding that Stebbins has satisfied the above standard, the Court grants his motion.

    1. <u>Diligent Efforts to Serve by Traditional Means</u>

Stebbins's financial resources are limited; he is proceeding *in forma pauperis*. *See* Dkts. 2, 15. Nevertheless, he has spent time and energy trying to serve the defendant.

Initially, Stebbins didn't know the defendant's name. He knew only that someone using the usernames CMDR ImperialSalt (on YouTube) and ZellZander (on kiwifarms.net) had downloaded and shared a video he had made, allegedly violating the Copyright Act. *See*

Dkt. 1, Compl. ¶ 5.

With the Court's permission and the U.S. Marshal's help, Stebbins subpoenaed YouTube LLC, seeking identifying information. *See* Dkts. 5, 15, 20. Google LLC responded on YouTube's behalf. Stebbins learned from Google's response that the CMDR ImperialSalt username belonged to Jarrod Jones. *See* Dkt. 23 at 1. Stebbins also learned that Google had four billing addresses on file for Jones (two in Washington and two in Oregon). *See id.* at 2.

With Jones's name and billing addresses, Stebbins used Spokeo (www.spokeo.com) and Been Verified (www.beenverified.com), two platforms used to find people, to attempt to locate Jones's current residence. *See id.* at 1–2. Stebbins determined that Jones most likely resided at 5906 143rd Street SE, Everett, WA 98208, one of the billing addresses Google identified. *See id.* at 2–4.

The Court ordered the U.S. Marshal to serve Jones at the Everett, WA, address. *See* Dkt. 26. Service was unsuccessful. Jones's *parents* were present at the Everett, WA, address, but they told the U.S. Marshal that Jones had moved to California. They didn't provide the U.S. Marshal with Jones's current address. *See* Dkt. 31.

Stebbins doesn't have leads on where to find Jones in California. When he searched for Jones using Spokeo and Been Verified, he didn't uncover a California address. And soon after Stebbins filed this lawsuit, Jones deleted his YouTube channel, *see* dkt. 30 at 1, meaning Stebbins likely cannot obtain more information on Jones's whereabouts from YouTube.

Given Stebbins's efforts, his limited resources, and a lack of alternative methods he could use to find Jones, the Court concludes that Stebbins has satisfied his obligation to diligently try to serve Jones by traditional means.

### 2. Email Service is Reasonably Calculated to Give Actual Notice

Having not succeeded with traditional means of service, Stebbins now seeks to serve Jones by email, at zellzander@gmail.com. The Court concludes that service directed to that email address is reasonably calculated to provide Jones with actual notice of this case.

When Stebbins searched for Jones on Been Verified, he learned that Jones had used the alias "Mikeal Hawkins." Dkt. 23 at 2 ¶ 7, Ex. E at 1. Stebbins also learned that Hawkins had used the email address zellzander@gmail.com. Sending emails to that address, Stebbins has communicated with Hawkins about this case. *See* Dkt. 30-1 (email thread in which Stebbins proposed, and Hawkins rejected, alternative dispute resolution). A person using the username ZellZander also posted a screenshot of Stebbins's complaint on kiwifarms.net and commented, "I guess it's now my turn to be sued." Dkt. 30-2.

Given that Mikael Hawkins is an alias used by Jones, and given that Stebbins has successfully emailed Hawkins at zellzander@gmail.com, the Court concludes that service at zellzander@gmail.com is reasonably calculated to reach Jones.

\* \* \*

Stebbins has diligently attempted to serve Jones by traditional means. Because those efforts have failed, and because email service is reasonably calculated to give Jones actual notice of this case, the Court grants Stebbins's motion to serve Jones by email.

By March 8, 2024, Stebbins must serve Jones, at zellzander@gmail.com, with a copy of the summons, the complaint, and this order. Stebbins must also file proof of service.

**IT IS SO ORDERED.**

Dated: March 1, 2024

Alex G. Tse
United States Magistrate Judge