David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                       acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                           PLAINTIFF

VS.                       Case 3:22-cv-04082-AGT

JARROD JONES,                                             DEFENDANTS

## PROOF OF SERVICE OF PROCESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Proof of Service of Process in the above-styled action.

1. On March 1, 2024, the Court granted me leave to serve process on the Defendant by email. See Dkt. 34.

2. On the evening of that same day, I sent an email to zellzander@gmail.com, per the Court's instructions. I attached a copy of the Complaint, Summons, and Dkt. 34 to that email, again per the Court's instructions. See **Exhibit A** for proof.

3. As you can see from the attached exhibit, I also sent copies to the email addresses highlordpreliatus@gmail.com, jarrod.j@verizon.net, mindffrayer@hotmail.com, bork53@yahoo.com, matthewgbm@juno.com, re_boot@earthlink.net, preliatus@foxrod.org, and jarrod.jones743@aol.com. All of these were listed by Been Verified as being email addresses that the Defendant is known to have used. See Dkt. 23-5, pp. 3-5. So by sending the email to as many of these email addresses as possible, I am maximizing the odds that at least one of them will reach Jones' eyes.

4. The Defendant now has twenty-one (21) days to respond to the summons; see Fed.R.Civ.P. 12(a)(1)(A)(i).

5. This time limit will begin to run on March 2, 2024; see Fed.R.Civ.P. 6(a)(1)(A).

6. This means that the deadline for him to respond is March 23, 2024. However, since that day falls on a Saturday, that means the actual deadline for him to respond is March 25, 2024; see Fed.R.Civ.P. 6(a)(1)(C).

7.      With this filing, I am now fulfilling the last of the Court's instructions: To submit proof of service in a timely manner.

So notified on this, the 1ˢᵗ day of March, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)
