David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                PLAINTIFF

VS.                        Case 3:22-cv-04082-AGT

JARROD JONES                                                   DEFENDANTS

## MOTION FOR ENTRY OF DEFAULT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Entry of Default in the above-styled action.

1. On March 1, 2024, the Court granted me leave to conduct service of process on the Defendant by email. See Dkt. 34. Later that same day, I conducted service of process pursuant to the Court's instructions. See Dkt. 35.

2. The deadline for Defendant Jarrod Jones to file his Answer to Complaint was March 25, 2024. See Dkt. 35, ¶¶ 4-7.

3. It is now 2AM, central time, on March 26, 2024, which means it is past midnight in the pacific time zone. As of the time of this writing, the Defendant has not made any appearance in this action.

4. I therefore ask the Clerk to enter the Defendant in default in the above-styled action.

5. Once that happens, a motion for default judgment will be filed forthwith.

*/s/ David Stebbins*
David Stebbins (pro se)