David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                            Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"    DEFENDANTS

## MOTION FOR DEFAULT JUDGMENT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following

1. On June 28, 2022, Defendant Jarrod Jones downloaded one of my paywalled videos off YouTube and reposted it to Kiwi Farms without my authorization, thereby removing the paywall. I promptly filed suit for copyright infringement. Service of process was effected on March 1, 2024 (see Dkt. 35) and the Defendant was entered in default for failure to appear on March 26, 2024 (see Dkt. 37).

2. I now move for default judgment to be entered in my favor.

3. Attached is a memorandum of points and authorities in support of this motion, the contents of which are hereby incorporated by reference.

4. Please also find attached the following exhibits:

- **Exhibit A**: Post by defendant on Kiwi Farms, acknowledging that my case against him is a strong one.

- **Exhibit B**: Post by defendant on Kiwi Farms, admitting to having a culpable mindset when he infringed on my copyright.

- **Exhibit C**: Post by defendant on Kiwi Farms, saying one thing that will be contradicted by Exhibit D, thereby proving him to be a pathological liar.

- **Exhibit D**: Post by defendant on Kiwi Farms, saying something that contradicts what he says in Exhibit C, thereby proving him to be a pathological liar.

- **Exhibit E**: YouTube comment from somebody who reposted my paywalled video, where he admitted that he got the paywalled content from Jarrod Jones.

- **Exhibit F**: Inflation calculator from the website of the US Bureau of Labor Statistics, showing that $100 in 1999 had the buying power of $185.57 in 2024.
- **Exhibit G**: Been Verified report showing that Jarrod Jones makes six figure income just from investments alone.

5. Wherefore, premises considered, I respectfully request that judgment by default be entered in my favor, costs incurred be awarded, and for any other relief to which I may be entitled.

So requested on this, the 27th day of March, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)
