

**ZellZander**
Stabbin's #1 Fan
kiwifarms.net

Joined:     Dec 22, 2021

Jul 12, 2022     #1,052

> Mister Mint said: ⬆
>
> Yup. What else does he have to do? He's got nothing but time on his hands because every day is Saturday when you're worthless.
>
> @SidAlpha has a bunch of leftover funds, maybe he'll let you borrow his lawyer. If Sid can't really countersue then blocking more of Acerthorn's lolsuits is the next best thing.

Looking over what he's suing over, this lawsuit might be a strong one on Acer's end?
Slightly concerned, but if help is offered anywhere I'll take it.

🤔 KolKinhs and Pee Cola