

**ZellZander**
Stabbin's #1 Fan
kiwifarms.net

Jun 28, 2022                                                  #887

> The sleeper said: ⬆
>
> OH GOD HIS ROOM IS WORSE THEN BEFORE

I said that when I watched it on Youtube.
edit: I paid the dude a dollar just to snag it. I've never felt so dirty while doing this.. that room...