

**ZellZander**
Stabbin's #1 Fan
kiwifarms.net
Joined:        Dec 22, 2021

Jul 13, 2022                                                                  #1,100

> Done said: ⇧
>
> People on here need to be extra careful when dealing with litigious cows. Their lolsuits may be hilarious nonsense, but if you are the one getting sued then it's a whole different realm, and in said realm, said nonsense costs money and time you could be investing elsewhere.
>
> It's also extremely unadvisable to talk about shit that affects you personally unless you know exactly what you are saying. Getting sued
>
> Click to expand...

I understand all info I'm sharing is bad, like real bad.
I have no source of income at the moment and can't afford an attorney.

 SpiceyHuman, Smellee Cat, Rozzy and 5 others