← **Comments**

Comments on "Elden Ring Sucks, And Here's Why (Acerthorn Elden Ring Debate)"



**Isaac the Evil Dentist** 4 hours ago

hey thanks for uploading but how did you get this? did you seriously pay the twat money to get it?

👍 3   👎   ❤️   Reply

**Highlighted reply**

**Acerthorn The True Acerthorn** 24 minutes ago

Nah, I got it from ZellZander over at Kiwifarms. He did the dirty work of paying for that crap, and now he's currently being sued by David Stabbins, HAHAHA!

👍 2   👎   Reply