‹ Back to **Overview for Jarrod Jones**



# Jarrod M Jones, Age 31

Who was born in October 1991 and lives in Everett, WA.

**GET ENHANCED REPORT**

⬇ PDF   |   SHARE   |   MORE  ○○○

## Contact

Jarrod has 4 phone numbers and 2 email addresses

---

📱 **(425) 876-6312**  ○○○
EVERETT, WA • Sprint

Found in 3 data sources

📱 **(425) 876-1263**  ○○○
EVERETT, WA • Sprint

Found in 6 data sources 6 years ago

📞 **(425) 787-7837**  ○○○
LYNNWOOD, WA • Frontier

Found in 3 data sources 3 years ago

📞 **(425) 743-4384**  ○○○
LYNNWOOD, WA • Frontier



★ **SPECIAL OFFER!**   |   CLAIM NOW →

*Found in 3 data sources 3 years ago*

✉ **highlordpreliatus@gmail.com**   ○○○
GMAIL • 3 social profiles

*Found in 3 data sources 6 years ago*

✉ **jarrod.j@verizon.net**   ○○○
VERIZON • 4 social profiles

*Found in 1 data source 15 years ago*

## Location History

Jarrod lived in a 3 beds / 2 baths home in WA.



3





### 5906 143rd St SE

**EVERETT, WA 98208** • 2013 - 2019

Jarrod lived in this single family home currently owned by Marty Jones.

$481k est. value • Last sold in 2015 • 1,872 sqft. (living) • 3 Beds / 2 Baths • 6,098 sqft. (lot) • Built in 1978 • Has Heating • 1 Stories • Single Family Home

*Found in 6 data sources 7 years ago*

**VIEW PROPERTY**



### 4310 148th St SW

**LYNNWOOD, WA 98087** • 2013 - 2016

Jarrod lived in this single family home currently owned by Tjoen Lim.

$522k est. value • Last sold in 2015 • 2,258 sqft. (living) • 4 Beds / 2 Baths • 16,117 sqft. (lot) • Built in 1975 • Has Heating • 1 Stories • Single Family Home

*Found in 8 data sources 7 years ago*

**VIEW PROPERTY**



### 4130 148th St SW

**LYNNWOOD, WA 98087**

Jarrod lived in this single family home currently owned by Thomas Osberg.

$390k est. value • Last sold in 1996 • 1,008 sqft. (living) • 2 Beds / 1 Bath • 16,117 sqft. (lot) • Built in 1962 • Has Heating • 1 Stories • Single Family Home

*Found in 5 data sources*

**VIEW PROPERTY**

### LOCATION HISTORY DATA SOURCES

Here are the sources we collect and search to po[pulate]

★ **SPECIAL OFFER!** | **CLAIM NOW** →

Assessor's Records, County Records, Recorder's Records, and Real Estate Data

## Family

We found 2 relatives for Jarrod Jones.



### Cynthia A Piper, 62

**RELATIVE** • Matched by Address, Last Name

Cynthia, 62, has previously lived with Jarrod, 31, in Lynnwood, WA.

Born Jul 1960 • Single • 5 Phone numbers • 9 Addresses

*Found in 1 data source 3 years ago*

**VIEW PROFILE**



### Marty A Jones, 57

**RELATIVE** • Matched by Address, Last Name

Marty, 57, lives in a Single Family House with Jarrod, 31, in Everett, WA.

Born May 1965 • Married • 4 Social Matches • 3 Phone numbers

*Found in 1 data source 3 years ago*

**VIEW PROFILE**

## HOUSEHOLD INTERESTS

Information based on household and collected by companies and events for marketing usage.
2 Children • Elderly Parent • Young Adult • 2 Generations • 3 Adults In Home • Satellite TV • 5 People In Home



## FAMILY DATA SOURCES

Here are the sources we collect and search to populate data for this section: People Profiles, Birth Records, Death Record, Marriage Records, Household, and Marketing Data

## Social

We found LinkedIn, Facebook and 3 other social matches.



