Clear Form

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10  David Stebbins                    )
                                      )
11                      Plaintiff,    )  CASE NO. 3:22-cv-04082
                                      )
12       vs.                          )  **APPLICATION TO PROCEED**
    Jarrod Jones                      )  **IN FORMA PAUPERIS**
13                                    )  (Non-prisoner cases only)
                                      )
14                      Defendant.    )
                                      )
15

16       I, Jarrod Jones_____, declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct. I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21       In support of this application, I provide the following information:

22  1.   Are you presently employed?           Yes ____ No ✔

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: _____  Net: _____

26  Employer: _____

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | 07/05/2023, 16.50/hr, final paycheck: $204.02 _____
3 | _____
4 | _____
5 | 2.     Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |      a.     Business, Profession or           Yes ____ No ✔
8 |             self employment?
9 |      b.     Income from stocks, bonds,       Yes ____ No ✔
10 |             or royalties?
11 |      c.     Rent payments?                    Yes ____ No ✔
12 |      d.     Pensions, annuities, or            Yes ____ No ✔
13 |             life insurance payments?
14 |      e.     Federal or State welfare payments,    Yes ____ No ✔
15 |             Social Security or other govern-
16 |             ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____
21 | 3.     Are you married?                         Yes ____ No ✔
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.    a.     List amount you contribute to your spouse's support:$ _____
27 |      b.     List the persons other than your spouse who are dependent upon you for support
28 |             and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?   Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ✔ No ___

Make Chevolet   Year 2008   Model HHR

Is it financed? Yes ___ No ✔ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Oregon Community Credit Union

45 L Division Ave Eugene, OR 97404

Present balance(s):  $ 91

Do you own any cash? Yes ✔ No ___ Amount: $ 0.86

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✔

_____

8. What are your monthly expenses?

Rent: $ 0   Utilities: 0

Food: $ 0   Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Student Loans of $6,000

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/10/2024                    *[signature]*
DATE                         SIGNATURE OF APPLICANT

- 4 -