```
1  Jarrod Jones, Defendant
   1850 W Orangethorpe Ave
2  Fullerton, California, 92833
   (714) 497-0035
3  Jarrod@stangranch.com
```

4           UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

6  DAVID STEBBINS,                          Case No.: 3:22-cv-4082-agt

7           Plaintiff,

8  vs.                                      COMPLAINT

9  JOHN DOE, d.b.a. "CMDR IMPERIALSALT" &
   "ZELLZANDER"
10          Defendant

11                    DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

13     Defendant John Doe, AKA Jarrod Jones, (hereafter "Defendant") hereby answers the Complaint of Plaintiff David Stebbins ("Plaintiff") and asserts its Affirmative Defenses as follows:

15                              JURISDICTION AND VENUE

   1. Denied in part; admitted in part
   2. Denied. The purpose of which the Plaintiff has started this case was to subpoena YouTube for information regarding Defendant's whereabouts, if the plaintiff wishes to continue this case against Defendant, the Central District of California would the proper choice.
   3. Denied. Defendant is now known
   4. Admitted
   5. Admitted
   6. Denied. The consent decree referenced in Paragraph 6 is a writing that speaks for itself, and any characterization thereof is denied.
   7. Denied. Defendant is without sufficient knowledge as to Plaintiff's belief regarding this action, and therefore that allegation is denied. All remaining factual allegations in Paragraph 7 are denied.
   8. Lacks sufficient knowledge.
   9. Denied.
   10. Admitted

COMPLAINT - 1

11. Admitted in part, denied in part. The video in question was provided for a single dollar as advertised through YouTube shorts. All remaining factual allegations in Paragraph 11 are denied

12. Denied

13. Denied

14. Denied

15. Denied.

16. Admitted

## ARGUMENT & LAW

17. Denied. Paragraph 17 states conclusions of law to which no responsive pleading is required. To the extent a responsive pleading is required, the allegations in Paragraph 17 are denied.

18. Denied. Paragraph 18 states conclusions of law to which no responsive pleading is required. To the extent a responsive pleading is required, the allegations in Paragraph 18 are denied.

19. Denied

20. Denied. Paragraph 20 states conclusions of law to which no responsive pleading is required. To the extent a responsive pleading is required, the allegations in Paragraph 20 are denied.

21. Denied. Paragraph 21 states conclusions of law to which no responsive pleading is required. To the extent a responsive pleading is required, the allegations in Paragraph 20 are denied.

## RELIEF REQUESTED

22. Denied. The plaintiff has not stated the negligible value of the copyrighted work and has assumed that he is to be awarded maximum damages. This leads the Defendant to believe this is a case based out of greed and malice.

23. Denied. The plaintiff has not stated the negligible value of the copyrighted work and has assumed that he is to be awarded maximum damages.

24. the Defendant to believe this is a case based out of greed and malice.

25. Denied.

26. Denied.

27. Denied. Plaintiff has not properly filed a DMCA against KiwiFarms, leading the Defendant to believe this is a case based out of greed and malice.

COMPLAINT - 2

28. Denied. The plaintiff has not stated the negligible value of the copyrighted work, or the amount the Plaintiff has lost, and has assumed that he is to be awarded maximum damages. This leads the Defendant to believe this is a case based out of greed and malice.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays this Honorable Court for the following relief:

1. For dismissal of the Plaintiffs' action with prejudice;
2. For an order that Plaintiffs' shall take no relief from their complaint herein;
3. For such further and other relief and the Court deems fair and just

### AFFIRMATIVE DEFENSES

Defendant hereby assets the following Affirmative Defenses in this case:

#### First Affirmative Defense

1. The Court lacks venue in this case. If the plaintiff wishes to continue this case against Defendant, the Central District of California would be the proper choice.

#### Second Affirmative Defense

1. Plaintiff has failed to register the copyrights in one or more of the products set forth in their Complaint and thus are not permitted to file this suit or maintain this action.

2. Plaintiff is barred by 17 U.S.C. section 412 from claiming statutory damages or attorney's fees under the Copyright Act in that any alleged acts of infringement occurred before first registration of the Plaintiff's alleged work.

#### Third Affirmative Defense

1. Plaintiffs' claims for relief are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. §107.

COMPLAINT - 3

<u>Forth Affirmative Defense</u>

1. Plaintiff has not properly filed a DMCA against KiwiFarms, which is required before filing a claim.

<u>Fifth Affirmative Defense</u>

1. Plaintiff has recently been labelled as a Vexatious Ligitant in this district in relation to filing cases related to Copyright.

<u>COUNTERCLAIM</u>

1. After receiving my information from Google, the Plaintiff believed it was in his best interests to send a video that was uploaded to YouTube to threaten to release my personal information through intimidation and promptly emailed that video to many email addresses that the Defendant does not own or have access to.

2. Defendant received several threatening and harassing text messages from the defendant after he had received Defendants personal information.

3. Defendant's mental capacity was harmed due to Plaintiff's actions; defendant has sunk into a state of severe depression over the initial taunting and lost the will to face Plaintiff in court.

<u>COUNTERCLAIM RELIEF</u>

1. For such further and other relief and the Court deems fair and just.

Dated this 10th day of April 2024.

COMPLAINT - 4

1
_____
Defendant

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT - 5