David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                  PLAINTIFF

VS.                                    Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"    DEFENDANTS

### MOTION TO INVESTIGATE DEFENDANT'S FINANCIAL STATUS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Investigate the Defendant's Financial Status in the above-styled action.

1.      Defendant has moved to proceed in forma pauperis, just like me. See Dkt. 39. In this application, he states, under penalty of perjury, that he …

(a)     has no income streams worth reporting, whether it be from employment, investments, government welfare, or any other source of income

(b)     pays $0 in rent, utilities, food, or clothing costs.

2.      This is highly improbable. How is he surviving if he has no income? If he doesn't pay for rent or food, then how does he eat? Where does this free food come from? If he doesn't pay for his own housing and utilities, then who does?

3.      Is he just staying with a friend at the moment? That honestly seems highly unlikely, seeing as he was in Everette, WA just a few months ago, presumably living with his parents (which would have properly explained his "no income but no expenses either" dynamic without stretching credulity). But he moved out of his parents house, and traveled *over a thousand miles* to relocate to the Los Angeles metro area! That's an awfully long distance to travel just to crash on a friend's couch while he's in a tough spot, especially when he allegedly already had his parents for that purpose. It would make sense if he relocated two states away in order to *take a new job* (which is what I assumed he was doing), but his IFP application says he's unemployed.

4.      But even barring that, his allegations contradict an impartial source. In Dkt. 38-8, ¶¶ 82-84 (including its incorporated reference to Dkt. 38-7), disinterested third-party reports show that

Jones likely makes six-figure income from investments alone. Spokeo is a disinterested third party. While its reports on people have the potential to be inaccurate, they aren't going to *lie* about Jones' status either. Also, Spokeo has a vested interest in giving people accurate information about the people they report on, seeing as that's literally their entire business model. A service like Spokeo giving wholly inaccurate information about people's whereabouts and financial status is akin to a doctor providing wholly inaccurate diagnoses or a mechanic making utterly ineffective repairs to people's cars.

5. In addition to that, Jones has a history of lying about his financial status. In fact, he has literally done so in this case already. As I explain in Dkt. 38-8, ¶¶ 58-59 (as well as its corresponding references to Dkt. 38-3 and 38-4), Jarrod Jones has published two wholly incompatible statements regarding his financial condition. At one point, he claimed to have a lawyer "handy" (aka already on retainer), while in another post, he said he had no source of income and couldn't afford an attorney. One of those statements is a lie one way or another, which means that Jarrod Jones is a proven liar when it comes to his financial status, one way or another.

6. For all of these reasons and more, I ask the Court to conduct an evidenciary hearing to verify the accuracy of the Defendant's In Forma Pauperis Application. Should the investigation confirm my suspicions (that he is lying about his poverty), then I ask the Court to refer him to the Office of Ismail Ramsey (U.S. Attorney for the Northern District of California) for a potential perjury indictment.

So requested on this, the 10th day of April, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)