UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br>v.<br><br>CMDR IMPERIALSALT, et al.,<br><br>   Defendants. | Case No.  22-cv-04082-AGT<br><br>**ORDER (I) DENYING IFP MOTION, (II) DENYING MOTION TO INVESTIGATE, (III) GRANTING MOTION TO STRIKE**<br><br>Re: Dkt. Nos. 39, 42, 43 |

The Court denies Jarrod Jones's motion for leave to proceed *in forma pauperis*. *See* Dkt. 39. *In forma pauperis* status would allow Jones to avoid any required filing fees. Here, however, because Jones is a defendant and the case was filed in federal court, he doesn't owe any filing fees. He thus doesn't need to proceed *in forma pauperis*.

Having denied Jones's motion for leave to proceed *in forma pauperis*, the Court denies as moot plaintiff's motion to investigate Jones's financial status. *See* Dkt. 43.

The Court grants plaintiff's motion to strike Jones's answer. *See* Dkt. 42. Before Jones filed his answer, the Clerk entered his default. *See* Dkt. 37. Jones cannot answer the complaint unless the Court sets aside his default. On or before May 3, 2024, Jones must file a motion to set aside the entry of default, under Federal Rule of Civil Procedure 55(c). *See Brandt v. Am. Bankers Ins. Co. of Fla.*, 653 F.3d 1108, 1111 (9th Cir. 2011).

The Court vacates the hearing scheduled on plaintiff's motion for default judgment. *See* Dkt. 38. The Court will consider plaintiff's motion only if Jones's default isn't set aside.

**IT IS SO ORDERED.**

Dated: April 15, 2024

Alex G. Tse
United States Magistrate Judge