David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,   PLAINTIFF

VS.   Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"   DEFENDANTS

**MOTION FOR HEARING ON DKT. 38, MOTION FOR DEFAULT JUDGMENT**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Hearing on my currently pending Motion for Default Judgment (Dkt. 38).

1. On April 15, 2024, this Court entered an order striking the Defendant's Answer. See Dkt. 44. In that order, the Court gave the Defendant until May 3, 2024 to file his Motion to Set Aside Entry of Default. On May 3, Jones entered his motion to set aside default (erroneously styled as a motion to set aside default *judgment*, but that error is forgivable under the lenient standard to which pro se pleadings are held).

2. I intend to oppose this motion. My response is due on May 17.

3. An oral argument has been set for June 7, 2024 at 2:00PM by videoconference. In the event that the motion to set aside entry of default is denied, I respectfully ask the Court to schedule another hearing immediately thereafter, for the still-pending motion for default judgment. If the Defendant's motion is granted, that would render the motion for default judgment and its corresponding oral argument moot, but if it is denied, then there would be no better time for us to finally have the hearing on the motion that the Court previously canceled, since we'll all be together anyway.

So requested on this, the 3rd day of May, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)