UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID STEBBINS | ) | Case 3:22-cv-04082-AGT |
|   Plaintiff | ) | |
| | ) | **ORDER GRANTING DKT. 45,** |
| VS. | ) | **MOTION TO REINSTATE HEARING** |
| | ) | **ON MOTION FOR DEFAULT** |
| JARROD JONES | ) | **JUDGMENT AND TO RESTRICT** |
|   Defendant | ) | **DEFENDANT'S FUTURE FILINGS** |

    Comes now before the Court Dkt. 46, the Plaintiff's Motion to Reinstate Hearing on his Motion for Default Judgment (Dkt. 38). For good cause shown, the Court GRANTS this motion.

    The Court currently is scheduled to hear oral arguments for the Defendant's Motion to Set Aside Entry of Default on June 7, 2024 at 2:00PM. If the Court denies that motion, then it will immediately hear oral arguments on the Plaintiff's Motion for Default Judgment.

    Even if the motion to set aside default is denied, the Defendant will still be permitted to attend the oral argument on the motion for default judgment and argue against it.

    IT IS SO ORDERED.

_____
(Signature of Judge)

_____/\_\_\_\_\_/_____
Date (MM/DD/YYYY)