David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                        acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                              Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"        DEFENDANTS

# EXHIBIT C

### AFFIDAVIT OF DAVID STEBBINS IN OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Affidavit in Support of my Opposition to Defendant's Motion to Set Aside Default (Dkt. 46) in the above-styled action. I hereby swear, under penalty of perjury, that the following statements of fact are true and correct to the best of my knowledge:

1.      I have a facebook page corresponding to my "Acerthorn" YouTube channel. You can view it at the url of www.facebook.com/acer.thorn.3.

2.      Defendant Jarrod Jones also has a facebook page. You can view it at the url of www.facebook.com/StygianEntertainment. You can tell this is the Defendant because

(a)      he is from Everette WA and

(b)      if you go to his "about" tab and then click on "Details About Jarrod," he acknowledges that he has a DeviantArt account where he goes by the alias "Preliatus." This alias corroborates the subpoena response from Google, which shows that the email address associated with the "CMDR ImperialSalt" YouTube account was preliatus@gmail.com. See Dkt. 23-1, beginning at timestamp 0:23.

3.      In case the Defendant attempts to delete his facebook account before this Court has had a chance to review the above link, the two pages described in ¶ 2(a) and ¶ 2(b) above are also being attached as **Sub-Exhibit 1**.

3:22-cv-04082-AGT                    -1-                              Affidavit

4.      However, I can only view that profile when I'm logged into a different account. I own this extra account, but it is intentionally set up with a fake ID and profile picture, so nobody will know it is really me.

5.      Anyway, whenever I attempt to view his facebook page from my "Acerthorn" facebook account mentioned in ¶ 1 above, it doesn't work. All I get is a page that says the following:

> "**This content isn't available right now**
> When this happens, it's usually because the owner only
> shared it with a small group of people, changed
> who can see it or it's been deleted."

6.      Exhibit C, Sub-Exhibit 2 is a true and correct copy of the webpage that I get when I attempt to view the Defendant's facebook page while logged into my "Acerthorn" facebook account.

7.      This proves that he has blocked me on Facebook, and in my opinion, by far the most likely reason for blocking me is so I could not contact him at that facebook page to discuss this case with him.

8.      Last but not least, I also wish to affirm in this affidavit that I, personally, have not distributed the unlisted YouTube video shown in Dkt. 23-1 of this case, except as part of that one filing, nor do I have any intention to do so in the future.

I affirmatively swear, under penalty of perjury, that all of the aforementioned statements of fact are true and correct to the best of my knowledge.

So testified on this, the 17th day of May, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)