# EXHIBIT C, SUB-EXHIBIT 1



