# EXHIBIT C, SUB-EXHIBIT 2

