## Re: Case Subject

From:  YouTube Support Team (privacy+3ryv0cmtwocr402@support.youtube.com)

To:    acerthorn@yahoo.com

Date:  Friday, January 13, 2023 at 01:24 PM CST

Hi Acerthorn_Backup,

This is to notify you that we have received a privacy complaint from an individual regarding your content:

-------------------------------------------------------------

https://www.youtube.com/watch?v=tpTHZGcbseQ

The information reported as violating privacy is at 0_30

-------------------------------------------------------------

Please note that the violation may also occur in the title, video description, channel image or background. This notification informs you that another user has raised a privacy concern about your content, however, it will not automatically result in your video(s) being removed.

We will review the complaint for potential violations of our Privacy Guidelines and consider restricting the content. In the meantime, please review the content and consider making revisions to address the potential violation.

Please note that you may not need to remove the content entirely in order to resolve the issue. YouTube offers a Custom Blurring tool, which allows you to blur anything in your video, including individuals or information. For more information on the blurring feature, visit this Help Center article. Please also check the title, description, video tags, channel image or background for relevant personal information. YouTube offers metadata editing tools which you can access by going to My Videos and clicking the Edit button on the reported video.

We're committed to protecting our users, and we hope you understand the importance of respecting others' privacy. When uploading videos in the future, please remember not to post someone's personal information without their consent. For more information, please review our Privacy Guidelines.

Sincerely,

The YouTube Legal Support Team