# EXHIBIT E



Source: https://www.google.com/maps/dir/5906+143rd+St+SE,+Everett,+WA+98208/1850+W+Orangethorpe+Ave,+Fullerton,+CA+92833/@42.4958639,-129.367853,5.42z/data=!4m13!4m12!1m5!1m1!1s0x549007b58a291d1b:0x5319b8da0c1a8579!2m2!1d-122.1527074!2d47.8680779!1m5!1m1!1s0x80dd2a2f7691e6e9:0xeffc433249149a4b!2m2!1d-117.9612887!2d33.8588135?entry=ttu