

**Bellevue College**
2010 - 2014

## Skills

**Level Design**
 1 endorsement

---

**Data Entry**

Show all 3 skills →

## Interests

**Companies**    Schools

**Bellevue College**
58,546 followers
 + Follow

**ArenaNet LLC**
20,344 followers
 + Follow

---

Promoted ···

**$1,989/month extra cash**
That's the average earned on a 3-bedroom US Vrbo listing, 11/2020–12/2021.

---

**Proud to Be UAGC**
Online bachelor's degrees. 5-week classes. Credit for work/life experience.

## Other similar profiles

**Candice Person** · 3rd+
Wholesale Professional
 🔒 Message

Show all

## People you may know
From Jarrod's school

**Erzhan Murasbekov**
Student at Bellevue College
 + Connect

**Rajvi Dharamshi**

Student at Drexel University's Westphal College of Media Arts & Design | Top Recipient of the NRF Foundation University Challenge 2024

+ Connect

**Amogh Babu**
Student at North Creek High School

+ Connect

**Christinelle LaPerriere**
Small Business Owner at Art de LaPerriere

+ Connect

**Benjamin Kim**
Physical Identity and Access Management

+ Connect

Show all



| About | Accessibility | Talent Solutions | Questions? | Select Language |
|---|---|---|---|---|
| | | | Visit our Help Center. | |
| Community Guidelines | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy | |
| | | | Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency | |
| | | | Learn more about Recommended Content. | |

LinkedIn Corporation © 2024