UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

CMDR IMPERIALSALT, et al.,

    Defendants.

Case No. 22-cv-04082-AGT

**ORDER SETTING ASIDE DEFAULT**

Re: Dkt. Nos. 38, 45, 46

Nothing in the record "warrant[s] the 'drastic' step of denying [Jarrod Jones's] motion to set aside the default." *United States v. Signed Pers. Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1092 (9th Cir. 2010). Jones's motion to set aside default (dkt. 45) is granted. Plaintiff David Stebbins's motion for default judgment (dkt. 38) and his motion for a hearing on his motion for default judgment (dkt. 46) are denied as moot.

Jones must answer or otherwise respond to the complaint by June 12, 2024.

**IT IS SO ORDERED.**

Dated: May 22, 2024

Alex G. Tse
United States Magistrate Judge