# EXHIBIT A

7. According to the United States Supreme Court case of Community for Creative *
Non-Violence v. Reid, 490 US 730, 737 (1989) (which you can read here:
https://scholar.google.com/scholar_case?case=3326238332286533012), the
"author" of a copyrighted work is the one who affixes the work into a tangible
medium of expression (e.g. the one who records everything). That's me. If we do
this stream, I am the one solely responsible for actually streaming the debate and
therefore affixing it into a tangible medium of expression. Do you agree that you
are not a co-author of this stream?

> **Community for Creative Non-Violence v. Reid, 490 US 730 - Supreme Court 1989**
>
> We now affirm.
>
> *737 **II**
>
> **A**
>
> The Copyright Act of 1976 provides that copyright ownership "vests initially in the author or authors of the work." 17 U. S. C. § 201(a). **As a general rule, the author is the party who actually creates the work, that is, the person who translates an idea into a fixed, tangible expression entitled to copyright protection.** § 102. The Act carves out an important exception, however, for "works made for hire."[3] If the work is for hire, "the employer or other person for whom the work was prepared is considered the author" and owns the copyright, unless there is a written agreement to the contrary. § 201(b). Classifying a work as "made for hire" determines not only the initial ownership of its copyright, but also the copyright's duration, § 302(c), and the owners' renewal rights, § 304(a), termination rights, § 203(a), and right to import certain goods bearing the copyright, § 601(b)(1). See 1 M. Nimmer & D. Nimmer, Nimmer on Copyright § 5.03 [A], pp. 5-10 (1988). The contours of the work for hire doctrine therefore carry profound significance for freelance creators — including artists, writers, photographers, designers, composers, and computer programmers — and for the publishing, advertising, music, and other industries which commission their works.[4]
>
> *738 Section 101 of the 1976 Act provides that a work is "for hire" under two sets of circumstances:

○ Yes, I agree I am not a co-author.

○ I don't like it, but as you've demonstrated, that's the law. So I accept, begrudgingly, that I am not a co-author.

○ No, I insist on being a co-author. (Selecting this option will result in automatic rejection of your application)