# EXHIBIT B

| | | |
|---|---|---|
| ▶ | **YouTube**<br>Aug 5, 2022 · YouTube Premium | -$11.99 |
| ▶ | **YouTube**<br>Jul 5, 2022 · YouTube Premium | -$11.99 |
| ▶ | **Google Play Apps**<br>Jun 28, 2022 · Acerthorn Membership (YouTube) | -$0.99 |
| ▶ | **YouTube**<br>Jun 17, 2022 · YouTube Super Chat | -$5.00 |
| ▶ | **YouTube**<br>Jun 6, 2022 · YouTube Premium | -$11.99 |
| ▶ | **YouTube**<br>May 5, 2022 · YouTube Premium | -$11.99 |
| ▶ | **YouTube**<br>Apr 5, 2022 · YouTube Premium | -$11.99 |
| ▶ | **YouTube**<br>Mar 5, 2022 · YouTube Premium | -$11.99 |
| ▶ | **YouTube**<br>Feb 5, 2022 · YouTube Premium | -$11.99 |