# EXHIBIT D

Can be viewed at link below.

https://cdn.discordapp.com/attachments/1017120861637066793/1228429285157507124/ZellZander-Im-coming-for-you-YouTube.mp4