# Exhibit E







