# EXHIBIT F

**Acerthorn** <**acerthorn**@yahoo.com>
To: jarrod stangranch.com

Reply  Reply all  Forward
Wed 5/22/2024 9:37 PM

So you got the default set aside. Whoopdie-doo. That's only step one. You still need to actually defend the case on the merits, and as I explained in Dkt. 42, ¶¶ 8-21, you really have no meritorious defenses.

Even the people on Kiwi Farms know this. The general consensus in the thread about me is that you are screwed because your infringement was blatant. Here are just a few forum posts, just in case you haven't been paying attention:

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-156#post-18306761 ("I dunno if a dismissal is possible here, Zellzander did in fact rip Stabby's stupid video and post it here in full. He may have to own up to doing so as Stabby has proof of his shenanigans").

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-157#post-18387683 ("I fully agree that Jones is hosed")

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-149#post-18050901 ("This is what happens when you touch da poopoo, you get covered in shit. @ZellZander was told by us that he was being a retard many, many times over. He couldn't help but to cowtip in the gayest way possible")

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-155#post-18212612 ("Zell is going to lose because he dun goofed")

Of course, it's disputed whether I will get $150k, but the general consensus is that I will win.

So are you sure you don't want to consider settlement, even at this point? You previously hoped you could simply avoid service of process. That ended up not working. So do you have any plans now?

Let me know if you want to do this, and we can discuss a time in the near future to meet on Discord and discuss our options.

---

jarrod stangranch.com
To: Acerthorn <acerthorn@yahoo.com>

Reply  Reply all  Forward
Thu 5/23/2024 11:43 AM

Considering.
…

---

**Acerthorn** <**acerthorn**@yahoo.com>
To: jarrod stangranch.com

Reply  Reply all  Forward
Thu 5/23/2024 5:07 PM

Ok. Well, just know this: If this case goes to discovery, here is a brief list of the things you can expect to hand over to me. Please note that this list is not exhaustive, but just to give you a taste of what's to come.

- **Your medical records.** You say you suffer from mental illnesses, right? Also you're trying to raise an IIED counter-claim, right, which means you've suffered severe emotional distress as a result of my alleged harassment, right? Well, I'll have the legal right to verify that in discovery, now that you've made it part of the case.
- **Your phone & email records.** You say I've been harassing you, right? You also say that your parents sent you a bunch of text messages to notify you of the case? Well, as they often say in court: "Prove it!"
- **Your financial records, including your bank statements and paypal/cashapp info.** Again, you say you have no income or assets. That means I have the right to verify it.

Kind of like this: https://youtube.com/clip/UgkxlPEge62p926ZeR-Dk4QSmY86fNBalLYB



And in case you're thinking you'll just get that same info from me and make it a two-way street … yeah, no. That's not how it works.

- I haven't alleged any mental illness as an aggravating or mitigating factor in this case! My mental health isn't relevant at all!
- I'm not alleging that you, personally, have relentlessly contacted me or that I fear you'll show up at my house and try to kill me!
- I haven't discussed the case with anyone on social media, except to the extent I've made publicly visible YouTube videos about it. That unlisted video exhibit of me unpacking the Google subpoena response wasn't a "discussion," so it doesn't count.
- At best, you might be able to see my YouTube analytics. Well whoopdie-doo. I've got nothing worth hiding there!

So just keep that in mind if you decide not to settle and continue to fight the suit.
…

---

**Acerthorn** <**acerthorn**@yahoo.com>
To: jarrod stangranch.com

Reply  Reply all  Forward
Thu 5/23/2024 5:07 PM

Oh, and if you've got any ideas about simply deleting incriminatory evidence, check out this case law to see how well that'll likely end for you: https://scholar.google.com/scholar_case?case=9241663656315436980

So don't even think about it!
…