# EXHIBIT D

# Can be viewed at link below.

https://cdn.discordapp.com/attachments/775940346194427906/1250586514816110674/ZellZander-Im-coming-for-you-YouTube.mp4?ex=666b7af3&is=666a2973&hm=6d6f0da7320262f652ef85107f564f1b209d480b1ded0107580d7ac1b9f00e0e&