# EXHIBIT D

Can be viewed at link below.

https://cdn.discordapp.com/attachments/1250594995904184345/1250595717739839521/ZellZander-Im-coming-for-you-YouTube.mp4?ex=666b8386&is=666a3206&hm=c29eb0fff58fd4a65e53d047a74e90c6a2cf776c8cf7020f9288e01f707b5cf3&