David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                      PLAINTIFF

VS.                              Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"     DEFENDANTS

### EXHIBIT A: REQUEST FOR JUDICIAL NOTICE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Request for Judicial Notice in the above-styled action.

1. On request of a party, a Court must take judicial notice of a fact, as long as the fact is properly subject to judicial notice and is germane to the proceeding. See FRE 201(c)(2). In any civil action for copyright infringement, whether (and, if so, when) the Plaintiff has registered his copyright with the U.S. Copyright Office is necessarily germane to the proceeding.

2. A fact is properly subject to judicial notice if it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." See FRE 201(b)(2). Facts which are matters of public record with any federal, state, or local government agency in the United States generally meet this standard.

3. The U.S. Copyright Office has a public catalog of all copyrights that were registered with them in the 21st Century (as well as some copyrights that were registered in the 20th Century, but ALL that were registered in the 21st Century). Each registration is given a unique registration number. All of these copyrights can be accessed freely and without payment by going to the webpage of https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First.

4. I ask the Court to take judicial notice that I have registered the copyright which is the subject of the instant case. The registration number for that copyright is PA0002364261.

5. If you take that registration number and enter it into the aforementioned webpage, you immediately get shown the public catalog entry showing that I registered the copyright that is the subject of the instant case on the date of 2022-06-29 (June 29, 2022). The date of publication for

the underlying work is 2022-06-25 (June 25, 2022). Therefore, the registration occurred well within three months of the date of first publication, for purposes of 17 USC § 412(2) and certainly well within five years of publication for purposes of 17 USC § 510(c).

6. A copy of this webpage is being attached as **Exhibit B**.

7. I therefore ask the Court to take judicial notice of the facts listed in ¶¶ 4 & 5 of this request.

    So requested on this, the 12th day of June, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)
