

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0002364261
Search Results: Displaying 1 of 1 entries



### *Elden Ring Sucks: The Livestream Debate!*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002364261 / 2022-06-29 |
| **Application Title:** | Elden Ring Sucks: The Livestream Debate! |
| **Title:** | Elden Ring Sucks: The Livestream Debate! |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | David Anthony Stebbins. Address: 123 W. Ridge Ave., APT, Harrison, AR, 72601, United States. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Acerthorn, pseud. of David Anthony Stebbins (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting webpages. |

**Basis of Claim:** all other cinematographic material, additional new footage, production as a motion picture, revisions/additions to script.

**Rights and Permissions:** David Anthony Stebbins, 123 W. Ridge Ave., APT, Harrison, AR, 72601, United States, (870) 212-4947, acerthorn@yahoo.com

**Names:** Stebbins, David Anthony

Acerthorn, pseud.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ⌄ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page