# Application for Game Debate Streams

Apply for permission to come onto my channel and debate me on one of my many (often controversial) takes on video games!

Email *

papa.pong.lenis@gmail.com

1. What is your username on Youtube and/or Twitch? *

Vacant

2. Please provide links to your Youtube and/or Twitch channels. *

https://www.youtube.com/channel/UCizJ32yb1rsNcgQTboayhZQ

3. Please state your username on Discord, so we can set up a conversation in preparation for the stream. *

vacant#6969

4. Which of my controversial videos do you wish to debate me on? Check all that apply. *

- [ ] Are the Stormcloaks racist? - Elder Scrolls Discussion & Lore Episode 1 - https://www.youtube.com/watch?v=RH-J0sDaso4
- [ ] Why You Should Side With the Stormcloaks - Elder Scrolls Lore Discussion - https://www.youtube.com/watch?v=XwLNXHMhyBA
- [ ] Wind Waker sucks, and here's why - https://www.youtube.com/watch?v=mRAAXjpZePY
- [ ] Final Fantasy VI Retrospective - https://www.youtube.com/watch?v=nE3XVyLYkfk
- [ ] Morrowind Retrospective - Why Morrowind is Overrated - https://www.youtube.com/watch?v=o48AhVZ0OPs
- [ ] Fallout 4 Retrospective - https://www.youtube.com/watch?v=4jHf4gKc5so
- [ ] Five Reasons why Jim Sterling is a Filthy Hypocrite - https://www.youtube.com/watch?v=oJPenpZBtlQ
- [ ] Super Mario RPG vs. Paper Mario - Who Nostalgias it Better? - https://www.youtube.com/watch?v=wCaOr-5Sbrs
- [ ] The entirety of my "Game Piracy Discussions" playlist - https://www.youtube.com/playlist?list=PLpL3n7W6QqgCsQ_7r3eOWmx57P7mEhsoo
- [x] Elden Ring Sucks, and Here's Why - https://www.youtube.com/watch?v=m0iT_TFcaFE
- [ ] Other:

5. Do you agree not to ask a question that I have already answered, either earlier in the stream, or multiple times in other videos? *

- ⦿ Yes
- ◯ No (Selecting this option will result in automatic rejection of your application)

6. Do you promise to remain civil and courteous with me at all times before, during, and in the aftermath of this stream? *

- ⦿ Yes, I will show you as much respect as I am given by you.
- ◯ No, I will level whatever insults at you that I feel are justified. (Selecting this option will result in automatic rejection of your application)

7. According to the United States Supreme Court case of Community for Creative Non-Violence v. Reid, 490 US 730, 737 (1989) (which you can read here: https://scholar.google.com/scholar_case?case=3326238332286533012), the "author" of a copyrighted work is the one who affixes the work into a tangible medium of expression (e.g. the one who records everything). That's me. If we do this stream, I am the one solely responsible for actually streaming the debate and therefore affixing it into a tangible medium of expression. Do you agree that you are not a co-author of this stream?

*

Community for Creative Non-Violence v. Reid, 490 US 730 - Supreme Court 1989

737

*737

A

The Copyright Act of 1976 provides that copyright ownership "vests initially in the author or authors of the work." 17 U. S. C. § 201(a). As a general rule, the author is the party who actually creates the work, that is, the person who translates an idea into a fixed, tangible expression entitled to copyright protection. § 102. The Act carves out an important exception, however, for "works made for hire."[3] If the work is for hire, "the employer or other person for whom the work was prepared is considered the author" and owns the copyright, unless there is a written agreement to the contrary. § 201(b). Classifying a work as "made for hire" determines not only the initial ownership of its copyright, but also the copyright's duration, § 302(c), and the owners' renewal rights, § 304(a), termination rights, § 203(a), and right to import certain goods bearing the copyright, § 601(b)(1). See 1 M. Nimmer & D. Nimmer, Nimmer on Copyright § 5.03 [A], pp. 5-10 (1988). The contours of the work for hire doctrine therefore carry profound significance for freelance creators — including artists, writers, photographers, designers, composers, and computer programmers — and for the publishing, advertising, music, and other industries which commission their works.[4]

738    *738 Section 101 of the 1976 Act provides that a work is "for hire" under two sets of circumstances:

(●) Yes, I agree I am not a co-author.

(○) I don't like it, but as you've demonstrated, that's the law. So I accept, begrudgingly, that I am not a co-author.

(○) No, I insist on being a co-author. (Selecting this option will result in automatic rejection of your application)

8. Do you agree that we will not intentionally interrupt each other until the other has finished making their points? *

- ◉ Yes, I will not intentionally interrupt you if you agree not to intentionally interrupt me.
- ○ No, we may interrupt each other at will. (Selecting this option will result in automatic rejection of your application)
- ○ No, I can interrupt you, but you won't be allowed to interrupt me. (Selecting this option will result in automatic rejection of your application)

9. Do you agree not to discuss anything that is not directly related to the topic at hand (that is ... our conflicting opinions on games) while on stream? *

- ◉ Yes, I agree I will not mention anything else.
- ○ No, I will throw in whatever parts of your personal information I want, whether you like it or not. (Selecting this option will result in automatic rejection of your application)

This content is neither created nor endorsed by Google.

Google Forms