# EXHIBIT B



Jun 28, 2022                                                #878

I've managed to retrieve a copy of his Elden Ring "Debate" and I am in process of compressing the file to about 200mb at the moment.

It's going to be an interesting one because you can see the walrus start to fume not even 5 minutes into the 1 hour long debate.

edit: Whole thing starts it's path to devolution about 8 minutes into it because he looks up Oxford's International Laws in Latin and then changes from using Steam reviews as his evidence to the comments on his videos.

Last edited: Jun 28, 2022

**ZellZander**
Stabbin's #1 Fan
kiwifarms.net

Acertard, KolKinhs, Pee Cola and 2 others

**Clearnet Link:**
https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-44#post-12292885

**Darkweb Link:**
https://kiwifarmsaaf4t2h7gc3dfc5ojhmqruw2nit3uejrpiagrxeuxiyxcyd.onion/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-44#post-12292885