# EXHIBIT C

**Clearnet Link:**
https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-45#post-12293426

**Darkweb Link:**
https://kiwifarmsaaf4t2h7gc3dfc5ojhmqruw2nit3uejrpiagrxeuxiyxcyd.onion/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-45#post-12293426

