# EXHIBIT E



**Clearnet Link:**

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-53#post-12421482

**Darkweb Link:**

https://kiwifarmsaaf4t2h7gc3dfc5ojhmqruw2nit3uejrpiagrxeuxiyxcyd.onion/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-53#post-12421482