David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,   PLAINTIFF

VS.   Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"   DEFENDANTS

## MOTION TO SET SCHEDULING ORDER

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Set Scheduling Order in the above-styled action.

1. The Defendant has finally filed his Answer to Complaint (properly, this time). However, standard procedure is for the Court to issue a scheduling order, requiring the parties to confer by a certain date, and publish either joint or separate case management schedules, and also to set a date where the Court would conduct a case management conference.

2. If I may make a suggestion, I have already filed two motions in this case, which are set to be heard on July 12, 2024. Perhaps the Court should set the case management conference for that date as well.

So requested on this, the 12th day of June, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)