Jarrod Jones
1850 W Orangethorpe Ave
Fullerton, California, 92833
(714) 497-0035
jarrod@stangranch.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS,<br><br>        Plaintiff,<br><br>vs.<br><br>JARROD JONES,<br><br>        Defendant | Case No.: 22-cv-04082-AGT<br><br>ANSWER TO COMPLAINT |

Defendant John Doe, AKA Jarrod Jones, (hereafter "Defendant") hereby answers the Complaint of Plaintiff David Stebbins ("Plaintiff") and asserts its Affirmative Defenses as follows:

### JURISDICTION AND VENUE

1. Denied in part; admitted in part.
2. Admitted.
3. Denied. Defendant is now known.
4. Admitted.
5. Admitted.

### FACTS OF THE CASE

6. Denied. Singular sentence paragraph has no barring on characterization of Defendant.
7. Denied. Plaintiff uses misunderstanding of law to strong arm debate applicants to 'give up' their copyright based on a "solely responsible" agreement meant for 'TV Studio Cameraman' and not a stream. If the Plaintiff has full copyright as per contractual agreement, then the Plaintiff should show that contract. (Exhibit A.) The Plaintiff should have a 'Work For Hire' contract for such.
8. Denied. Lacks sufficent knowledge.

ANSWER TO COMPLAINT - 1

9. Denied. Plaintiff's lack of knowledge of law is shown; the registration process should be completed before an infringement suit can follow. As though the Plaintiff assumes that the application for copyright just needs to be submitted and not fully enacted before filing an infringement case. This infringement was allegedly done well after the live broadcast, and not prior. As the case Fourth Estate Public Corp v. Wall-Street. com, LLC, 139 S. Ct. 881 (2019) covers.

10. Admitted. Plaintiff does advertise the livestream access in exchange for a $1 YouTube membership.

11. Denied. Defendant was actively paying YouTube for Premium access which includes downloading videos directly from YouTube to watch later. (Exhibit B.) Video was not illegally downloaded.

12. Denied.

13. Denied.

14. Denied.

15. Denied. The use of the video has transformed from the Plaintiff's intention to that befitting an educational discussion. Used to further discussion on the Topic, Plaintiff, and spur further commentary from other forum members to further discussion on the Topic.

16. Denied.

## ARGUMENT & LAW

17. Denied. Plaintiff shows his misuse and misunderstanding of law in case citation, in Hustler Magazine, Inc. v. Moral Majority, Inc., 796 F.2d 1148 (9th Cir. 1986) The court upheld that the defendant's reproduction and distribution was fair use, despite the defendant reproducing the entire work.

18. Denied. Defendant adamantly believes that the Plaintiff has illegally denied the co-author from owning any sense of copyright to the work through strong arm tactics, mentioned in detail in point 9; unless the Plaintiff can produce a 'Work For Hire' contract between himself and 'Vacant'.

ANSWER TO COMPLAINT - 2

19. Denied. No intentional maliciousness was committed by Defendant. The absolute last thing that the defendant wished to do was cause Plaintiff financial harm.

20. Denied. Heresay.

21. Denied. The plaintiff has not stated the negligible value of the copyrighted work and has assumed that he is to be awarded maximum damages. This leads the Defendant to believe this is a case based out of greed and malice.

22. Denied. The Plaintiff has not stated the neligible value of the copyrighted work and has assumed he is to be awarded maximum damages. This leads the Defendant to believe this is a case based out of greed and malice.

23. Denied. Plaintiff has not set the market value of his work, and the actual value of his work is negligable.

24. Denied. The defendant no longer has access to the account and removal of the video in question must be through a DMCA request to KiwiFarms. As the video in question is seen as evidence in this case, the mere notion of deleting the video is a felonious act.

25. Denied. Action is beyond the scope of the case as the work is a simple one-dollar work, and the only copy out in the wild is currently hosted on KiwiFarms.

26. Denied. The requested injuction is beyond the scope of this case.

27. Denied. Heresay.

28. Denied. The Plaintiff has not proved the negligable value of his work, the amount of finacial hardship that the Plaintiff has faced and has assumed he is to be awarded maximum damages. This leads the Defendant to believe that this case is based upon greed and malice.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays the Honorable Court for the following relief:

1. For dismissal of the Plaintiff's action with prejudice.
2. For an order that Plaintiffs shall take no relief from their complaint herein.
3. For such further and other relief and the Court deems fair and just.

**AFFIRMATIVE DEFENSES**

ANSWER TO COMPLAINT - 3

Defendant hereby asserts the following Affirmative Defenses in this case:

### First Affirmative Defense

1. The court lacks venue for this case. If the Plaintiff wishes to continue this case against Defendant, the Central District of California would be the proper choice.

### Second Affirmative Defense

1. Plaintiff has failed to register the copyrights in one or more of the products set forth in their Complaint and is thus not permitted to file this suit or maintain this action.

2. Plaintiff is barred by 17 U.S.C section 412 from claiming statutory damages for attorney's fees under the Copyright Act in that any alleged acts of infringement occurred before first registration of the Plaintiff's alleged work. Plaintiff did not have official copyright certificate until August 23rd, 2022. If it is indeed official.

### Third Affirmative Defense

1. Plaintiff's claims for relief are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. §107

### Fourth Affirmative Defense

1. Plaintiff has not properly filed a DMCA against KiwiFarms and has willfully allowed the allegations against the Defendant to continue, and "build up fines" to support Plaintiff's case. If I was the Plaintiff, I'd file a DMCA against KiwiFarms to ensure that my copyright is no longer violated; however, this action leads the defendant to believe this is based out of greed and malice.

### Fifth Affirmative Defense

1. Plaintiff has recently been labelled as a Vexatious Ligitant in this district in relation to filing cases related to Copyright, see (Exhibit C). The Defendant would like the Court to review the Plaintiff's filings in this case. Defendant has also noticed an error on Plaintiff's In Forma Pauperis application with the miscategorization of SSI payments as not related to Disability.

### COUNTERCLAIM

ANSWER TO COMPLAINT - 4

1. After receiving my information from YouTube the defendant not only decided to violate the privacy of many others that are not the defendant, but also to make a video that exposes peacemeal information related to the Defendant in a video that is audibly set up to sound like it's to be released to his public channel for viewing, see Exhibit D; intending to release my personal information through intimidation, and promptly emailed that video to emails that Defendant owns and many that the Defendant does not.

2. Defendant received several threatening and harassing text messages from the Plaintiff after he received Defendant's personal information. The behavior displayed in the texts is not of a professional manner and is of spite and malice. See Exhibit E.

3. Defendant's mental capacity has been lowered as the Plaintiff is an unstable individual that has, in the past, threatened at least one University with a 'Virginia Tech Incident' (Stebbins v. University of Arkansas (5:10-cv-05125) ) and the Defendant fears for his life if the Plaintiff wins this case.

4. Plaintiff has contacted the Defendant with an offer to settle, albeit at the behest of consulting a lawyer; the Defendant has decided to not respond further, see Exhibit F, as the Plaintiff seeks to use extortion and blackmail tactics as well as show misunderstanding that the Plaintiff believes this case is a Criminal Case and not a Civil Case.

Dated June 13th, 2024

_____
Jarrod Jones, Pro Se

ANSWER TO COMPLAINT - 5