# EXHIBIT D

# Can be viewed at link below.

# https://drive.google.com/file/d/1MAporJKVOmXqiMNUID7fFJsQtJvprwWr/view?usp=drive_link