1  Jarrod Jones
   1850 W Orangethorpe Ave
2  Fullerton, California, 92833
   (714) 497-0035
3  jarrod@stangranch.com

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6  DAVID STEBBINS,                          Case No.: 22-cv-04082-AGT

7            Plaintiff,

8  vs.                                      RESPONSE TO MOTION TO STRIKE, MOTION
                                            FOR PARTIAL SUMMARY JUDGEMENT, AND
9  JARROD JONES,                            ANSWER TO COUNTERCLAIMS

10           Defendant

11

12          Comes now before the honorable court, Jarrod Jones, Pro Se Defendant.

13

14          Firstly, before I begin my response I would love to point out that the Plaintiff has not read my

15  proper answers filed on June 13th, 2024, but instead used my answers I submitted on April 10th, 2014 which have

16  been struck from the record, as much of his mentions of my defenses in my answer on June 13th are much different

17  than the answers I had originally submitted on April 10th. However, with his recent answer to my counter claims I

18  am at an impasse on whether he has read my recent answer filing or not.

19

20          Plaintiff blatantly disregards direction given to him by the Defendant as per DMCA towards

21  KiwiFarms. The video uploaded there is no longer under control by the Defendant, and the ability to remove the

22  infringing video is at the behest of the site owner and the moderation team, hence my suggestion for the Plaintiff to

23  file a proper DCMA Takedown notification request to the website, KiwiFarms, but the Defendant would much

24  rather put the burden of cleaning up the mess of infringement on my shoulders and take the lazy route instead of

25  bearing the burden himself. The clean-up of infringing material should be the Plaintiff's and not the Defendant's.

26  The Defendant has been unable to log into the ZellZander account due to the associated email no longer functioning,

27  and as an account that was afflicted with a site hack it is currently in limbo as the password reset requests go to a

28  non-existent email address.

RESPONSE TO MOTION TO STRIKE, MOTION FOR PARTIAL SUMMARY JUDGEMENT, AND ANSWER
TO COUNTERCLAIMS - 1

1

2      The defendant has spoken with Null, the owner of KiwiFarms, I do not recall his legal name now,

3      about removal of the video at question at the core of this case. It can only be removed upon resolution of this court

4      case as it is entered as evidence. Only the court can order the removal of the infringing video, and not the words of

5      the Plaintiff nor the Defendant. If the Plaintiff had not entered the video, or a screenshot of the post, as evidence in

6      this court case then, yes, both the Defendant and the website, KiwiFarms, could have removed the video prior.

7      Albeit this is not the case.

8

9      More so the Plaintiff pleads that there is no ounce of 'fair use' with the upload of the video, citing

10     that commentary of two sentences is not enough to cover the fair use doctrine; however the Plaintiff, a YouTuber

11     that does business under the handle 'Acerthorn' believes that taking nearly whole videos that other people have

12     made on TikTok and splicing it together with an unlicensed clip of Family Guy is suitable enough to count as fair

13     use. In fact, these shorts might as well be the ones that are making the Plaintiff most of his money on YouTube.

14

15     Example short can be found at, https://www.youtube.com/shorts/vcYoiQM89eg ; Rather than

16     watching the short, I will describe it to you. A clip from The Daily Misinformer, a satirical news reporting entity,

17     speaking about how ESPN and Warner Brothers are introducing a new Sports Streaming app, but before the

18     commentator can finish the Plaintiff interjects the clearly satirical news story with a clip of Peter Griffin says, 'Who

19     the hell cares?'. There is a plethora of shorts just like this one. Uploading at least several shorts a day of either the

20     above short, but with a different clip directly ripped from The Daily Misinformer, or very uninteresting 'random

21     thoughts' videos where the Plaintiff uses several misogynistic and bigoted remarks in hopes of dispensing shock

22     humor on top someone else's gameplay of a Runner-style game. Should note that these shorts use the music outlined

23     in Stebbins v. Garcia Baz, Docket #1, Paragraph 13. It should be noted as well that the Plaintiff uses the handle

24     'Acerthorn' because, at the time of, formulating his online handle he saw a spell in a video game called World of

25     Warcraft named Thorns and his computer was of the Acer brand, he formulated Acerthorn from that. He also goes

26     by the name Acer at times which could be argued it infringes on the company's trademark as he refers to his

27     personal discord server as Acercord (Also a registered company in Chile).

