Jarrod Jones
1850 W Orangethorpe Ave
Fullerton, California, 92833
(714) 497-0035
jarrod@stangranch.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID STEBBINS, | Case No.: 22-cv-04082-AGT |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR SANCTIONS IN ACCORDANCE WITH RULE 11(B)(1) AND IN FURTHERANCE OF EXHIBIT E |
| JARROD JONES, | |
| Defendant | |

Now comes the Defendant, Jarrod Jones, Pro Se.

These exhibits are presented to the court as what the Defendant believes to be both a violation of Federal Rule 11(b)(1) and further evidence to back up the Defendant's counterclaim for harassment against the Plaintiff. In accordance with Docket #55, Paragraph 58, the Plaintiff has emailed the Defendant the supposed draft for Motion for Sanctions.

Both motions were sent with intimidation seeking to harass the Defendant into withdrawing his answer to the complaint rather than notice, see Exhibit A. In the Plaintiff's best wisdom, the Plaintiff has signed these drafts and has not submitted them properly to the court as of current with the intention to harass the Defendant. The dates that the Plaintiff is to file the Motion for Sanctions are July 3rd, 2024, Exhibit B, and another on July 4th, 2024, Exhibit C.

As per Federal Rule of Civil Procedure 11(b)(1), it states:

(b) Representations to the Court. By presenting to the court a pleading, written motion, or other paper—whether by

MOTION FOR SANCTIONS IN ACCORDANCE WITH RULE 11(B)(1) AND IN FURTHERANCE OF EXHIBIT E - 1

signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

The Plaintiff in this case has clearly decided that, despite his most recent filing citing that the Defendant would face sanctions as per Fed.R11(b)(3) which would affirm that the Plaintiff has recently looked over the Federal Rules of Civil Procedure still thought it was in his best interest to directly inform the Defendant with signed Motion for Sanctions documents, utilize subterfuge towards the eyes of the Court, and shown his hand that he has a lack of understanding of the legal significance of a signature. The Defendant believes this to be a piece of strong evidence that the sole purpose of this case is to harass the Defendant by utilizing the process of the court. This action could only solely be committed as a malfeasant act.

I, the Defendant, respectfully pray to the court that the error of the Plaintiff is noticed, and proper sanctions are applied to the Plaintiff for his blatant misconduct while accusing the Defendant for violating the same Federal Rule.

Dated June 26th, 2024.

_____
Pro Se

MOTION FOR SANCTIONS IN ACCORDANCE WITH RULE 11(B)(1) AND IN FURTHERANCE OF EXHIBIT E - 2