Case 3:22-cv-04082-AGT    Document 63-1    Filed 07/03/24    Page 1 of 1

## Re: Are you FINALLY willing to settle?

From:   Acerthorn (acerthorn@yahoo.com)

To:     jarrod@stangranch.com

Date:   Wednesday, June 12, 2024 at 07:23 PM CDT

Please find attached this motion for sanctions. I will be filing this in 3 weeks if you do not withdraw your frivolous defenses.

On Thursday, May 23, 2024 at 01:43:25 PM CDT, jarrod stangranch.com <jarrod@stangranch.com> wrote:

Considering.

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, May 22, 2024 9:37 PM
**To:** jarrod stangranch.com <jarrod@stangranch.com>
**Subject:** Are you FINALLY willing to settle?

So you got the default set aside. Whoopdie-doo. That's only step one. You still need to actually defend the case on the merits, and as I explained in Dkt. 42, ¶¶ 8-21, you really have no meritorious defenses.

Even the people on Kiwi Farms know this. The general consensus in the thread about me is that you are screwed because your infringement was blatant. Here are just a few forum posts, just in case you haven't been paying attention:

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-156#post-18306761 ("I dunno if a dismissal is possible here, Zellzander did in fact rip Stabby's stupid video and post it here in full. He may have to own up to doing so as Stabby has proof of his shenanigans").

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-157#post-18387683 ("I fully agree that Jones is hosed")

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-149#post-18050901 ("This is what happens when you touch da poopoo, you get covered in shit. @ZellZander was told by us that he was being a retard many, many times over. He couldn't help but to cowtip in the gayest way possible")

https://kiwifarms.st/threads/david-anthony-stebbins-acerthorn-stebbinsd-fayettevillesdavid.116370/page-155#post-18212612 ("Zell is going to lose because he dun goofed")

Of course, it's disputed whether I will get $150k, but the general consensus is that I will win.

So are you sure you don't want to consider settlement, even at this point? You previously hoped you could simply avoid service of process. That ended up not working. So do you have any plans now?

Let me know if you want to do this, and we can discuss a time in the near future to meet on Discord and discuss our options.



Motion for Sanctions.pdf
91.9kB