### Jarrod Jones

**LINKEDIN** • Matched by Email

Profile linked to Jarrod with 2 Emails.
*Last checked 13 hours ago*


VIEW ON LINKEDIN



### Jarrod Jones

**FACEBOOK** • Matched by Email

Profile linked to Jarrod with 2 Emails.
*Last checked 13 hours ago*


VIEW ON FACEBOOK


SPECIAL OFFER! | CLAIM NOW →



## Jarrod Jones

**MYSPACE** • Matched by Email

Profile linked to Jarrod with 2 Emails.
*Last checked 13 hours ago*

**VIEW ON MYSPACE**



## jarrod.j@verizon.net

**FLICKR** • Matched by Email

Profile linked to Jarrod's email jarrod.j@verizon.net.
*Last checked 13 hours ago*

**VIEW ON FLICKR**

### USERNAME: JARROD.J

Derived from jarrod.j@verizon.net



### Jarrod.j

**SOUNDCLOUD** • jarrod.j

### SOCIAL DATA SOURCES

Here are the social profile sources we collect and search to populate data for this section: Blogs / Discussion, Personal Networks, Music / Gaming, Media Sharing, Dating Sites, and Shopping Sites

## Court

We Search 620 Million Court Records for any mat

✓ Police and Criminal Records
✓ Sex Offender Registry and Records
✓ Traffic Violations and Assaults
✓ Arrest Records and more...

## Court & Criminal Records

**RECORDS** • Matched by Name, Age, County

Add Court Records to your membership to search records from these categories:

Known Locations • Alias & Nicknames • Statewide Search • Nationwide Search
*Found in 1 data source 3 years ago*

**UNLOCK COURT RECORDS**

**COURT DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Court Records, Criminal Records, Traffic Records, and Sex Offender Registry

## Personal

Jarrod is a 31 year old and may be married.



### Jarrod Jones, 31

**MARRIAGE INFORMATION**

Jarrod's marital status indicates he may have been married.
*Found in 2 data sources*

★ **SPECIAL OFFER!** | **CLAIM NOW** →



# Jarrod Jones, 31

**BIRTH INFORMATION**

Jarrod was most likely born in October 1991. But some sources show other potential dates.

Born 1991

*Found in 6 data sources 3 years ago*



# Personal & Historical Records

**RECORDS** • Matched by Name, Age, County

Add Historical Records to your membership to search records from these categories:

Birth & Death • Marriage & Divorce • US Census Records • Immigration Records

*Found in 1 data source 3 years ago*

**UNLOCK PERSONAL**

## GENERAL INTERESTS

Information based on household and collected by companies and events for marketing usage.
Home Remodel • Home Decor • Cooking • Gourmet Cooking • Gardening • Crafts • Photography • Video Games • Computer Games

## MUSIC INTERESTS

Information based on household and collected by companies and events for marketing usage.
Entertainment

⭐ **SPECIAL OFFER!** | CLAIM NOW →

**FITNESS INTERESTS**

Information based on household and collected by companies and events for marketing usage.
Health & Fitness

**AUTOMOTIVE INTERESTS**

Information based on household and collected by companies and events for marketing usage.
Auto Work • Parts / Repair

**COLLECTORS INTERESTS**

Information based on household and collected by companies and events for marketing usage.
Antiques

**PERSONAL DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Public Records, Marriage Records, Death Records, Birth Data, Divorce Data, and Marketing Data

## Wealth

Jarrod has an estimated income of $150k - $175k.

**LIFESTYLE INTERESTS**

Information based on household and collected by  

SPECIAL OFFER!   |   CLAIM NOW →

usage
$150k - $175k Income • Has Investments • English Language

**WEALTH DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Owned Properties, Social Profiles, Business Records, and Lifestyle Marketing Data

## Work

No results from over 130 million business records.

**WORK DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Company Profiles, Business Records, Professional Bio, and Social Profiles

⭐ **SPECIAL OFFER!** | **CLAIM NOW** →

† Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.



| About | Terms | Privacy | Contact |
| Careers | Help | Blog | Affiliates |

Copyright © 2006-2023 Spokeo, Inc.