28     RESPONSE TO MOTION TO STRIKE, MOTION FOR PARTIAL SUMMARY JUDGEMENT, AND ANSWER
       TO COUNTERCLAIMS - 2

1

2          If the Plaintiff claims that 'two sentences of commentary is not sufficient enough to regulate fair

3     use' then neither of the two shorts above qualifies as fair use, yet the Plaintiff follows through on it anyhow. There is

4     sufficient reason to believe that the Plaintiff follows the idiom 'Rules for thee, but not for me.' When approaching

5     fair use. As this is not a contract case, the Defendant has no sufficient reason as to why the Plaintiff is shouting

6     'Unclean Hands' at the court as it is used for contract law and breach of contract instead of copyright. It is not a

7     magical word that one bangs their head against the wall, shouting at the arm of the court to seek instant retribution

8     for all wrongdoing for monetary gain.

9

10         Referring to Exhibit E of Docket entry #5, the Plaintiff had made $2.10 from that month, so far

11    according to the screen capture from both my subscription, existing subscriptions and ad revenue. The defendant

12    finds it increasingly impossible to sabotage that low of income from a channel. Had his income from his YouTube

13    channel been in the three-to-four-digit range, then yes sabotage could be incurred; however, that is not the case. In

14    fact, reviewing the In Forma Pauperis applications from Stebbins v. Doe, Docket Entry #2, $43.46; Stebbins v.

15    Google LLC 3:24-cv-00322, Docket Entry #2, $43.46 per month; Stebbins v. Moon S.D. West Virginia 2:24-cv-

16    00140, Docket No. 1, $47.65 per month. His income from YouTube has increased since the start of this case, except

17    for Stebbins v. Garcia Baz, Docket Entry #2; where his income had suddenly decreased to $32.41 instead of the

18    previously documented $47.65 per month. The defendant believes he has very little personal impact on the most

19    recent loss of income on YouTube as it happened long after this case has been filed, and after the Plaintiff had

20    marked many of his shorts on his YouTube channel to private rendering the view count on those videos to be

21    rendered null and void.

22

23         In accordance with accusations that the defendant's defense is frivolous, the Plaintiff seems as

24    though he'd prefer that I, the Defendant, in this case should not be allowed to defend myself. The only other time

25    I've seen while scouting through PACER records is in Stebbins v. Richardson, W.D. of Missouri, Case no: 6:10-cv-

26    03305, Dkt #14; where the Plaintiff had put forth claims that the defense is frivolous in nature and should be moved

27

28    RESPONSE TO MOTION TO STRIKE, MOTION FOR PARTIAL SUMMARY JUDGEMENT, AND ANSWER
      TO COUNTERCLAIMS - 3

1    to impose sanctions. This is after Dkt #13 where the defendant in the case had merely responded to the Plaintiff's

2    complaint.

3

4           To further the character of the Plaintiff, and his desire to not have the court base the outcome of

5    this case to be tarnished by his history, a Judge, by the name of Russel Rodgers, in Arkansas had a few words to say

6    about the Plaintiff's mental state. Thankfully the Plaintiff had filed this in a court case, (see Stebbins v. Hannah,

7    District Court, E.D. Arkansas, 4:15-cv-00436 Dkt #2, Paragraph 71).

8           "The Plaintiff is suffering from a condition that I believe (from over 40 years of

9           dealing with disturbed people) is more serious than Aspergers alone. He is most

10          likely homicidal, is definitely suicidal, as well as paranoid and delusional. I am

11          therefore sending a copy of this to the prosecuting attorney and to the Department

12          of Human Services. I have been tempted to declare Mr. Stebbins incompetent on

13          my own notion but believe that it is best to refer it to the proper authorities in

14          Boone County_"

15

16          The Plaintiff then rants from Paragraph 72 to Paragraph 75 about how government surveillance

17   will be increased if the above was set to be true. As the defendant I have no opinion on this, else I'd have to stoop to

18   the Plaintiff's level of mudslinging, as seen in this case with stricken docket entry 47. The Plaintiff has a large swath

19   of history dedicated to filing frivolous cases over the course of the last ten or so years, and not one has ended up in

20   his favor. Every court, including this court, caught onto his blatant gamesmanship and use of the litigation system as

21   a weapon to silence both critique and those who don't adamantly agree with him. (See Stebbins v. Polano, N.D.

22   California, 4:21-cv-04184, Docket 134) "[sic] the Court does not endorse Plaintiff's efforts to manipulate the

23   litigation process and his blatant gamesmanship."

24

25          We would not be here if not for the Plaintiff's interesting and extensive court history. If the

26   Plaintiff had not filed many, numerous frivolous lawsuits there would no thread on the website KiwiFarms that aims

27   to educate it's readers on the happenings of the Plaintiff; however to say the whole forum of KiwiFarms is a

28   RESPONSE TO MOTION TO STRIKE, MOTION FOR PARTIAL SUMMARY JUDGEMENT, AND ANSWER
     TO COUNTERCLAIMS - 4

1    malicious and violent entity that seeks to disparage and humiliate the people whom have threads about them on the

2    forum is a mischaracterization of the website as a whole. In fact, on the website it is noted as well-known rule that

3    harassing, disparaging and demeaning the individuals in the forum threads are discouraged, and any attempt at such

4    will be frowned upon. Many of the allegations that the website is vile, and full of hate are from third-party entities

5    that have tried everything from false-flag efforts to deplatform the website; from making forum accounts to spread

6    heinous lies of acts, bomb threats, and similar of the like. The core community of KiwiFarms wants nothing else

7    than to read, and observe the persons of whom threads are made for the action of collecting and sharing information

8    about the persons. It is rarely, if ever, private knowledge that is shared on the website.  Had the Plaintiff not been a

9    vexatious litigant in both this District and his home state of Arkansas, this case would not have happened, nor would

10   I had the urge to re-upload the Plaintiff's broadcast to the website for purely educational purposes.

11

12             Plaintiff's injunction is very heavy handed, and favors nothing for the Defendant. Demanding that

13   the Defendant uses any means necessary to rid the internet of infringing content. Does this mean that the Plaintiff

14   hopes that this very court gives the Defendant a free 'This isn't a crime because the court told me to do it' card?

15   Through any means necessary? Does the Plaintiff expect that I, the Defendant, break into federally-owned computer

16   systems to remove the infringement within their court systems? Will I be allowed to burgarlize the houses of anyone

17   who has viewed, or otherwise downloaded a copy of the infringing media from KiwiFarms to ensure that everything

18   is removed? 'By any means necessary' is a loaded bundle of words. The Plaintiff's demands for search and seizure

19   of my electronics? Does this mean the electronics at my current residence, or does it also imply the electronics of

20   mine that I left behind at my previous address because they could not reasonably fit into my vehicle without

21   blocking my sight of the rear of my vehicle in the rear-view mirror? If so, does this mean ALL ELECTRONICS? Do

22   my innocent roommates need to be afflicted with this request and have their computers and cellular phones

23   removed, just in case? There is reason to believe that this injunction is neither nuclear and only malicious and

24   beyond the scope of this case. According to 17 U.S.C. SS107, I am allowed to have a personal copy of the material

25   without the permission of the copyright holder; as this is the case the act of downloading the video is not the first act

26   of infringement.

27

28   RESPONSE TO MOTION TO STRIKE, MOTION FOR PARTIAL SUMMARY JUDGEMENT, AND ANSWER
     TO COUNTERCLAIMS - 5

1

The Plaintiff also overextends and misrepresents the Defendant's counterclaims within his answer,

2

molding them to fit his own narrative and overreaching his power within this court.  The Plaintiff has no say to the

3

status of my mental state, misrepresent my counterclaims by tacking them into an IIED counterclaim, nor does the

4

Plaintiff have any authority over the complete status of my mental capacity, and health.

5

6

I pray to the court that a fair and just action will be taken against the Plaintiff's disregard for both

7

the litigation system and the Defendant as he seeks to use it as a weapon rather than it's intended purpose for

8

litigation.

9

10

11

Dated this 26th, of June, 2024.

12



13

Pro Se, Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE TO MOTION TO STRIKE, MOTION FOR PARTIAL SUMMARY JUDGEMENT, AND ANSWER
TO COUNTERCLAIMS - 6